IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

**S U M M O N S**

Plaintiff(s)

v.

CIVIL ACTION NO. RDB-11-2961

**KERNAN HOSPITAL**
2200 Kernan Drive
Baltimore, Maryland 21207

Defendant(s)

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

Allen F. Loucks
Assistant United States Attorney
United States Attorney's Office
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201

an answer to the complaint which is herewith served upon you, within ____21_____ days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

Felicia C. Cannon, Clerk

By: _____
Deputy Clerk

DATE: 10/17/2011

U.S. District Court (12/1999) - Summons