# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| *Plaintiff,* | : |
| v. | : Civil No. RDB-11-2961 |
| **KERNAN HOSPITAL,** | : |
| *Defendant.* | : |
| | : |

...o0o...

## JURY DEMAND

The plaintiff demands a jury trial on all issues so triable.

                      Respectfully submitted,

                      Rod J. Rosenstein
                      United States Attorney


                            /s/
        By:_____
                      Allen F. Loucks
                      Assistant United States Attorney
                      36 South Charles Street
                      Fourth Floor
                      Baltimore, Maryland 21201
                      (410) 209-4800