FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

2011 NOV -9  A 11: 57

CLERK'S OFFICE
AT BALTIMORE

UNITED STATES OF AMERICA,

     *Plaintiff,*

    v.

KERNAN HOSPITAL,

     *Defendant.*

BY _____ DEPUTY
**Civil No.: 1:11-CV-02961-RDB**

---

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time to File an Answer, and finding good cause;

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to File an Answer is GRANTED;

**IT IS HEREBY ORDERED** that defendant has until December 8, 2011 to file an Answer to the Complaint.

Ordered this ___8th___ day of ___November___, 2011.

_____
Judge