IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>KERNAN HOSPITAL,<br><br>*Defendant.* | Civil No.: 1:11-CV-02961-RDB |

### ORDER

Upon consideration of Defendant's Motion to File Exhibits Under Seal and any opposition thereto, and finding good cause;

**IT IS HEREBY ORDERED** that Defendant's Motion to File Exhibits Under Seal is GRANTED;

**IT IS HEREBY ORDERED** that exhibits C - F to Kernan Hospital's Motion to Dismiss Counts I, II, and III Pursuant to Rule 12(b)(6) for Failure to State a Claim upon Which Relief may be Granted are to be filed under seal.

Ordered this 7th day of December, 2011.

_____
Honorable Richard D. Bennett