IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 DEC 28  P 12: 55

CLERK'S OFFICE
AT BALTIMORE

BY_____       DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff,* | : | |
| v. | : | Civil No. RDB-11-2961 |
| KERNAN HOSPITAL, | : | |
| *Defendant.* | : | |
| | : | |

...oOo...

### CONSENT MOTION FOR EXTENSION OF TIME

Now Comes the plaintiff, by the undersigned counsel, and requests that the Court extend the time for response to the two motions to dismiss that the defendant filed – ECF paper 6 and paper 10 – up through and including January 6, 2012.

In support whereof, the plaintiff states:

1. The defendant has filed two motions to dismiss, one under Rule 9(b) and another under Rule 12(b)(6).

2. The responses are due on December 27, 2011.

3. Undersigned counsel has been striving to prepare responsive papers. The press of other matters and the intervening holidays have, however, made it clear that undersigned counsel will not be able to meet that deadline.

4. Counsel for the defendant, Ray Shepard, in a conversation on Monday, December 19, 2011 graciously consented to the relief requested herein.

WHEREFORE, the plaintiff respectfully requests that the Court extend the time in

Request Granted This 22nd Day of December, 2011

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge