**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| *Plaintiff,* | : | |
| v. | : | **Civil No. RDB-11-2961** |
| **KERNAN HOSPITAL,** | : | |
| *Defendant.* | : | |
| | : | |

...o0o...

**EXHIBITS REFERENCED IN PLAINTIFF'S OPPOSITION**
**TO DEFENDANTS MOTION TO DISMISS**

A. Transcript of the September 22, 2011 deposition of Martha Green, and exhibits

B. Power Point, "Preparing for Severity APR-DRGs, December 21, 2004

C. Proposal for Clinical Documentation Improvement Services, November 17, 2004

D. Power Point, "Kernan Hospital CDI 'Kickoff,'" January 6, 2005

E. Affidavit of Helen Walker, M.D.

F. Affidavit of Linda D. Williams

G. Excerpts from "Clinical Documentation Improvement (CDI) Program Manual – Severity Manual A*"

H. Excerpts from "Clinical Documentation Improvement (CDI) Program Manual – Severity Manual B"

I. Prophet, Sue, Developing a Physician Query Process (AHIMA Practice Brief)," *Journal of AHIMA* 67, no. 2 (2001).

J. AHIMA, "Managing an Effective Query Process," *Journal of AHIMA* 79, no. 10 (October 2008)

K.     Affidavit of Angela Jackson