| EmpID | SSN | FirstName | MiddleName | LastName | AddressLine1 | AddressLine2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 100249 | 6687 | Mae | F | Cain | | | Baltimore | MD | 21244 |
| 105725 | 1490 | Debra | D | Washington | | | Baltimore | MD | 21216 |
| 107478 | 2810 | Cecelia | M | Lange | | | Baltimore | MD | 21244 |
| 110207 | 3885 | Kim | L | Adams | | | Westminster | MD | 21158 |
| 107629 | 4849 | Elana | M | Michenzi | | | Shrewsbury | PA | 17361 |
| 105214 | 6140 | Jewel | R | Tomlin | | | Baltimore | MD | 21215 |
| 107573 | 4753 | Kathleen | P | Habershon | | | Glen Burnie | MD | 21060 |
| 110085 | 1950 | Enver | S | Mullin | | | Hedgesville | WV | 25427 |

GOVERNMENT EXHIBIT
1
PENGAD 800-631-6989

KH 000001

| HomePhone | JobCode | JobTitle | CostCenter | CostCenterName | BirthDate | HireDate | PctFTE | Hours | TermDate |
|---|---|---|---|---|---|---|---|---|---|
| | 601716 | KH HIM Coder | 1078710 | KER: Medical Records | 12/30/1935 | 07/28/1975 | 90 | 72 | 08/10/2007 |
| | 601716 | KH HIM Coder | 1078710 | KER: Medical Records | 04/22/1956 | 05/20/2002 | 0 | 0 | 03/11/2005 |
| | 601716 | KH HIM Coder | 1078710 | KER: Medical Records | 04/25/1952 | 04/07/2003 | 0 | 0 | 03/11/2005 |
| | 601716 | KH HIM Coder | 1078710 | KER: Medical Records | 08/25/1957 | 01/03/2005 | 0 | 0 | 03/19/2008 |
| | 601716 | KH HIM Coder | 1078710 | KER: Medical Records | 10/05/1949 | 09/10/2007 | ######## | 75 | 60 |
| | 601716 | KH HIM Coder | 1078710 | KER: Medical Records | 04/06/1971 | 10/15/2007 | ######## | 0 | 0 |
| | 60716 | | | | | | | | |
| | 60716 | | | | | | | | |

KH 000002

| TermCode | TermDesc |
|---|---|
| 1T-RETIRE | Term - Retirement - |
| 1T-TEMPEND | Term - End Temp Assi |

KH 000003