

KERNAN ORTHOPAEDICS
AND REHABILITATION
UNIVERSITY OF MARYLAND MEDICINE

## *HEALTH INFORMATION MANAGEMENT DEPARTMENT ORGANIZATIONAL CHART*

CEO
CFO
DIRECTOR
Admin. Assoc. III
File Room
Coding
CDI
Transcription
IP
OP

PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
2