## CDI Report Card

Review Date Range:  1/1/2005 - 12/31/2007
Period:           Yearly
Print Date: Rate:  06/09/2008

| | Value | Target | % Target Achieved |
|---|---|---|---|
| **Year:    2005** | | | |
| Records Reviewed: | 1,805 | | |
| Average Reviews per Day: | 11 | 50 | 22% |
| Concurrent Query Records for Period: | 842 | | |
| Concurrent Query Rate: | 47 % | 50% | 93% |
| Retrospective Query Records for Period: | 14 | | |
| Retrospective Query Rate: | 1 % | 50% | 2% |
| Concurrent Physician Response Rate: | 77 % | 50% | 154% |
| Concurrent Physician Agreement Rate: | 69 % | 50% | 138% |
| Retrospective Response Rate: | 80 % | 50% | 160% |
| Retrospective Agreement Rate: | 73 % | 50% | 147% |

| Top 5 Queries for Period: | | |
|---|---|---|
| Secondary Conditions | 481 | 37% |
| Abnormal Labs | 258 | 20% |
| Documentation Clarification | 243 | 18% |
| Anemia - Medical | 95 | 7% |
| Anemia - Surgical | 94 | 7% |

| Top 5 Services for Period: | |
|---|---|
| REHAB | 48% |
| MEDICINE | 32% |
| ORTHOPAEDICS | 15% |
| TRAUMA | 4% |
| ANESTHESIA | 1% |



GOVERNMENT EXHIBIT
4

PENGAD 800-631-6989

Copyright 2003 - 2008, HP3, Inc.

The CDI Report Card compares concurrent CDI Program Performance to CDI program goals. The report also includes the most frequently issued queries and reviewed specialties, query rates, and physician response and agreement rates. The report is based on review date and can only be compared to other reports based on review date.

KH  000049

| | Value | Target | % Target Achieved |
|---|---|---|---|

**Year:   2006**

| | | | |
|---|---|---|---|
| Records Reviewed: | 3,108 | | |
| Average Reviews per Day: | 13 | 50 | 25% |
| Concurrent Query Records for Period: | 1638 | | |
| Concurrent Query Rate: | 53 % | 50% | 105% |
| Retrospective Query Records for Period: | 11 | | |
| Retrospective Query Rate: | 0 % | 50% | 1% |
| Concurrent Physician Response Rate: | 72 % | 50% | 145% |
| Concurrent Physician Agreement Rate: | 66 % | 50% | 131% |
| Retrospective Response Rate: | 46 % | 50% | 92% |
| Retrospective Agreement Rate: | 23 % | 50% | 46% |

**Top 5 Queries for Period:**

| | | |
|---|---|---|
| Secondary Conditions | 903 | 34% |
| Abnormal Labs | 539 | 20% |
| Documentation Clarification | 360 | 14% |
| Malnutrition | 346 | 13% |
| Anemia - Surgical | 212 | 8% |

**Top 5 Services for Period:**

| | |
|---|---|
| REHAB | 48% |
| MEDICINE | 30% |
| ORTHOPAEDICS | 15% |
| TRAUMA | 7% |
| ANESTHESIA | 0% |

**Year:   2007**

| | | | |
|---|---|---|---|
| Records Reviewed: | 3,260 | | |
| Average Reviews per Day: | 13 | 50 | 26% |
| Concurrent Query Records for Period: | 1467 | | |
| Concurrent Query Rate: | 45 % | 50% | 90% |
| Retrospective Query Records for Period: | 9 | | |
| Retrospective Query Rate: | 0 % | 50% | 1% |
| Concurrent Physician Response Rate: | 82 % | 50% | 165% |
| Concurrent Physician Agreement Rate: | 74 % | 50% | 148% |
| Retrospective Response Rate: | 78 % | 50% | 156% |
| Retrospective Agreement Rate: | 78 % | 50% | 156% |

**Top 5 Queries for Period:**

| | | |
|---|---|---|
| Secondary Conditions | 981 | 42% |
| Malnutrition | 513 | 22% |
| Abnormal Labs | 393 | 17% |
| Documentation Clarification | 169 | 7% |
| Anemia - Surgical | 100 | 4% |

**Top 5 Services for Period:**

| | |
|---|---|
| REHAB | 48% |
| MEDICINE | 32% |
| ORTHOPAEDICS | 13% |
| TRAUMA | 5% |
| ANESTHESIA | 0% |

Copyright 2003 - 2008, HP3, Inc.

The CDI Report Card compares concurrent CDI Program Performance to CDI program goals. The report also includes the most frequently issued queries and reviewed specialties, query rates, and physician response and agreement rates. The report is based on review date and can only be compared to other reports based on review date.

KH 000050

| | Value | Target | % Target Achieved |
|---|---|---|---|
| **Total** | | | |
| Records Reviewed: | 8,173 | | |
| Average Reviews per Day: | 12 | 50 | 25% |
| Concurrent Query Records for Period: | 3947 | | |
| Concurrent Query Rate: | 48 % | 50% | 97% |
| Retrospective Query Records for Period: | 34 | | |
| Retrospective Query Rate: | 0 % | 50% | 1% |
| Concurrent Physician Response Rate: | 77 % | 50% | 135% |
| Concurrent Physician Agreement Rate: | 70 % | 50% | 139% |
| Retrospective Response Rate: | 68 % | 50% | 135% |
| Retrospective Agreement Rate: | 57 % | 50% | 114% |

Top 5 Queries:

| | |
|---|---|
| Secondary Conditions | 38% |
| Abnormal Labs | 19% |
| Malnutrition | 15% |
| Documentation Clarification | 12% |
| Anemia - Surgical | 6% |

Top 5 Services:

| | |
|---|---|
| REHAB | 48% |
| MEDICINE | 31% |
| ORTHOPAEDICS | 15% |
| TRAUMA | 6% |
| ANESTHESIA | 0% |

Copyright 2003 - 2008, HP3, Inc.

The CDI Report Card compares concurrent CDI Program Performance to CDI program goals. The report also includes the most frequently issued queries and reviewed specialties, query rates, and physician response and agreement rates. The report is based on review date and can only be compared to other reports based on review date.

KH 000051