| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008657630 | 20199963 | | | $1,703.41 |
| | | 2008657841 | 20114589 | | | $0.00 |
| | | 2008658113 | 20200147 | | | $0.00 |
| | | 2008658945 | 20200270 | | | $0.00 |
| | | 2008659009 | 20200296 | | | $0.00 |
| | | 2008659109 | 20200326 | | | $0.00 |
| | | 2008659562 | 20200453 | | | $0.00 |
| | | 2008659600 | 20200467 | | | $2,533.57 |
| | | 2008659693 | 20200493 | | | $0.00 |
| | | 2008659733 | 20200510 | | | $0.00 |
| | | 2008659778 | 20200524 | | | $0.00 |
| | | 2008659985 | 20200592 | | | $1,288.33 |
| | | 2008660211 | 20200660 | | | $0.00 |
| | | 2008661384 | 20200920 | | | $844.52 |
| | | 2008661386 | 20165261 | | | $0.00 |
| | | 2008662798 | 20201312 | | | $0.00 |
| | | 2008664484 | 20181982 | | | $2,576.67 |
| | | 2008665236 | 20201851 | | | $0.00 |
| | | 2008665315 | 20201865 | | | $2,576.67 |
| | | 2008665404 | 20135898 | | | $0.00 |
| | | 2008665493 | 20112221 | | | $0.00 |
| | | 2008665801 | 20201678 | | | $2,533.57 |
| | | 2008666000 | 20202029 | | | $0.00 |
| | | 2008666081 | 20202057 | | | $0.00 |
| | | 2008666131 | 20188486 | | | $2,576.67 |
| | | 2008666428 | 20202148 | | | $0.00 |
| | | 2008666823 | 20202241 | | | $0.00 |
| | | 2008667043 | 20202298 | | | $0.00 |
| | | 2008667659 | 20202491 | | | $0.00 |
| | | 2008667755 | 20202521 | | | $0.00 |
| | | 2008668750 | 20202736 | | | $0.00 |
| | | 2008669337 | 20198430 | | | $9,539.21 |
| | | 27651 | 20197301 | | | $0.00 |
| | Documentation Clarification | | | 288 | 111 | $220,414.95 |
| | **Malnutrition** | | | | | |
| | | 2008633699 | 20193976 | | | $0.00 |
| | | 2008645615 | 20196820 | | | $1,288.33 |
| | | 2008607828 | 20186593 | | | $0.00 |
| | | 2008612104 | 20188341 | | | $0.00 |
| | | 2008613094 | 20188602 | | | $1,266.79 |
| | | 2008613207 | 20184882 | | | $0.00 |
| | | 2008614149 | 20188797 | | | $0.00 |
| | | 2008614245 | 20188824 | | | $0.00 |
| | | 2008614519 | 20188914 | | | $1,288.33 |
| | | 2008614592 | 20188943 | | | $844.52 |
| | | 2008614617 | 20188948 | | | $1,266.79 |
| | | 2008614620 | 20188794 | | | $844.52 |
| | | 2008614867 | 20189004 | | | $1,266.79 |
| | | 2008614936 | 20189012 | | | $0.00 |
| | | 2008614963 | 20188878 | | | $0.00 |
| | | 2008615087 | 20189067 | | | $2,576.67 |
| | | 2008615163 | 201889097 | | | $644.17 |
| | | 2008615323 | 20188454 | | | $5,213.94 |
| | | 2008615440 | 20188432 | | | $0.00 |
| | | 2008615529 | 20188876 | | | $0.00 |
| | | 2008615530 | 20189020 | | | $2,533.57 |

GOVERNMENT
EXHIBIT
5

PENGAD 800-631-6989

KH 000034   Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|----------|-------|-----------|-----|---------|--------------------|----------------|
| | | 2008615862 | 20189278 | | | $0.00 |
| | | 2008616139 | 20189354 | | | $0.00 |
| | | 2008616169 | 20189363 | | | $1,266.79 |
| | | 2008616175 | 20189364 | | | $0.00 |
| | | 2008616180 | 20189365 | | | $2,533.57 |
| | | 2008616185 | 20189250 | | | $0.00 |
| | | 2008616352 | 20129778 | | | $0.00 |
| | | 2008616737 | 20189442 | | | $844.52 |
| | | 2008616749 | 20189447 | | | $0.00 |
| | | 2008616766 | 20189454 | | | $0.00 |
| | | 2008617035 | 20189513 | | | $0.00 |
| | | 2008617190 | 20189562 | | | $0.00 |
| | | 2008617213 | 20189579 | | | $1,266.79 |
| | | 2008617221 | 20189583 | | | $0.00 |
| | | 2008617760 | 20184234 | | | $0.00 |
| | | 2008617808 | 20189756 | | | $0.00 |
| | | 2008617821 | 20189764 | | | $0.00 |
| | | 2008617841 | 20157727 | | | $0.00 |
| | | 2008617869 | 20189780 | | | $0.00 |
| | | 2008617873 | 20189782 | | | $2,576.67 |
| | | 2008618246 | 20189874 | | | $1,266.79 |
| | | 2008618554 | 20189973 | | | $0.00 |
| | | 2008618597 | 20189988 | | | $2,576.67 |
| | | 2008618681 | 20190012 | | | $2,533.57 |
| | | 2008618777 | 20190029 | | | $2,533.57 |
| | | 2008618821 | 20190044 | | | $2,533.57 |
| | | 2008618956 | 20190105 | | | $0.00 |
| | | 2008618998 | 20190121 | | | $2,576.67 |
| | | 2008619230 | 20190185 | | | $2,576.67 |
| | | 2008619234 | 20189855 | | | $0.00 |
| | | 2008619256 | 20190193 | | | $0.00 |
| | | 2008619351 | 20190221 | | | $0.00 |
| | | 2008619779 | 20190242 | | | $1,266.79 |
| | | 2008619884 | 20189513 | | | $1,288.33 |
| | | 2008619894 | 20190281 | | | $0.00 |
| | | 2008620251 | 20190044 | | | $0.00 |
| | | 2008620253 | 20190425 | | | $0.00 |
| | | 2008620297 | 20190444 | | | $858.89 |
| | | 2008620330 | 20190455 | | | $844.52 |
| | | 2008620420 | 20189278 | | | $0.00 |
| | | 2008620448 | 20190126 | | | $0.00 |
| | | 2008620677 | 20190561 | | | $0.00 |
| | | 2008620754 | 20190586 | | | $0.00 |
| | | 2008620756 | 20190587 | | | $1,266.79 |
| | | 2008620860 | 20190621 | | | $858.89 |
| | | 2008620866 | 20190623 | | | $0.00 |
| | | 2008620990 | 20179711 | | | $0.00 |
| | | 2008620996 | 20190646 | | | $1,703.41 |
| | | 2008621040 | 20190658 | | | $0.00 |
| | | 2008621068 | 20190597 | | | $0.00 |
| | | 2008621136 | 20190697 | | | $0.00 |
| | | 2008621238 | 20190734 | | | $844.52 |
| | | 2008621477 | 20190792 | | | $1,288.33 |
| | | 2008621500 | 20190798 | | | $2,576.67 |
| | | 2008621529 | 20190814 | | | $0.00 |
| | | 2008621547 | 20190824 | | | $0.00 |
| | | 2008621549 | 20174430 | | | $0.00 |

KH 000035

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008621567 | 20190834 | | | $0.00 |
| | | 2008621576 | 20190838 | | | $1,288.33 |
| | | 2008621948 | 20190960 | | | $644.17 |
| | | 2008622212 | 20191052 | | | $1,288.33 |
| | | 2008622654 | 20191070 | | | $0.00 |
| | | 2008622689 | 20190975 | | | $0.00 |
| | | 2008622713 | 20184851 | | | $1,288.33 |
| | | 2008622847 | 20190697 | | | $2,533.57 |
| | | 2008622865 | 20191130 | | | $1,266.79 |
| | | 2008623116 | 20191182 | | | $0.00 |
| | | 2008623383 | 20191253 | | | $2,533.57 |
| | | 2008623460 | 20190838 | | | $1,288.33 |
| | | 2008623800 | 20191357 | | | $0.00 |
| | | 2008623810 | 20191365 | | | $0.00 |
| | | 2008623827 | 20190693 | | | $844.52 |
| | | 2008623849 | 20190993 | | | $0.00 |
| | | 2008623969 | 20191403 | | | $5,110.24 |
| | | 2008624010 | 20105448 | | | $0.00 |
| | | 2008624105 | 20191450 | | | $0.00 |
| | | 2008624300 | 20191518 | | | $1,266.79 |
| | | 2008624311 | 20191521 | | | $0.00 |
| | | 2008624343 | 20191533 | | | $0.00 |
| | | 2008624586 | 20191599 | | | $858.89 |
| | | 2008624768 | 20191649 | | | $0.00 |
| | | 2008624797 | 201902868 | | | $844.52 |
| | | 2008624809 | 20191661 | | | $0.00 |
| | | 2008624963 | 20191716 | | | $0.00 |
| | | 2008624991 | 20191731 | | | $0.00 |
| | | 2008625018 | 20191743 | | | $0.00 |
| | | 2008625214 | 20191807 | | | $0.00 |
| | | 2008625257 | 20191816 | | | $0.00 |
| | | 2008625782 | 20191857 | | | $0.00 |
| | | 2008625871 | 20190206 | | | $1,266.79 |
| | | 2008626014 | 20191902 | | | $0.00 |
| | | 2008626081 | 20191926 | | | $0.00 |
| | | 2008626257 | 20191518 | | | $1,266.79 |
| | | 2008626310 | 20192006 | | | $1,266.79 |
| | | 2008626346 | 20192023 | | | $0.00 |
| | | 2008626478 | 20192054 | | | $1,266.79 |
| | | 2008626490 | 20192059 | | | $0.00 |
| | | 2008626717 | 20192141 | | | $4,769.60 |
| | | 2008626752 | 20192149 | | | $4,769.60 |
| | | 2008626921 | 20192200 | | | $0.00 |
| | | 2008626967 | 20192217 | | | $644.17 |
| | | 2008627057 | 20192251 | | | $844.52 |
| | | 2008627110 | 20192269 | | | $2,576.67 |
| | | 2008627210 | 20191988 | | | $0.00 |
| | | 2008627229 | 20191018 | | | $0.00 |
| | | 2008627325 | 20192222 | | | $858.89 |
| | | 2008627523 | 20192389 | | | $2,576.67 |
| | | 2008627553 | 20191988 | | | $0.00 |
| | | 2008627593 | 20192405 | | | $2,533.57 |
| | | 2008627680 | 20192439 | | | $2,576.67 |
| | | 2008627711 | 20101964 | | | $1,288.33 |
| | | 2008627765 | 20191988 | | | $2,533.57 |
| | | 2008627845 | 20192471 | | | $844.52 |
| | | 2008628389 | 20190352 | | | $442.34 |

KH 000036

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008628397 | 201502931 | | | $0.00 |
| | | 2008629239 | 20192786 | | | $2,576.67 |
| | | 2008629286 | 20192804 | | | $0.00 |
| | | 2008629393 | 20192828 | | | $0.00 |
| | | 2008629580 | 20192869 | | | $0.00 |
| | | 2008629626 | 20191988 | | | $1,288.33 |
| | | 2008629657 | 20192822 | | | $0.00 |
| | | 2008629658 | 20150931 | | | $0.00 |
| | | 2008630235 | 20192748 | | | $1,288.33 |
| | | 2008630254 | 20193062 | | | $9,539.21 |
| | | 2008630347 | 20193082 | | | $0.00 |
| | | 2008630378 | 20193093 | | | $1,266.79 |
| | | 2008630629 | 20193181 | | | $2,533.57 |
| | | 2008630681 | 20193204 | | | $0.00 |
| | | 2008630933 | 20184817 | | | $2,533.57 |
| | | 2008630971 | 20193315 | | | $2,576.67 |
| | | 2008630986 | 20193172 | | | $0.00 |
| | | 2008631338 | 20193394 | | | $0.00 |
| | | 2008631359 | 20193405 | | | $844.52 |
| | | 2008631773 | 20193429 | | | $2,533.57 |
| | | 2008631852 | 20107948 | | | $0.00 |
| | | 2008632001 | 20193488 | | | $1,288.33 |
| | | 2008632068 | 20193506 | | | $844.52 |
| | | 2008632069 | 20183729 | | | $2,533.57 |
| | | 2008632073 | 20193477 | | | $0.00 |
| | | 2008632145 | 20193530 | | | $0.00 |
| | | 2008632158 | 20193532 | | | $2,533.57 |
| | | 2008632225 | 20193561 | | | $0.00 |
| | | 2008632259 | 20193581 | | | $0.00 |
| | | 2008632288 | 20193593 | | | $858.89 |
| | | 2008632377 | 20193618 | | | $1,266.79 |
| | | 2008632422 | 20193635 | | | $0.00 |
| | | 2008632502 | 20193658 | | | $1,288.33 |
| | | 2008632634 | 20193693 | | | $2,576.67 |
| | | 2008632847 | 20193755 | | | $0.00 |
| | | 2008632860 | 20193050 | | | $844.52 |
| | | 2008632908 | 20193781 | | | $633.39 |
| | | 2008632953 | 20193469 | | | $1,266.79 |
| | | 2008632960 | 20191412 | | | $0.00 |
| | | 2008632962 | 20119123 | | | $0.00 |
| | | 2008632974 | 20193794 | | | $858.89 |
| | | 2008633055 | 20193435 | | | $0.00 |
| | | 2008633155 | 20193851 | | | $0.00 |
| | | 2008633182 | 20193854 | | | $2,576.67 |
| | | 2008633239 | 20193862 | | | $0.00 |
| | | 2008633381 | 20193894 | | | $1,288.33 |
| | | 2008633399 | 20173112 | | | $0.00 |
| | | 2008633401 | 20193901 | | | $844.52 |
| | | 2008633413 | 20193593 | | | $1,288.33 |
| | | 2008633438 | 20103783 | | | $0.00 |
| | | 2008633509 | 20193398 | | | $0.00 |
| | | 2008633526 | 20186891 | | | $0.00 |
| | | 2008633555 | 20193939 | | | $0.00 |
| | | 2008633716 | 20193525 | | | $0.00 |
| | | 2008633793 | 20194000 | | | $1,288.33 |
| | | 2008633803 | 20194007 | | | $0.00 |
| | | 2008633934 | 20194047 | | | $0.00 |

KH 000037

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|----------|-------|-----------|-----|---------|--------------------|----------------|
| | | 2008634032 | 20194072 | | | $1,288.33 |
| | | 2008634048 | 20194074 | | | $0.00 |
| | | 2008634079 | 20194080 | | | $0.00 |
| | | 2008634274 | 20194125 | | | $1,288.33 |
| | | 2008634401 | 20194158 | | | $0.00 |
| | | 2008634469 | 20190861 | | | $633.39 |
| | | 2008634485 | 20194188 | | | $1,266.79 |
| | | 2008634576 | 20194211 | | | $0.00 |
| | | 2008635088 | 20194260 | | | $2,533.57 |
| | | 2008635643 | 20194422 | | | $5,110.24 |
| | | 2008635813 | 20193854 | | | $0.00 |
| | | 2008635860 | 20194481 | | | $2,576.67 |
| | | 2008636001 | 20194521 | | | $2,533.57 |
| | | 2008636008 | 20194524 | | | $0.00 |
| | | 2008636248 | 20194330 | | | $0.00 |
| | | 2008636258 | 20193062 | | | $0.00 |
| | | 2008636354 | 20194329 | | | $1,266.79 |
| | | 2008636427 | 20082216 | | | $4,286.90 |
| | | 2008636444 | 20194330 | | | $0.00 |
| | | 2008636482 | 20194655 | | | $0.00 |
| | | 2008636574 | 20194669 | | | $1,288.33 |
| | | 2008636630 | 20194694 | | | $0.00 |
| | | 2008636899 | 20194307 | | | $0.00 |
| | | 2008636959 | 20194775 | | | $0.00 |
| | | 2008636972 | 20194781 | | | $0.00 |
| | | 2008637286 | 20194846 | | | $0.00 |
| | | 2008637416 | 20194894 | | | $2,533.57 |
| | | 2008637419 | 20194340 | | | $0.00 |
| | | 2008637439 | 20194902 | | | $844.52 |
| | | 2008637481 | 20194919 | | | $2,576.67 |
| | | 2008637482 | 20194920 | | | $0.00 |
| | | 2008637586 | 20194955 | | | $2,576.67 |
| | | 2008638291 | 20195013 | | | $0.00 |
| | | 2008638338 | 20189944 | | | $1,288.33 |
| | | 2008638384 | 20194655 | | | $0.00 |
| | | 2008638389 | 20195034 | | | $0.00 |
| | | 2008638410 | 20113713 | | | $2,533.57 |
| | | 2008638425 | 20121121 | | | $0.00 |
| | | 2008638529 | 20186861 | | | $0.00 |
| | | 2008638614 | 20195108 | | | $2,533.57 |
| | | 2008638616 | 20195109 | | | $0.00 |
| | | 2008638618 | 20171868 | | | $0.00 |
| | | 2008638955 | 20194848 | | | $2,576.67 |
| | | 2008638960 | 20195204 | | | $1,288.33 |
| | | 2008639061 | 20194649 | | | $0.00 |
| | | 2008639149 | 20195266 | | | $2,576.67 |
| | | 2008639158 | 20193411 | | | $0.00 |
| | | 2008639181 | 20195282 | | | $844.52 |
| | | 2008639319 | 20195334 | | | $0.00 |
| | | 2008639472 | 20195374 | | | $1,288.33 |
| | | 2008639530 | 20194891 | | | $1,266.79 |
| | | 2008639545 | 20195384 | | | $0.00 |
| | | 2008639630 | 20195394 | | | $0.00 |
| | | 2008639760 | 20195421 | | | $0.00 |
| | | 2008639767 | 20195426 | | | $1,266.79 |
| | | 2008639768 | 20195427 | | | $0.00 |
| | | 2008639878 | 20195472 | | | $0.00 |

KH  000038

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008639906 | 20195489 | | | $858.89 |
| | | 2008639991 | 20195504 | | | $7,195.48 |
| | | 2008640057 | 20195531 | | | $844.52 |
| | | 2008640110 | 20195557 | | | $0.00 |
| | | 2008640117 | 20193411 | | | $4,746.15 |
| | | 2008640129 | 20195561 | | | $1,288.33 |
| | | 2008640195 | 20195585 | | | $0.00 |
| | | 2008640241 | 20195594 | | | $0.00 |
| | | 2008640467 | 20195657 | | | $1,703.41 |
| | | 2008640616 | 20194801 | | | $0.00 |
| | | 2008640716 | 20168806 | | | $0.00 |
| | | 2008640808 | 20195750 | | | $2,576.67 |
| | | 2008640816 | 20195751 | | | $0.00 |
| | | 2008640839 | 20195756 | | | $2,533.57 |
| | | 2008640856 | 20191582 | | | $844.52 |
| | | 2008640858 | 20195638 | | | $0.00 |
| | | 2008640868 | 20195767 | | | $858.89 |
| | | 2008640908 | 20195681 | | | $844.52 |
| | | 2008641133 | 20195845 | | | $0.00 |
| | | 2008641366 | 20195896 | | | $1,266.79 |
| | | 2008641422 | 20195457 | | | $0.00 |
| | | 2008641902 | 20156467 | | | $0.00 |
| | | 2008642145 | 20195970 | | | $2,533.57 |
| | | 2008642184 | 20195241 | | | $1,288.33 |
| | | 2008642186 | 20195978 | | | $644.17 |
| | | 2008642189 | 20195979 | | | $0.00 |
| | | 2008642195 | 20194762 | | | $2,533.57 |
| | | 2008642217 | 20195984 | | | $0.00 |
| | | 2008642426 | 20196031 | | | $0.00 |
| | | 2008642432 | 20196033 | | | $0.00 |
| | | 2008642534 | 20196069 | | | $0.00 |
| | | 2008642603 | 20196082 | | | $2,576.67 |
| | | 2008642637 | 20196084 | | | $0.00 |
| | | 2008642822 | 20196143 | | | $844.52 |
| | | 2008643009 | 20195881 | | | $0.00 |
| | | 2008643018 | 20196211 | | | $858.89 |
| | | 2008643116 | 20196243 | | | $0.00 |
| | | 2008643148 | 20196250 | | | $2,576.67 |
| | | 2008643151 | 20196253 | | | $0.00 |
| | | 2008643163 | 20196258 | | | $0.00 |
| | | 2008643164 | 20196259 | | | $858.89 |
| | | 2008643168 | 20196260 | | | $0.00 |
| | | 2008643175 | 20195960 | | | $0.00 |
| | | 2008643190 | 20125682 | | | $0.00 |
| | | 2008643304 | 20196286 | | | $1,288.33 |
| | | 2008643321 | 20196293 | | | $1,266.79 |
| | | 2008643631 | 20194581 | | | $844.52 |
| | | 2008643668 | 20196385 | | | $0.00 |
| | | 2008643774 | 20192217 | | | $0.00 |
| | | 2008643848 | 20196448 | | | $1,266.79 |
| | | 2008643873 | 20196461 | | | $1,288.33 |
| | | 2008644026 | 20196504 | | | $1,288.33 |
| | | 2008644048 | 20196513 | | | $0.00 |
| | | 2008644100 | 20196532 | | | $663.51 |
| | | 2008644476 | 20107388 | | | $2,576.67 |
| | | 2008644482 | 20196618 | | | $0.00 |
| | | 2008644491 | 20195999 | | | $2,576.67 |

KH 000039

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008644526 | 20196633 | | | $0.00 |
| | | 2008644624 | 20196658 | | | $0.00 |
| | | 2008644632 | 20196661 | | | $0.00 |
| | | 2008645166 | 20196688 | | | $1,266.79 |
| | | 2008645169 | 20196690 | | | $1,288.33 |
| | | 2008645207 | 20177164 | | | $0.00 |
| | | 2008645222 | 20196521 | | | $0.00 |
| | | 2008645334 | 20196623 | | | $0.00 |
| | | 2008645507 | 20196633 | | | $0.00 |
| | | 2008645601 | 20190788 | | | $844.52 |
| | | 2008645604 | 20196815 | | | $1,288.33 |
| | | 2008645615 | 20196820 | | | $1,288.33 |
| | | 2008645620 | 20196822 | | | $2,533.57 |
| | | 2008645637 | 20196828 | | | $0.00 |
| | | 2008645876 | 20185609 | | | $0.00 |
| | | 2008645883 | 20196883 | | | $0.00 |
| | | 2008645954 | 20194655 | | | $0.00 |
| | | 2008646100 | 20196958 | | | $844.52 |
| | | 2008646178 | 20196979 | | | $644.17 |
| | | 2008646229 | 20104542 | | | $1,266.79 |
| | | 2008646274 | 20197024 | | | $1,266.79 |
| | | 2008646281 | 20197029 | | | $0.00 |
| | | 2008646313 | 20109693 | | | $0.00 |
| | | 2008646359 | 20197050 | | | $2,533.57 |
| | | 2008646362 | 20197052 | | | $1,266.79 |
| | | 2008646477 | 20197090 | | | $1,288.33 |
| | | 2008646559 | 20197104 | | | $1,951.84 |
| | | 2008646583 | 20197110 | | | $1,288.33 |
| | | 2008646602 | 20132383 | | | $1,266.79 |
| | | 2008646965 | 20169174 | | | $2,533.57 |
| | | 2008647010 | 20192595 | | | $2,555.12 |
| | | 2008647014 | 20191249 | | | $2,533.57 |
| | | 2008647093 | 20197248 | | | $0.00 |
| | | 2008647105 | 20196731 | | | $0.00 |
| | | 2008647205 | 20197296 | | | $0.00 |
| | | 2008647390 | 20197348 | | | $2,533.57 |
| | | 2008647604 | 20197429 | | | $1,288.33 |
| | | 2008647605 | 20145787 | | | $858.89 |
| | | 2008647653 | 20197442 | | | $0.00 |
| | | 2008647669 | 20197446 | | | $0.00 |
| | | 2008647691 | 20197455 | | | $1,288.33 |
| | | 2008647696 | 20197457 | | | $858.89 |
| | | 2008647701 | 20197459 | | | $1,266.79 |
| | | 2008647718 | 20197468 | | | $1,266.79 |
| | | 2008647739 | 20196633 | | | $0.00 |
| | | 2008647867 | 20151625 | | | $1,288.33 |
| | | 2008647945 | 20144719 | | | $2,533.57 |
| | | 2008647948 | 20197522 | | | $0.00 |
| | | 2008647995 | 20197538 | | | $1,288.33 |
| | | 2008648005 | 20197539 | | | $858.89 |
| | | 2008648074 | 20196695 | | | $0.00 |
| | | 2008648173 | 20197588 | | | $1,266.79 |
| | | 2008648190 | 20197595 | | | $2,576.67 |
| | | 2008648669 | 20112475 | | | $0.00 |
| | | 2008648697 | 20197623 | | | $1,288.33 |
| | | 2008648704 | 20197626 | | | $0.00 |
| | | 2008648718 | 20197632 | | | $2,533.57 |

KH 000040

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008648736 | 20000972 | | | $858.89 |
| | | 2008648763 | 20197651 | | | $1,288.33 |
| | | 2008648826 | 20197348 | | | $0.00 |
| | | 2008648839 | 20197296 | | | $0.00 |
| | | 2008648902 | 20197698 | | | $0.00 |
| | | 2008648912 | 20197707 | | | $1,703.41 |
| | | 2008648980 | 20197716 | | | $0.00 |
| | | 2008649074 | 20153408 | | | $1,288.33 |
| | | 2008649088 | 20197745 | | | $844.52 |
| | | 2008649099 | 20129831 | | | $1,266.79 |
| | | 2008649238 | 20197794 | | | $2,576.67 |
| | | 2008649248 | 20197797 | | | $1,266.79 |
| | | 2008649249 | 20197798 | | | $1,288.33 |
| | | 2008649386 | 20197834 | | | $1,703.41 |
| | | 2008649472 | 20084945 | | | $1,288.33 |
| | | 2008649492 | 20197455 | | | $2,576.67 |
| | | 2008649497 | 20197854 | | | $1,288.33 |
| | | 2008649520 | 20119347 | | | $1,288.33 |
| | | 2008649521 | 20197856 | | | $975.92 |
| | | 2008649685 | 20197915 | | | $2,576.67 |
| | | 2008649774 | 20182320 | | | $2,533.57 |
| | | 2008649905 | 20197968 | | | $0.00 |
| | | 2008650030 | 20198008 | | | $0.00 |
| | | 2008650031 | 20198009 | | | $2,533.57 |
| | | 2008650204 | 20198057 | | | $1,288.33 |
| | | 2008650263 | 20198076 | | | $1,266.79 |
| | | 2008650273 | 20198081 | | | $0.00 |
| | | 2008650311 | 20196727 | | | $1,266.79 |
| | | 2008650348 | 20197808 | | | $858.89 |
| | | 2008650364 | 20198109 | | | $844.52 |
| | | 2008650366 | 20197855 | | | $0.00 |
| | | 2008650367 | 20198110 | | | $2,533.57 |
| | | 2008650408 | 20198120 | | | $2,576.67 |
| | | 2008650436 | 20198125 | | | $1,288.33 |
| | | 2008650590 | 20198009 | | | $0.00 |
| | | 2008650692 | 20198008 | | | $2,533.57 |
| | | 2008650701 | 20198196 | | | $0.00 |
| | | 2008650707 | 20198199 | | | $2,533.57 |
| | | 2008650713 | 20198201 | | | $0.00 |
| | | 2008650718 | 20198204 | | | $1,288.33 |
| | | 2008650790 | 20140614 | | | $0.00 |
| | | 2008650807 | 20198129 | | | $0.00 |
| | | 2008650821 | 20198244 | | | $858.89 |
| | | 2008650823 | 20198245 | | | $633.39 |
| | | 2008650825 | 20198246 | | | $0.00 |
| | | 2008650827 | 20140327 | | | $975.92 |
| | | 2008651078 | 20198295 | | | $1,288.33 |
| | | 2008651140 | 20177680 | | | $1,266.79 |
| | | 2008651148 | 20198301 | | | $0.00 |
| | | 2008651158 | 20198304 | | | $2,533.57 |
| | | 2008651171 | 20198313 | | | $1,266.79 |
| | | 2008651194 | 20198321 | | | $1,266.79 |
| | | 2008651299 | 20198349 | | | $1,288.33 |
| | | 2008651301 | 20198350 | | | $2,533.57 |
| | | 2008651311 | 20198353 | | | $1,266.79 |
| | | 2008651314 | 20198355 | | | $1,266.79 |
| | | 2008651422 | 20198387 | | | $1,288.33 |

KH 000041

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008651478 | 20102715 | | | $2,576.67 |
| | | 2008651492 | 20093347 | | | $0.00 |
| | | 2008651574 | 20198428 | | | $858.89 |
| | | 2008652090 | 20198443 | | | $2,576.67 |
| | | 2008652101 | 20198448 | | | $0.00 |
| | | 2008652104 | 20198449 | | | $2,576.67 |
| | | 2008652121 | 20198457 | | | $1,288.33 |
| | | 2008652447 | 20198562 | | | $858.89 |
| | | 2008652473 | 20198570 | | | $0.00 |
| | | 2008652477 | 20198572 | | | $4,769.60 |
| | | 2008652493 | 20198571 | | | $858.89 |
| | | 2008652515 | 20198588 | | | $2,576.67 |
| | | 2008652528 | 20197252 | | | $0.00 |
| | | 2008652531 | 20197614 | | | $479.66 |
| | | 2008652549 | 20198601 | | | $1,288.33 |
| | | 2008652553 | 20198604 | | | $1,266.79 |
| | | 2008652570 | 20198612 | | | $0.00 |
| | | 2008652574 | 20197614 | | | $1,288.33 |
| | | 2008652646 | 20198633 | | | $0.00 |
| | | 2008652678 | 20198641 | | | $1,288.33 |
| | | 2008652726 | 20198660 | | | $663.51 |
| | | 2008652818 | 20197747 | | | $0.00 |
| | | 2008652852 | 20198698 | | | $844.52 |
| | | 2008652863 | 20162729 | | | $0.00 |
| | | 2008652974 | 20198738 | | | $0.00 |
| | | 2008652986 | 20198745 | | | $0.00 |
| | | 2008653168 | 20198779 | | | $1,288.33 |
| | | 2008653231 | 201987901 | | | $3,179.74 |
| | | 2008653283 | 20198809 | | | $1,266.79 |
| | | 2008653287 | 20198812 | | | $858.89 |
| | | 2008653288 | 20198813 | | | $1,266.79 |
| | | 2008653315 | 20198816 | | | $1,266.79 |
| | | 2008653320 | 20198817 | | | $2,576.67 |
| | | 2008653324 | 20198818 | | | $2,576.67 |
| | | 2008653337 | 20198820 | | | $2,576.67 |
| | | 2008653342 | 20198822 | | | $0.00 |
| | | 2008653355 | 20198831 | | | $0.00 |
| | | 2008653471 | 20198865 | | | $1,288.33 |
| | | 2008653565 | 20198881 | | | $0.00 |
| | | 2008653574 | 20198885 | | | $0.00 |
| | | 2008653739 | 20177640 | | | $1,266.79 |
| | | 2008653832 | 20188119 | | | $2,576.67 |
| | | 2008653859 | 20189871 | | | $1,288.33 |
| | | 2008653919 | 20199006 | | | $2,576.67 |
| | | 2008653938 | 20198657 | | | $0.00 |
| | | 2008653967 | 20199027 | | | $1,288.33 |
| | | 2008654002 | 20198374 | | | $0.00 |
| | | 2008654003 | 20191325 | | | $2,576.67 |
| | | 2008654079 | 20199064 | | | $2,533.57 |
| | | 2008654080 | 20199065 | | | $0.00 |
| | | 2008654081 | 20199066 | | | $2,576.67 |
| | | 2008654185 | 20199097 | | | $0.00 |
| | | 2008654214 | 20199107 | | | $2,533.57 |
| | | 2008654238 | 20128853 | | | $1,288.33 |
| | | 2008654312 | 20198829 | | | $0.00 |
| | | 2008654433 | 20199165 | | | $2,576.67 |
| | | 2008654491 | 20199178 | | | $0.00 |

KH 000042

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008654550 | 20199203 | | | $2,576.67 |
| | | 2008654585 | 20191812 | | | $1,288.33 |
| | | 2008654611 | 20199233 | | | $0.00 |
| | | 2008654614 | 20099124 | | | $0.00 |
| | | 2008654713 | 20199267 | | | $0.00 |
| | | 2008654718 | 20199269 | | | $0.00 |
| | | 2008654847 | 20169709 | | | $1,301.23 |
| | | 2008655383 | 20199339 | | | $1,951.84 |
| | | 2008655616 | 20198853 | | | $2,576.67 |
| | | 2008655642 | 20117104 | | | $1,266.79 |
| | | 2008655646 | 20199107 | | | $2,533.57 |
| | | 2008655768 | 20199449 | | | $2,576.67 |
| | | 2008655920 | 20199491 | | | $0.00 |
| | | 2008655943 | 20199498 | | | $858.89 |
| | | 2008655949 | 20199500 | | | $2,533.57 |
| | | 2008656043 | 20199532 | | | $0.00 |
| | | 2008656054 | 20199537 | | | $858.89 |
| | | 2008656250 | 20199601 | | | $2,576.67 |
| | | 2008656525 | 20199025 | | | $7,195.48 |
| | | 2008656557 | 20199674 | | | $1,288.33 |
| | | 2008656600 | 20199686 | | | $0.00 |
| | | 2008656616 | 20199691 | | | $2,576.67 |
| | | 2008656631 | 20199708 | | | $858.89 |
| | | 2008656758 | 20199738 | | | $1,266.79 |
| | | 2008656783 | 20199025 | | | $0.00 |
| | | 2008656852 | 20104614 | | | $1,266.79 |
| | | 2008656938 | 20154785 | | | $1,288.33 |
| | | 2008656946 | 20179408 | | | $2,576.67 |
| | | 2008656965 | 20199798 | | | $2,576.67 |
| | | 2008656978 | 20199801 | | | $2,533.57 |
| | | 2008656980 | 20199420 | | | $1,266.79 |
| | | 2008656981 | 20116462 | | | $0.00 |
| | | 2008657000 | 20199808 | | | $844.52 |
| | | 2008657071 | 20199760 | | | $5,835.82 |
| | | 2008657111 | 20199856 | | | $2,533.57 |
| | | 2008657116 | 20188571 | | | $0.00 |
| | | 2008657123 | 20199859 | | | $1,266.79 |
| | | 2008657124 | 20199860 | | | $1,951.84 |
| | | 2008657161 | 20199760 | | | $2,555.12 |
| | | 2008657187 | 20198457 | | | $2,576.67 |
| | | 2008657396 | 20198570 | | | $0.00 |
| | | 2008657467 | 20199346 | | | $2,576.67 |
| | | 2008657529 | 20129412 | | | $858.89 |
| | | 2008657533 | 20199944 | | | $2,576.67 |
| | | 2008657542 | 20147154 | | | $2,576.67 |
| | | 2008657598 | 20199956 | | | $2,533.57 |
| | | 2008657627 | 20199961 | | | $2,576.67 |
| | | 2008657630 | 20199963 | | | $1,703.41 |
| | | 2008657631 | 20199964 | | | $1,266.79 |
| | | 2008657642 | 20199969 | | | $2,533.57 |
| | | 2008657648 | 20199972 | | | $0.00 |
| | | 2008657832 | 20170484 | | | $1,266.79 |
| | | 2008657841 | 20114589 | | | $0.00 |
| | | 2008657922 | 20200080 | | | $2,555.12 |
| | | 2008657936 | 20200081 | | | $0.00 |
| | | 2008657981 | 20182320 | | | $2,533.57 |
| | | 2008658045 | 20157183 | | | $2,576.67 |

KH 000043

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008658076 | 20200132 | | | $2,576.67 |
| | | 2008658092 | 20200136 | | | $2,576.67 |
| | | 2008658095 | 20200137 | | | $0.00 |
| | | 2008658111 | 20200145 | | | $1,266.79 |
| | | 2008658588 | 20200170 | | | $2,576.67 |
| | | 2008659021 | 20200299 | | | $2,576.67 |
| | | 2008659029 | 20200306 | | | $0.00 |
| | | 2008659109 | 20200326 | | | $0.00 |
| | | 2008659135 | 2020034 | | | $1,266.79 |
| | | 2008659560 | 20200451 | | | $0.00 |
| | | 2008659656 | 20200479 | | | $644.17 |
| | | 2008659778 | 20200524 | | | $0.00 |
| | | 2008659929 | 20200571 | | | $2,555.12 |
| | | 2008659985 | 20200592 | | | $1,288.33 |
| | | 2008660004 | 20200600 | | | $0.00 |
| | | 2008660155 | 20200638 | | | $2,533.57 |
| | | 2008660199 | 20200654 | | | $2,576.67 |
| | | 2008660204 | 20200657 | | | $0.00 |
| | | 2008660211 | 20200660 | | | $0.00 |
| | | 2008660225 | 20200665 | | | $2,576.67 |
| | | 2008660238 | 20200668 | | | $0.00 |
| | | 2008660279 | 20189782 | | | $1,288.33 |
| | | 2008660291 | 20200686 | | | $0.00 |
| | | 2008660292 | 20200687 | | | $0.00 |
| | | 2008660372 | 20200718 | | | $2,576.67 |
| | | 2008660398 | 20200724 | | | $1,288.33 |
| | | 2008660530 | 20170682 | | | $1,266.79 |
| | | 2008660562 | 20200767 | | | $0.00 |
| | | 2008660592 | 20200778 | | | $0.00 |
| | | 2008660654 | 20200785 | | | $0.00 |
| | | 2008660667 | 20200788 | | | $0.00 |
| | | 2008660688 | 20200799 | | | $2,533.57 |
| | | 2008660690 | 20200801 | | | $1,288.33 |
| | | 2008660749 | 20200824 | | | $0.00 |
| | | 2008660782 | 20200839 | | | $2,576.67 |
| | | 2008660785 | 20200511 | | | $844.52 |
| | | 2008660806 | 20162991 | | | $2,576.67 |
| | | 2008660872 | 20200860 | | | $0.00 |
| | | 2008661384 | 20200920 | | | $844.52 |
| | | 2008661390 | 20200922 | | | $0.00 |
| | | 2008661559 | 20160924 | | | $1,266.79 |
| | | 2008661583 | 20200970 | | | $0.00 |
| | | 2008661611 | 20130363 | | | $844.52 |
| | | 2008661746 | 20201016 | | | $2,576.67 |
| | | 2008661798 | 20201036 | | | $0.00 |
| | | 2008661872 | 20201057 | | | $2,533.57 |
| | | 2008662133 | 20201123 | | | $1,288.33 |
| | | 2008662228 | 20201148 | | | $2,533.57 |
| | | 2008662669 | 20162078 | | | $0.00 |
| | | 2008662691 | 20201263 | | | $2,576.67 |
| | | 2008662693 | 20201264 | | | $0.00 |
| | | 2008663202 | 20200335 | | | $2,533.57 |
| | | 2008663325 | 20201463 | | | $1,288.33 |
| | | 2008663392 | 20201483 | | | $0.00 |
| | | 2008663393 | 20201484 | | | $0.00 |
| | | 2008663441 | 20201501 | | | $2,576.67 |
| | | 2008663444 | 20187270 | | | $2,576.67 |

KH 000044

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008663445 | 20167806 | | | $2,576.67 |
| | | 2008663461 | 20120463 | | | $0.00 |
| | | 2008663463 | 20091671 | | | $0.00 |
| | | 2008663470 | 20201516 | | | $2,533.57 |
| | | 2008663474 | 20200691 | | | $0.00 |
| | | 2008663475 | 20201312 | | | $2,533.57 |
| | | 2008663798 | 20201588 | | | $0.00 |
| | | 2008663931 | 20201615 | | | $1,266.79 |
| | | 2008668121 | 20202638 | | | $2,576.67 |
| | | 2008668133 | 20202643 | | | $2,576.67 |
| | | 2008668138 | 20202645 | | | $1,301.23 |
| | | 2008668151 | 20202653 | | | $5,110.24 |
| | | 2008668559 | 20110913 | | | $1,288.33 |
| | | 2008668590 | 20202676 | | | $0.00 |
| | | 2008668858 | 20202777 | | | $0.00 |
| | | 2008669084 | 20202852 | | | $2,576.67 |
| | | 2008669086 | 20181944 | | | $2,576.67 |
| | | 2008669089 | 20092773 | | | $2,576.67 |
| | | 2008669090 | 20160022 | | | $2,576.67 |
| | | 2008669339 | 20202930 | | | $2,576.67 |
| | | 2008669423 | 20202666 | | | $1,288.33 |
| | | 2008669616 | 20202992 | | | $2,533.57 |
| | | 2008670062 | 20203110 | | | $1,288.33 |
| | | 2008670108 | 20203127 | | | $0.00 |
| | | 2008670246 | 20203175 | | | $0.00 |
| | | 2008670308 | 20202777 | | | $2,576.67 |
| | | 2008670314 | 20203195 | | | $2,576.67 |
| | | 2008670334 | 20203205 | | | $0.00 |
| | | 2008670337 | 20203207 | | | $0.00 |
| | Malnutrition | | | 626 | 354 | $652,861.38 |
| | **More Acute Conditions** | | | | | |
| | | 2008626094 | 20191931 | | | $858.89 |
| | | 2008630290 | 20193072 | | | $1,266.79 |
| | | 2008657391 | 20142830 | | | $0.00 |
| | More Acute Conditions | | | 3 | 2 | $2,125.67 |
| | **Pneumonia** | | | | | |
| | | 2008620330 | 20190455 | | | $844.52 |
| | | 2008622128 | 20191018 | | | $844.52 |
| | | 2008630347 | 20193082 | | | $0.00 |
| | | 2008632118 | 20193525 | | | $858.89 |
| | | 2008636704 | 20194706 | | | $1,288.33 |
| | | 2008636870 | 20193411 | | | $0.00 |
| | | 2008636971 | 20194780 | | | $0.00 |
| | | 2008637305 | 20194861 | | | $0.00 |
| | | 2008639122 | 20195260 | | | $0.00 |
| | | 2008640252 | 20148317 | | | $2,533.57 |
| | | 2008640294 | 20195308 | | | $0.00 |
| | | 2008643323 | 20196295 | | | $0.00 |
| | | 2008646073 | 20196949 | | | $0.00 |
| | | 2008650914 | 20198260 | | | $0.00 |
| | | 2008652414 | 20198548 | | | $4,769.60 |
| | | 2008658941 | 20200268 | | | $0.00 |
| | | 2008660740 | 20200723 | | | $1,266.79 |
| | Pneumonia | | | 17 | 7 | $12,406.23 |

KH 000045

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.

| Facility | Query | Encounter | MRN | Queries | Queries w/Variance | Query Variance |
|---|---|---|---|---|---|---|
| | | 2008643460 | 20196331 | | | $2,576.67 |
| | | 2008643473 | 20196338 | | | $844.52 |
| | | 2008643665 | 20196382 | | | $0.00 |
| | | 2008644622 | 20196657 | | | $2,533.57 |
| | | 2008645166 | 20196688 | | | $1,266.79 |
| | | 2008646604 | 20197120 | | | $1,288.33 |
| | | 2008646966 | 20197200 | | | $0.00 |
| | | 2008647177 | 20197283 | | | $2,555.12 |
| | | 2008647605 | 20145787 | | | $858.89 |
| | | 2008647861 | 20193923 | | | $844.52 |
| | | 2008648697 | 20197623 | | | $1,288.33 |
| | | 2008648806 | 20115278 | | | $1,288.33 |
| | | 2008649558 | 20197865 | | | $1,266.79 |
| | | 2008649883 | 20197468 | | | $2,576.67 |
| | | 2008649899 | 20197967 | | | $858.89 |
| | | 2008652560 | 20198608 | | | $0.00 |
| | | 2008652718 | 20198654 | | | $0.00 |
| | | 2008653353 | 20194179 | | | $0.00 |
| | | 2008653363 | 20198758 | | | $1,288.33 |
| | | 2008653875 | 20198989 | | | $633.39 |
| | | 2008654582 | 20199219 | | | $844.52 |
| | | 2008655352 | 20198079 | | | $0.00 |
| | | 2008656737 | 20199730 | | | $0.00 |
| | | 2008657573 | 20199951 | | | $1,703.41 |
| | | 2008657992 | 20200094 | | | $0.00 |
| | | 2008658017 | 20200104 | | | $0.00 |
| | | 2008661296 | 20200756 | | | $2,533.57 |
| | | 2008661969 | 20200106 | | | $0.00 |
| | | 2008669348 | 20202933 | | | $0.00 |
| | | 2008670329 | 20193923 | | | $0.00 |
| | Renal Failure | | | 88 | 57 | $62,738.62 |

**Respiratory Failure**

| | | 2008647732 | 20194901 | | | $858.89 |
|---|---|---|---|---|---|---|
| | Respiratory Failure | | | | | $858.89 |

**Secondary Conditions**

| | | 2008638225 | 20194909 | | | $0.00 |
|---|---|---|---|---|---|---|
| | | 2008645615 | 20196820 | | | $1,288.33 |
| | | 2008651000 | 20198280 | | | $2,602.46 |
| | | 2008611216 | 20188065 | | | $2,533.57 |
| | | 2008611762 | 20188230 | | | $0.00 |
| | | 2008612525 | 20188442 | | | $0.00 |
| | | 2008612708 | 20188495 | | | $0.00 |
| | | 2008613094 | 20188602 | | | $1,266.79 |
| | | 2008613207 | 20184882 | | | $0.00 |
| | | 2008613371 | 20188656 | | | $0.00 |
| | | 2008613580 | 20188753 | | | $0.00 |
| | | 2008614183 | 20162306 | | | $0.00 |
| | | 2008614218 | 20121121 | | | $0.00 |
| | | 2008614242 | 20188821 | | | $0.00 |
| | | 2008614360 | 20188845 | | | $0.00 |
| | | 2008614499 | 20188648 | | | $0.00 |
| | | 2008614525 | 20188345 | | | $0.00 |
| | | 2008614598 | 20188825 | | | $1,266.79 |
| | | 2008614608 | 20188945 | | | $0.00 |
| | | 2008614613 | 20188947 | | | $0.00 |

KH 000046

Copyright 2003 - 2008, HP3, Inc.

The Query Variance Report summarizes the financial impact of the CDI Program for each query. Variance is the financial difference associated with the DRG change as a result of a non-negative query response. The report is based on discharge date and can be compared to all Core Reports except the CDI Report Card.