# Kernan Hospital
Trending of Malnutrition & Respiratory Failure
as a Secondary Diagnosis

| Diagnosis Code | Description | FY 2004 | FY 2005 | FY 2006 | FY 2007 |
|---|---|---|---|---|---|
| 260 | KWASHIORKOR | - | 3 | 104 | 281 |
| 261 | NUTRITIONAL MARASMUS | - | 1 | 6 | 6 |
| 262 | OTH SEVERE MALNUTRITION | 1 | - | 2 | 7 |
| 263.0 | MALNUTRITION MOD DEGREE | 1 | 2 | 32 | 75 |
| 263.1 | MALNUTRITION MILD DEGREE | - | 1 | 22 | 82 |
| 263.8 | PROTEIN-CAL MALNUT NEC | - | 2 | - | - |
| 263.9 | PROTEIN-CAL MALNUT NOS | 23 | 89 | 144 | 85 |
| | Total Malnutrition | 25 | 98 | 310 | 536 |
| 518.5 | POSTTR PULMON INSUFF | 8 | 17 | 11 | 14 |
| 518.81 | AC RESPIRATORY FAILURE | 63 | 67 | 73 | 63 |
| 518.83 | CHR RESPIRATORY FAILURE | - | - | - | 1 |
| | Total Respiratory Failure | 71 | 84 | 84 | 78 |
| | Total | 96 | 182 | 394 | 614 |


GOVERNMENT EXHIBIT 6

KH 000020

MARYLAND INPATIENT DATA
07/2003 - 06/2004
SELECTED DIAGNOSES (RESPIRATORY/MALNUTRITION

| DIAGNOSIS CODE | DIAGNOSIS DESC. | TOTAL CASES | TOTAL L.O.S | AVG L.O.S | TOTAL CHARGES | AVG CHARGES |
|---|---|---|---|---|---|---|
| 262 | OTH SEVERE MALNUTRITION | 1 | 10 | 10 | 8524 | 8524 |
| 2630 | MALNUTRITION MOD DEGREE | 1 | 4 | 4 | 14352 | 14352 |
| 2639 | PROTEIN-CAL MALNUT NOS | 23 | 282 | 12.26 | 398419 | 17323 |
| 5185 | POSTTR PULMON INSUFF | 8 | 147 | 18.38 | 219441 | 27430 |
| 51881 | AC RESPIRATORY FAILURE | 63 | 719 | 11.41 | 1678295 | 26640 |

KH 000021

MARYLAND INPATIENT DATA
07/2004 - 06/2005
SELECTED DIAGNOSES (RESPIRATORY/MALNUTRITION

| DIAGNOSIS CODE | DIAGNOSIS DESC. | TOTAL CASES | TOTAL L.O.S | AVG L.O.S | TOTAL CHARGES | AVG CHARGES |
|---|---|---|---|---|---|---|
| 260 | KWASHIORKOR | 3 | 44 | 14.67 | 68686 | 22895 |
| 261 | NUTRITIONAL MARASMUS | 1 | 21 | 21 | 21133 | 21133 |
| 2630 | MALNUTRITION MOD DEGREE | 2 | 31 | 15.5 | 39089 | 19545 |
| 2631 | MALNUTRITION MILD DEGREE | 1 | 15 | 15 | 19419 | 19419 |
| 2638 | PROTEIN-CAL MALNUT NEC | 2 | 22 | 11 | 27442 | 13721 |
| 2639 | PROTEIN-CAL MALNUT NOS | 89 | 1156 | 12.99 | 1853049 | 20821 |
| 5185 | POSTTR PULMON INSUFF | 17 | 189 | 11.12 | 445996 | 26235 |
| 51881 | AC RESPIRATORY FAILURE | 67 | 825 | 12.31 | 1282031 | 19135 |

MARYLAND INPATIENT DATA
07/2005 - 06/2006
SELECTED DIAGNOSES (RESPIRATORY/MALNUTRITION

| DIAGNOSIS CODE | DIAGNOSIS DESC. | TOTAL CASES | TOTAL L.O.S | AVG L.O.S | TOTAL CHARGES | AVG CHARGES |
|---|---|---|---|---|---|---|
| 260 | KWASHIORKOR | 104 | 1447 | 13.91 | 1727037 | 16606 |
| 261 | NUTRITIONAL MARASMUS | 6 | 105 | 17.5 | 149515 | 24919 |
| 262 | OTH SEVERE MALNUTRITION | 2 | 79 | 39.5 | 94773 | 47387 |
| 2630 | MALNUTRITION MOD DEGREE | 32 | 420 | 13.13 | 705161 | 22036 |
| 2631 | MALNUTRITION MILD DEGREE | 22 | 296 | 13.45 | 360088 | 16368 |
| 2639 | PROTEIN-CAL MALNUT NOS | 144 | 1904 | 13.22 | 2686589 | 18657 |
| 5185 | POSTTR PULMON INSUFF | 11 | 180 | 16.36 | 251547 | 22868 |
| 51881 | AC RESPIRATORY FAILURE | 73 | 904 | 12.38 | 1227009 | 16808 |

KH 000023

MARYLAND INPATIENT DATA
07/2006 - 06/2007
SELECTED DIAGNOSES (RESPIRATORY/MALNUTRITION)

| DIAGNOSIS CODE | DIAGNOSIS DESC. | TOTAL CASES | TOTAL L.O.S | AVG L.O.S | TOTAL CHARGES | AVG CHARGES |
|---|---|---|---|---|---|---|
| 260 | KWASHIORKOR | 281 | 3614 | 12.86 | 5074152 | 18057 |
| 261 | NUTRITIONAL MARASMUS | 6 | 71 | 11.83 | 152190 | 25365 |
| 262 | OTH SEVERE MALNUTRITION | 7 | 82 | 11.71 | 114824 | 16403 |
| 2630 | MALNUTRITION MOD DEGREE | 75 | 716 | 9.55 | 1545623 | 20608 |
| 2631 | MALNUTRITION MILD DEGREE | 82 | 808 | 9.85 | 1890486 | 23055 |
| 2639 | PROTEIN-CAL MALNUT NOS | 85 | 866 | 10.19 | 1315780 | 15480 |
| 5185 | POSTTR PULMON INSUFF | 14 | 320 | 22.86 | 496880 | 35491 |
| 51881 | AC RESPIRATORY FAILURE | 63 | 846 | 13.43 | 1465865 | 23268 |
| 51883 | CHR RESPIRATORY FAILURE | 1 | 12 | 12 | 14921 | 14921 |

KH 000024