## HSCRC Case Mix Data
### Change in Charge Per Case: Case Mix Data

| HOSPID | HOSPITAL NAME | BASE PERIOD 07/02 - 06/03 | | CURRENT PERIOD 07/03 - 06/04 | | % CHANGE | |
|---|---|---|---|---|---|---|---|
| | | CMI (LEVEL I) | TOTAL CMI | CMI (LEVEL I) | TOTAL CMI | CMI (LEVEL I) | TOTAL CMI |
| 218992 | University (MIEMSS) | 1.018901 | 0.675363 | 1.046629 | 0.772655 | 2.72% | 14.41% |
| 210061 | Atlantic General Hospital | 0.956080 | 0.956080 | 1.015393 | 1.017467 | 6.20% | 6.42% |
| 210009 | Johns Hopkins Hospital | 1.464191 | 1.616095 | 1.516478 | 1.696188 | 3.57% | 4.96% |
| 210049 | Upper Chesepeake Medical Center | 0.803247 | 0.804464 | 0.833655 | 0.838070 | 3.79% | 4.18% |
| 210018 | Montgomery General Hospital | 0.875293 | 0.877567 | 0.904722 | 0.913400 | 3.36% | 4.08% |
| 210054 | Southern Maryland Hospital | 0.879182 | 0.879428 | 0.911688 | 0.913124 | 3.70% | 3.83% |
| 210027 | Sacred Heart Hospital | 1.126608 | 1.126927 | 1.144006 | 1.164682 | 1.54% | 3.35% |
| 210011 | St. Agnes Hospital | 0.978697 | 0.986880 | 0.999262 | 1.017861 | 2.10% | 3.14% |
| 210025 | The Memorial Hospital | 0.856937 | 0.856937 | 0.879938 | 0.883350 | 2.68% | 3.08% |
| 210034 | Harbor Hospital Center | 0.856211 | 0.857711 | 0.878263 | 0.883500 | 2.58% | 3.01% |
| 210048 | Howard County General Hospital | 0.768932 | 0.771528 | 0.786421 | 0.792902 | 2.27% | 2.77% |
| 210057 | Shady Grove Adventist Hospital | 0.803005 | 0.805671 | 0.820072 | 0.827819 | 2.13% | 2.75% |
| 210017 | Garrett County Memorial Hospital | 0.794073 | 0.794073 | 0.814784 | 0.814784 | 2.61% | 2.61% |
| 210040 | Northwest Hospital Center, Inc. | 1.009135 | 1.009470 | 1.032786 | 1.033575 | 2.34% | 2.39% |
| 210015 | Franklin Square Hospital | 0.895859 | 0.901888 | 0.916285 | 0.922680 | 2.28% | 2.31% |
| 210019 | Peninsula Regional Medical Center | 1.140968 | 1.143187 | 1.145322 | 1.168935 | 0.38% | 2.25% |
| 210005 | Frederick Memorial Hospital | 0.835239 | 0.835939 | 0.851245 | 0.853788 | 1.92% | 2.14% |
| 210037 | Memorial Hospital at Easton | 0.818690 | 0.820413 | 0.836394 | 0.836518 | 2.16% | 1.96% |
| 210055 | Laurel Regional Hospital | 0.870272 | 0.873567 | 0.886067 | 0.889967 | 1.82% | 1.88% |
| 210002 | Univ. of Maryland Medical System | 1.458889 | 1.703462 | 1.504216 | 1.734802 | 3.11% | 1.84% |
| 210043 | North Arundel General Hospital | 1.016108 | 1.019622 | 1.034791 | 1.037791 | 1.84% | 1.78% |
| *State Average CMI Change* | | *1.008563* | *1.048024* | *1.019740* | *1.066311* | *1.11%* | *1.74%* |
| 210016 | Washington Adventist Hospital | 1.128373 | 1.138966 | 1.116722 | 1.158206 | -1.03% | 1.69% |
| 210006 | Harford Memorial Hospital | 0.844314 | 0.854355 | 0.862343 | 0.868780 | 2.14% | 1.69% |
| 210012 | Sinai Hospital | 1.249725 | 1.294369 | 1.261336 | 1.315808 | 0.93% | 1.66% |
| 210001 | Washington County Hospital | 0.965963 | 0.967501 | 0.981052 | 0.981606 | 1.56% | 1.46% |
| 210035 | Civista Medical Center | 0.801313 | 0.801710 | 0.810173 | 0.812843 | 1.11% | 1.39% |
| 210032 | Union Hospital of Cecil County | 0.779404 | 0.780100 | 0.786781 | 0.789742 | 0.95% | 1.24% |
| 210023 | Anne Arundel General Hospital | 0.877262 | 0.878801 | 0.888278 | 0.889478 | 1.26% | 1.21% |
| 210904 | Johns Hopkins Oncology Center | 1.674495 | 2.704063 | 1.732622 | 2.731451 | 3.47% | 1.01% |
| 210004 | Holy Cross Hospital of Silver Spring | 0.779664 | 0.786019 | 0.786551 | 0.793805 | 0.88% | 0.99% |
| 210003 | Prince Georges Hospital | 0.977735 | 1.059126 | 0.975692 | 1.066746 | -0.21% | 0.72% |
| 210008 | Mercy Medical Center, Inc. | 0.881862 | 0.885703 | 0.886199 | 0.891613 | 0.49% | 0.67% |
| 210007 | St. Josephs Hospital | 1.257273 | 1.271534 | 1.229901 | 1.277454 | -2.18% | 0.47% |
| 210029 | Johns Hopkins Bayview Med. Center | 0.956105 | 1.146147 | 0.940645 | 1.148918 | -1.62% | 0.24% |
| 210024 | Union Memorial Hospital | 1.345769 | 1.355123 | 1.324311 | 1.352537 | -1.59% | -0.19% |
| 210039 | Calvert Memorial Hospital | 0.758417 | 0.758818 | 0.753641 | 0.755396 | -0.63% | -0.45% |
| 210033 | Carroll County General Hospital | 0.835980 | 0.836246 | 0.829065 | 0.831450 | -0.83% | -0.57% |
| 210030 | Chester River Hospital Center | 0.892092 | 0.892828 | 0.887147 | 0.887147 | -0.55% | -0.64% |
| 210028 | St. Marys Hospital | 0.689869 | 0.691446 | 0.686903 | 0.686903 | -0.43% | -0.66% |
| 210080 | Sinai Oncology | 1.654488 | 1.821728 | 1.667531 | 1.806677 | 0.79% | -0.83% |
| 210010 | Dorchester General Hospital | 0.840699 | 0.842647 | 0.833056 | 0.835123 | -0.91% | -0.89% |
| 210022 | Suburban Hospital Association, Inc | 1.150767 | 1.156888 | 1.135743 | 1.145883 | -1.31% | -0.95% |
| 210044 | Greater Baltimore Medical Center | 0.856290 | 0.859720 | 0.846029 | 0.849723 | -1.20% | -1.16% |
| 210038 | Maryland General Hospital | 1.012786 | 1.013930 | 1.000115 | 1.001952 | -1.25% | -1.18% |
| 210013 | Bon Secours Hospital | 1.045166 | 1.048448 | 1.027222 | 1.029745 | -1.72% | -1.78% |
| 210051 | Doctors Community Hospital | 1.029172 | 1.035003 | 1.011219 | 1.016303 | -1.74% | -1.81% |
| 210060 | Fort Washington Medical Center | 0.895545 | 0.895545 | 0.874617 | 0.875626 | -2.34% | -2.22% |
| 210045 | McCready Foundation, Inc. | 0.805914 | 0.805914 | 0.781986 | 0.781986 | -2.97% | -2.97% |
| 210056 | Good Samaritan Hospital | 1.238489 | 1.242134 | 1.190661 | 1.195617 | -3.86% | -3.74% |
| 210058 | James Lawrence Kernan Hospital | 1.826742 | 2.059170 | 1.723128 | 1.972877 | -5.67% | -4.19% |
| 218994 | University (UMCC) | 1.243739 | 3.043071 | 1.370118 | 2.734555 | 10.16% | -10.14% |



KH 000120

HP3, Inc.
Depth of ICD-9 Diagnosis Coding - EXCLUDES NEWBORN MDC
Data Period: July 2003 - June 2004

| # | Hospital | CASES | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CALVERT MEMORIAL HOSPITAL | 7,433 | 100% | 96% | 86% | 77% | 67% | 57% | 49% | 41% | 34% | 28% | 23% | 19% | 15% | 12% | 9% |
| 1 | CARROLL HOSPITAL CENTER | 13,610 | 100% | 96% | 86% | 75% | 63% | 52% | 41% | 33% | 26% | 20% | 15% | 11% | 8% | 5% | 3% |
| 1 | CIVISTA MEDICAL CENTER | 7,594 | 100% | 96% | 87% | 77% | 67% | 56% | 46% | 37% | 30% | 23% | 17% | 14% | 10% | 7% | 5% |
| 1 | DOCTORS COMMUNITY HOSPITAL | 11,688 | 100% | 96% | 89% | 79% | 68% | 57% | 46% | 36% | 28% | 21% | 16% | 12% | 9% | 6% | 5% |
| 1 | HARFORD MEMORIAL HOSPITAL | 5,748 | 100% | 98% | 94% | 87% | 79% | 69% | 60% | 51% | 42% | 34% | 28% | 22% | 17% | 12% | 9% |
| 1 | LAUREL REGIONAL HOSPITAL | 7,307 | 100% | 95% | 84% | 71% | 59% | 47% | 37% | 29% | 22% | 17% | 13% | 9% | 7% | 5% | 4% |
| 1 | MEM. HOSP. AT EASTON | 9,093 | 100% | 97% | 91% | 84% | 76% | 68% | 59% | 52% | 44% | 38% | 32% | 27% | 22% | 18% | 10% |
| 1 | MONTGOMERY GENERAL HOSPITAL | 8,896 | 100% | 98% | 90% | 81% | 69% | 57% | 46% | 36% | 27% | 20% | 15% | 11% | 8% | 6% | 4% |
| 1 | NORTH ARUNDEL HOSPITAL | 17,276 | 100% | 98% | 93% | 86% | 79% | 70% | 61% | 53% | 45% | 37% | 30% | 25% | 20% | 15% | 9% |
| 1 | NORTHWEST HOSPITAL CENTER | 12,091 | 100% | 97% | 93% | 85% | 76% | 66% | 56% | 46% | 36% | 28% | 21% | 16% | 12% | 8% | 5% |
| 1 | SOUTHERN MARYLAND HOSPITAL | 15,589 | 100% | 97% | 91% | 82% | 72% | 62% | 51% | 41% | 33% | 26% | 20% | 12% | 1% | 1% | 0% |
| 1 | ST. MARY'S HOSPITAL | 6,995 | 100% | 97% | 85% | 75% | 64% | 54% | 46% | 39% | 32% | 26% | 21% | 17% | 13% | 10% | 8% |
| 1 | UNION OF CECIL HOSPITAL | 8,942 | 100% | 97% | 90% | 81% | 71% | 61% | 52% | 43% | 35% | 28% | 23% | 18% | 15% | 11% | 9% |
| 1 | UPPER CHESAPEAKE MED. CTR. | 12,078 | 100% | 96% | 89% | 81% | 73% | 64% | 56% | 49% | 41% | 35% | 30% | 25% | 20% | 16% | 12% |
|   | Total | 144,340 | 100% | 97% | 89% | 81% | 71% | 61% | 51% | 42% | 34% | 28% | 22% | 17% | 12% | 9% | 6% |
| 2 | ANNE ARUNDEL MED. CTR. | 21,931 | 100% | 96% | 84% | 73% | 62% | 53% | 45% | 38% | 32% | 27% | 22% | 17% | 14% | 11% | 9% |
| 2 | FRANKLIN SQUARE HOSPITAL | 23,050 | 100% | 99% | 94% | 87% | 79% | 69% | 60% | 52% | 43% | 36% | 30% | 24% | 19% | 15% | 11% |
| 2 | FREDERICK MEMORIAL HOSPITAL | 14,494 | 100% | 97% | 89% | 80% | 71% | 62% | 54% | 46% | 39% | 33% | 27% | 22% | 17% | 13% | 6% |
| 2 | GOOD SAMARITAN HOSPITAL | 16,141 | 100% | 98% | 94% | 88% | 81% | 73% | 64% | 55% | 47% | 40% | 32% | 26% | 21% | 17% | 13% |
| 2 | GREATER BALTIMORE MED. CTR. | 21,831 | 100% | 97% | 89% | 79% | 67% | 57% | 47% | 39% | 32% | 26% | 21% | 17% | 14% | 11% | 8% |
| 2 | HOLY CROSS HOSPITAL | 23,636 | 100% | 91% | 79% | 65% | 51% | 39% | 29% | 22% | 16% | 12% | 9% | 7% | 5% | 4% | 2% |
| 2 | HOWARD CTY. GENERAL HOSPITA | 13,993 | 100% | 96% | 86% | 74% | 63% | 51% | 40% | 31% | 23% | 18% | 13% | 10% | 8% | 6% | 4% |
| 2 | MEMORIAL OF CUMBERLAND HOSP | 8,426 | 100% | 98% | 93% | 85% | 77% | 69% | 61% | 53% | 46% | 39% | 33% | 27% | 23% | 18% | 13% |
| 2 | PENINSULA REGIONAL MED CTR | 19,537 | 100% | 98% | 91% | 83% | 73% | 63% | 53% | 44% | 35% | 28% | 23% | 18% | 14% | 11% | 9% |
| 2 | SACRED HEART HOSPITAL | 8,285 | 100% | 99% | 97% | 93% | 86% | 78% | 68% | 59% | 50% | 42% | 35% | 28% | 22% | 18% | 12% |
| 2 | SHADY GROVE HOSPITAL | 19,360 | 100% | 91% | 78% | 64% | 52% | 40% | 31% | 24% | 18% | 14% | 11% | 8% | 6% | 5% | 3% |
| 2 | ST. AGNES HEALTHCARE | 19,811 | 100% | 97% | 89% | 80% | 69% | 59% | 49% | 39% | 31% | 25% | 19% | 15% | 11% | 8% | 6% |
| 2 | ST. JOSEPH MEDICAL CENTER | 21,225 | 100% | 97% | 90% | 80% | 69% | 58% | 47% | 38% | 31% | 24% | 19% | 15% | 12% | 9% | 7% |
| 2 | SUBURBAN HOSPITAL | 13,278 | 100% | 93% | 82% | 70% | 59% | 50% | 41% | 34% | 27% | 22% | 18% | 15% | 12% | 9% | 8% |
| 2 | WASH. ADVENTIST HOSPITAL | 17,935 | 100% | 94% | 82% | 68% | 54% | 42% | 31% | 23% | 16% | 11% | 3% | 2% | 1% | 1% | 1% |
| 2 | WASHINGTON CTY. HOSPITAL | 15,505 | 100% | 98% | 90% | 80% | 69% | 59% | 49% | 40% | 32% | 26% | 20% | 16% | 13% | 10% | 7% |
|   | Total | 278,438 | 100% | 96% | 87% | 77% | 67% | 56% | 47% | 38% | 31% | 25% | 20% | 16% | 13% | 10% | 7% |
| 3 | BON SECOURS HOSPITAL | 7,697 | 100% | 97% | 89% | 79% | 67% | 54% | 43% | 33% | 25% | 17% | 8% | 4% | 1% | 1% | 0% |
| 3 | HARBOR HOSPITAL CENTER | 11,599 | 100% | 98% | 90% | 82% | 73% | 64% | 54% | 43% | 35% | 28% | 22% | 16% | 13% | 9% | 7% |
| 3 | JOHNS HOPKINS BAYVIEW MED. | 19,738 | 100% | 98% | 92% | 83% | 72% | 61% | 50% | 40% | 33% | 26% | 20% | 16% | 12% | 10% | 7% |
| 3 | MARYLAND GENERAL HOSPITAL | 11,370 | 100% | 98% | 94% | 86% | 77% | 66% | 56% | 47% | 39% | 31% | 25% | 19% | 15% | 12% | 9% |
| 3 | MERCY MEDICAL CENTER | 16,273 | 100% | 97% | 88% | 76% | 63% | 50% | 39% | 30% | 23% | 17% | 13% | 10% | 7% | 5% | 3% |
| 3 | PRINCE GEORGES HOSP. CTR. | 15,492 | 100% | 94% | 83% | 70% | 57% | 45% | 34% | 26% | 20% | 15% | 11% | 8% | 6% | 4% | 3% |
| 3 | SINAI HOSPITAL | 24,308 | 100% | 98% | 92% | 85% | 77% | 68% | 59% | 52% | 44% | 38% | 32% | 27% | 23% | 20% | 16% |
| 3 | UNION MEMORIAL HOSPITAL | 19,225 | 100% | 98% | 92% | 84% | 75% | 65% | 55% | 45% | 37% | 29% | 24% | 18% | 14% | 11% | 8% |
|   | Total | 125,702 | 100% | 97% | 90% | 81% | 71% | 60% | 50% | 41% | 33% | 26% | 21% | 16% | 13% | 10% | 8% |
| 4 | ATLANTIC GENERAL HOSPITAL | 3,035 | 100% | 97% | 94% | 87% | 80% | 71% | 62% | 51% | 42% | 0% | 0% | 0% | 0% | 0% | 0% |
| 4 | CHESTER RIVER HOSPITAL CENT | 3,525 | 100% | 98% | 92% | 85% | 77% | 67% | 58% | 47% | 37% | 28% | 20% | 15% | 11% | 8% | 5% |
| 4 | DORCHESTER GENERAL HOSPITAL | 3,941 | 100% | 99% | 95% | 90% | 82% | 73% | 62% | 51% | 41% | 33% | 26% | 21% | 17% | 13% | 8% |
| 4 | FORT WASHINGTON MEDICAL CTR | 2,961 | 100% | 94% | 82% | 69% | 56% | 44% | 34% | 25% | 19% | 13% | 10% | 7% | 5% | 4% | 2% |
| 4 | GARRETT CTY. MEM. HOSPITAL | 2,665 | 100% | 93% | 79% | 66% | 51% | 39% | 29% | 20% | 14% | 9% | 6% | 4% | 2% | 1% | 1% |
| 4 | MCCREADY MEMORIAL HOSPITAL | 724 | 100% | 100% | 99% | 96% | 89% | 80% | 71% | 63% | 50% | 12% | 5% | 4% | 2% | 2% | 1% |
|   | Total | 16,851 | 100% | 97% | 90% | 81% | 71% | 61% | 51% | 41% | 32% | 18% | 13% | 10% | 7% | 5% | 4% |
| 5 | JOHNS HOPKINS HOSPITAL | 38,919 | 100% | 98% | 93% | 86% | 79% | 70% | 62% | 54% | 47% | 40% | 34% | 28% | 23% | 19% | 16% |
| 5 | U OF MD HOSPITAL | 21,099 | 100% | 98% | 94% | 89% | 82% | 75% | 67% | 59% | 51% | 44% | 38% | 33% | 28% | 24% | 16% |
|   | Total | 60,018 | 100% | 98% | 93% | 87% | 80% | 72% | 64% | 56% | 48% | 41% | 35% | 30% | 25% | 21% | 16% |
| 6 | KERNAN HOSPITAL | 2,460 | 100% | 99% | 97% | 92% | 88% | 80% | 72% | 61% | 51% | 41% | 33% | 25% | 19% | 15% | 8% |
|   | TOTAL ACUTE | 627,809 | 100% | 97% | 89% | 80% | 70% | 60% | 50% | 42% | 34% | 27% | 22% | 17% | 14% | 11% | 8% |

KH 000121