Dear Dr. _____ : Date: _____

Nutrition notes support clinical criteria of malnutrition for this patient. If patient has malnutrition, please document it.

Please document the patient's specific type of malnutrition, if it exists, such as:

Kwashiorkor
Nutritional marasmus
Severe malnutrition
Protein calorie malnutrition

**MALNUTRITION?**

← Document these findings in the record

Doc Notes™ ©2002 HP3 Healthcare Concepts, Inc.

KH 000007



GOVERNMENT EXHIBIT 9