Rehabilitation Staff Meeting – 6/16/08
Kernan Hospital

Lunch sponsored by Allergan

1) MEC Updates
    a. Financials:
        i. Hospital thru April $2.7 million profit vs. $1.5 million budget
        ii. May was a tough month however
    b. Others:
        i. Grand Hall renovation starting any time now
        ii. Outpatient pharmacy renovation occurring
        iii. Web site changes coming up
        iv. Epic electronic medical record to be in place in 12 months
2) Old Business -
    a. Developing a Mission Statement and a Long Term Plan ….
3) New Business –
    a. Ann Sewell – Documentation   *[MALNUTRITION]*
    b. JCAHO mock survey occurring this week


GOVERNMENT EXHIBIT
10

KH 001704