**Martha Green - CDI Documents**

---

| | |
|---|---|
| From: | "Kathleen P. Dunleavy" <kdunleavy@hp3.com> |
| To: | "Martha Green" <mgreen@KERNAN.UMM.EDU> |
| Date: | 03/24/2005 6:45 AM |
| Subject: | CDI Documents |
| CC: | "Benito Feliciano" <bfeliciano@hp3.com> |

---

Martha:

Good Morning:   Once again, congratulations on hiring your CDS candidate.   Benito Feliciano is ready to start training on Thursday, April 21st.   We both look forward to working with you and Paul to implement a severity CDI program at Kernan Hospital.

Some other items that you should be considering at this time include:

1. Convening a meeting of your physician champions for an HP3 presentation about CDI
2. Reviewing your medical staff specialty meetings to add an HP3 CDI presentation to the agenda
3. Sending a CDI announcement letter to your medical staff (I've attached an example)
4. Setting up a CDI announcement poster in/near the medical staff lounge (I've attached an example)
5. Scheduling a meeting of non-physician clinicians (nutrition, rehab, respiratory therapy) for an HP3 informational session on CDI & severity

Please call me at 484-239-4493 if you have any further questions or if you need additional information.   I can meet with you during the week of April 4th if you'd like to review the project plan in advance of our lunch with Paul and Mike on April 12th.

Have a good day,
Kathleen


*Kathleen P. Dunleavy, MS, RHIA*
*HP3, Inc*
*Bethlehem, PA 18018*
*877-774-7853  (ext. 356)*
*484-239-4493 (cell)*
*610-332-2993 (fax)*
www.justcoding.com
www.hp3.com


GOVERNMENT EXHIBIT 11