UNIVERSITY OF MARYLAND SCHOOL OF MEDICINE
NEW CAMPAIGN CASE STATEMENT
INTERVIEW QUESTIONS

Department of Neurology

William Weiner, MD

Mission/Vision Statement: _____
_____
_____

General Overview:

Number of Faculty Members: _____ Residents/Trainees: _____ Fellows: _____

Approximate Number of Patients Seen Per Year: _____ (if applicable)

Levels of research funding: _____

What are your top three areas of recognized strength:
1.)_____
2.)_____
3.)_____

Describe your grand vision of the department or program, where would you like to be in 5 to 10 years? _____
_____
_____
_____

What will it mean to have that vision fulfilled (for patients, for students, for society)?
_____
_____
_____

What kinds of research and clinical breakthroughs are possible if you had all the resources needed to make it happen?
_____
_____
_____

What would it take to achieve this vision? What role does philanthropy play?
_____
_____
_____


GOVERNMENT EXHIBIT 12

KH 001705

What are your primary needs in terms of financial support for faculty, students, research and clinical support?

_____
_____
_____

Describe how $100,000 and $1,000,000 and $10,000,000 could advance your program?

_____
_____
_____

Tell us about one thing that makes your department or program unique? (i.e. Why would someone get on an airplane to come here for treatment? What research are you doing that has global impact? Why would students or residents want to receive their education and training here?)

_____
_____
_____

Other Comments:

_____
_____
_____


Armstrong
04/15/2008

KH 001706