

GOVERNMENT EXHIBIT 13

KH 001708



KH 001709



KH 001710