# HOSPITAL & PAYER
# ICD·9·CM
## VOLUMES 1, 2 & 3



ILLUSTRATED — GUARANTEED — ANNOTATED — COLOR CODED

CODER TESTED · CODER APPROVED · GUARANTEED ACCURATE

**MEDICODE**™



GOVERNMENT EXHIBIT 14
PENGAD 800-631-6989

Case 1:11-cv-02961-RDB   Document 14-16   Filed 01/06/12   Page 2 of 3

◆ 257.9 Unspecified testicular dysfunction ♂

● 258 **Polyglandular dysfunction and related disorders**
    258.0 Polyglandular activity in multiple endocrine adenomatosis  CC
        Abnormal production of hormones by two or more endocrine glands due to hyperplasia; caused by genetic defects.
        Wermer's syndrome
    258.1 Other combinations of endocrine dysfunction  CC
        Lloyd's syndrome
        Schmidt's syndrome
        Pierre Mauriac's syndrome
    258.8 Other specified polyglandular dysfunction  CC
        Atrophy pluriglandular
        Polyglandular sclerosis
◆ 258.9 **Polyglandular dysfunction, unspecified**  CC

● 259 **Other endocrine disorders**
    259.0 Delay in sexual development and puberty, not elsewhere classified
        Delayed puberty
    259.1 Precocious sexual development and puberty, not elsewhere classified  P
        Sexual precocity:    Sexual precocity:
          NOS                cryptogenic
          constitutional      idiopathic
    259.2 Carcinoid syndrome  CC
        Symptom complex associated with carcinoid tumors and characterized by cyanotic flushing of skin, watery stools, bronchospasm, acquired tricuspid and pulmonary stenosis, sudden drops in blood pressure, edema, and ascites.
        Hormone secretion by carcinoid tumors
        Argentaffin syndrome
        Björk ( Thorson) syndrome
        Cassidy ( Scholte) syndrome
        Hedinger's syndrome
    259.3 Ectopic hormone secretion, not elsewhere classified
        Hormone secretion arising from an abnormal site or tissue.
        Ectopic:
          antidiuretic hormone secretion [ADH]
          hyperparathyroidism
        EXCLUDES  ectopic ACTH syndrome (255.0)
    259.4 Dwarfism, not elsewhere classified
        Dwarfism:
          NOS
          constitutional
        EXCLUDES  dwarfism:
            achondroplastic (756.4)
            intrauterine (759.7)
            nutritional (263.2)
            pituitary (253.3)
            renal (588.0)
            progeria (259.8)
    259.8 Other specified endocrine disorders
        Pineal gland dysfunction    Werner's syndrome
        Progeria
        Calcification of pineal gland
        Donohue's syndrome
        Gilford ( Hutchinson) syndrome
        Leprechaunism
        Macrogenitosomia praecox syndrome
        Pellizzi's syndrome
        Premature puberty due to pineal tumor
        Premature senility syndrome
        Progeria syndrome
        Trigeminal plate syndrome
    259.9 Unspecified endocrine disorder
        Disturbance:           Infantilism NOS
          endocrine NOS
          hormone NOS

**NUTRITIONAL DEFICIENCIES (260-269)**
    EXCLUDES  deficiency anemias (280.0-281.9)

● 260 **Kwashiorkor**  CC
    Third degree malnutrition marked by protein-intake deficiency in an adult or child.
    Nutritional edema with dyspigmentation of skin and hair
    Pluricarential syndrome of infancy

● 261 **Nutritional marasmus**  CC
    Third degree malnutrition in a child due to inadequate caloric intake.
    Nutritional atrophy
    Severe calorie deficiency
    Severe malnutrition NOS

● 262 **Other severe, protein-calorie malnutrition**  CC
    Nutritional edema without mention of dyspigmentation of skin and hair
    AHA 1985 July-Aug 12; 1992 ◆ 24

● 263 **Other and unspecified protein-calorie malnutrition**
    AHA 1992 ◆ 24
    263.0 Malnutrition of moderate degree  CC
        AHA 1985 July-Aug 12
        Second degree malnutrition characterized by superimposed biochemical changes in electrolytes, lipids, and blood plasma.
    263.1 Malnutrition of mild degree  CC
        AHA 1985 July-Aug 12
        First degree malnutrition characterized by tissue wasting in an adult or growth failure in a child, but few or no biochemical changes.
    263.2 Arrested development following protein-calorie malnutrition  CC
        Nutritional dwarfism
        Physical retardation due to malnutrition
    263.8 Other protein-calorie malnutrition  CC
    263.9 Unspecified protein-calorie malnutrition  CC
        AHA 1984 Nov-Dec 19
        Dystrophy due to malnutrition
        Malnutrition (calorie) NOS
        EXCLUDES  nutritional deficiency NOS (269.9)

● 264 **Vitamin A deficiency**
    264.0 With conjunctival xerosis
        Vitamin A deficiency with conjunctival dryness.
    264.1 With conjunctival xerosis and Bitot's spot
        Vitamin A deficiency with conjunctival dryness and superficial spots of keratinized epithelium.
        Bitot's spot in the young child
    264.2 With corneal xerosis
        Vitamin A deficiency with corneal dryness.
    264.3 With corneal ulceration and xerosis
        Vitamin A deficiency with corneal dryness and epithelial ulceration.
    264.4 With keratomalacia
        Vitamin A deficiency creating corneal dryness progressing to corneal insensitivity, softness, and necrosis; usually bilateral.
    264.5 With night blindness
        Vitamin A deficiency causing failure of vision in dim light.
    264.6 With xerophthalmic scars of cornea
        Vitamin A deficiency with corneal scars caused by dryness.
    264.7 Other ocular manifestations of vitamin A deficiency
        Xerophthalmia due to vitamin A deficiency
    264.8 Other manifestations of vitamin A deficiency
        Follicular keratosis  |  due to vitamin A
        Xeroderma          |  deficiency
        Phrynoderma
    264.9 Unspecified vitamin A deficiency
        Hypovitaminosis A NOS

**Malacia, bone** 268.2
 juvenile (see also Rickets) 268.0
 Kienböck's (juvenile) (lunate) (wrist) 732.3
  adult 732.8
**Malacoplakia**
 bladder 596.8
 colon 569.89
 pelvis (kidney) 593.89
 ureter 593.89
 urethra 599.84
**Malacosteon** 268.2
 juvenile (see also Rickets) 268.0
**Maladaptation** — see Maladjustment
**Maladie de Roger** 745.4
**Maladjustment**
 conjugal V61.10
  involving divorce or estrangement V61.0
 educational V62.3
 family V61.9
  specified circumstance NEC V61.8
 marital V61.10
  involving divorce or estrangement V61.0
 occupational V62.2
 simple, adult (see also Reaction, adjustment) 309.9
 situational acute (see also Reaction, adjustment) 309.9
 social V62.4
**Malaise** 780.79
**Malakoplakia** — see Malacoplakia
**Malaria, malarial** (fever) 084.6
 algid 084.9
 any type, with
  algid malaria 084.9
  blackwater fever 084.8
  fever
   blackwater 084.8
   hemoglobinuric (bilious) 084.8
  hemoglobinuria, malarial 084.8
  hepatitis 084.9 [573.2]
  nephrosis 084.9 [581.81]
  pernicious complication NEC 084.9
   cardiac 084.9
   cerebral 084.9
 cardiac 084.9
 carrier (suspected) of V02.9
 cerebral 084.9
 complicating pregnancy, childbirth, or puerperium 647.4
 congenital 771.2
 congestion, congestive 084.6
  brain 084.9
 continued 084.0
 estivo-autumnal 084.0
 falciparum (malignant tertian) 084.0
 hematinuria 084.8
 hematuria 084.8
 hemoglobinuria 084.8
 hemorrhagic 084.6
 induced (therapeutically) 084.7
  accidental — see Malaria, by type
 liver 084.9 [573.2]
 malariae (quartan) 084.2
 malignant (tertian) 084.0
 mixed infections 084.5
 monkey 084.4
 ovale 084.3
 pernicious, acute 084.0
 Plasmodium, P.
  falciparum 084.0
  malariae 084.2
  ovale 084.3
  vivax 084.1
 quartan 084.2
 quotidian 084.0
 recurrent 084.6
  induced (therapeutically) 084.7
   accidental — see Malaria, by type
 remittent 084.6
 specified types NEC 084.4
 spleen 084.6
 subtertian 084.0
 tertian (benign) 084.1
  malignant 084.0
 tropical 084.0
 typhoid 084.6
 vivax (benign tertian) 084.1

**Malassez's disease** (testicular cyst) 608.89
**Malassimilation** 579.9
**Maldescent, testis** 752.51
**Maldevelopment** — see also Anomaly, by site
 brain 742.9
 colon 751.5
 hip (joint) 755.63
  congenital dislocation (see also Dislocation, hip, congenital) 754.30
 mastoid process 756.0
 middle ear, except ossicles 744.03
  ossicles 744.04
 newborn (not malformation) 764.9
 ossicles, ear 744.04
 spine 756.10
 toe 755.66
**Male type pelvis** 755.69
 with disproportion (fetopelvic) 653.2
  affecting fetus or newborn 763.1
  causing obstructed labor 660.1
   affecting fetus or newborn 763.1
**Malformation** (congenital) — see also Anomaly
 bone 756.9
 bursa 756.9
 circulatory system NEC 747.9
  specified type NEC 747.89
 Chiari
  type I 348.4
  type II (see also Spina bifida) 741.0
  type III 742.0
  type IV 742.2
 cochlea 744.05
 digestive system NEC 751.9
  lower 751.5
  specified type NEC 751.8
  upper 750.9
 eye 743.9
 gum 750.9
 heart NEC 746.9
  specified type NEC 746.89
  valve 746.9
 internal ear 744.05
 joint NEC 755.9
  specified type NEC 755.8
 Mondini's (congenital) (malformation, cochlea) 744.05
 muscle 756.9
 nervous system (central) 742.9
 pelvic organs or tissues
  in pregnancy or childbirth 654.9
   affecting fetus or newborn 763.89
   causing obstructed labor 660.2
    affecting fetus or newborn 763.1
 placenta (see also Placenta, abnormal) 656.7
 respiratory organs 748.9
  specified type NEC 748.8
 Rieger's 743.44
 sense organs NEC 742.9
  specified type NEC 742.8
 skin 757.9
  specified type NEC 757.8
 spinal cord 742.9
 teeth, tooth NEC 520.9
 tendon 756.9
 throat 750.9
 umbilical cord (complicating delivery) 663.9
  affecting fetus or newborn 762.6
 umbilicus 759.9
 urinary system NEC 753.9
  specified type NEC 753.8
**Malfunction** — see also Dysfunction
 arterial graft 996.1
 cardiac pacemaker 996.01
 catheter device — see Complications, mechanical, catheter
 colostomy 569.62
 cystostomy 997.5
 device, implant, or graft NEC — see Complications, mechanical
 enteric stoma 569.62
 enterostomy 569.62
 gastroenteric 536.8
 gastrostomy 536.42
 nephrostomy 997.5
 pacemaker — see Complications, mechanical, pacemaker

**Malfunction** — continued
 prosthetic device, internal — see Complications, mechanical
 tracheostomy 519.02
 vascular graft or shunt 996.1
**Malgaigne's fracture** (closed) 808.43
 open 808.53
**Malherbe's**
 calcifying epithelioma (M8110/0) — see Neoplasm, skin, benign
 tumor (M8110/0) — see Neoplasm, skin, benign
**Malibu disease** 919.8
 infected 919.9
**Malignancy** (M8000/3) — see Neoplasm, by site, malignant
**Malignant** — see condition
**Malingerer, malingering** V65.2
**Mallet, finger** (acquired) 736.1
 congenital 755.59
 late effect of rickets 268.1
**Malleus** 024
**Mallory's bodies** 034.1
**Mallory-Weiss syndrome** 530.7
**Malnutrition** (calorie) 263.9
 complicating pregnancy 648.9
 degree
  first 263.1
  second 263.0
  third 262
  mild 263.1
  moderate 263.0
  severe 261
   protein-calorie 262
 fetus 764.2
 "light-for-dates" 764.1
 following gastrointestinal surgery 579.3
 intrauterine or fetal 764.2
  fetus or infant "light-for-dates" 764.1
 lack of care, or neglect (child) (infant) 995.52
  adult 995.84
 malignant 260
 mild 263.1
 moderate 263.0
 protein 260
 protein-calorie 263.9
  severe 262
  specified type NEC 263.8
 severe 261
  protein-calorie NEC 262
**Malocclusion** (teeth) 524.4
 due to
  abnormal swallowing 524.5
  accessory teeth (causing crowding) 524.3
  dentofacial abnormality NEC 524.8
  impacted teeth (causing crowding) 524.3
  missing teeth 524.3
  mouth breathing 524.5
  supernumerary teeth (causing crowding) 524.3
  thumb sucking 524.5
  tongue, lip, or finger habits 524.5
 temporomandibular (joint) 524.69
**Malposition**
 cardiac apex (congenital) 746.87
 cervix — see Malposition, uterus
 congenital
  adrenal (gland) 759.1
  alimentary tract 751.8
   lower 751.5
   upper 750.8
  aorta 747.21
  appendix 751.5
  arterial trunk 747.29
  artery (peripheral) NEC (see also Malposition, congenital, peripheral vascular system) 747.60
   coronary 746.85
   pulmonary 747.3
  auditory canal 744.29
   causing impairment of hearing 744.02
  auricle (ear) 744.29
   causing impairment of hearing 744.02
   cervical 744.43
  biliary duct or passage 751.69
  bladder (mucosa) 753.8
   exteriorized or extroverted 753.5