# ORTHOPEDIC SURGERY DOC POCKET TOOL

## Secondary Diagnosis Documentation Guidelines

Document all conditions for the patient including chronic, current acute, or post-operative conditions (if applicable).

Official guidelines require that any condition that meets <u>one or more</u> of the following criteria should be <u>documented by the physician</u> and coded if the condition is:
1. Clinically evaluated (i.e., documented by a physician in H&P); or
2. Diagnostically tested (i.e., lab tests, x-rays, etc....the hospital can not code directly from lab or x-ray results...the physician must document the diagnosis represented by the test); or
3. Therapeutically treated (i.e., drugs, surgery, etc.); or
4. Required an increase in LOS or nursing care or monitoring

*NOTE: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age, disposition, procedures performed, etc.

### Level 1 Severity DX for Ortho Surgery Patients

| | | |
|---|---|---|
| Accidental dural puncture | Fe deficiency anemia | Obesity |
| Atelectasis | Hypercholesterolemia | Osteoporosis |
| Dehydration | Hypertension | Paralysis |
| DM Type I or II | Hypothyroidism | Post-op hematoma/hemorrhage |
| ETOH abuse-continuous | MVP | Schizophrenia |
| *Emphysema | Muscle spasm | Spinal headache |

### Level 2 Severity DX for Ortho Surgery Patients

| | | |
|---|---|---|
| AAA | Dysphagia | Mets to bone |
| *A-fib/A-flutter | Hemiparesis | Morbid obesity |
| B12 deficiency | Hypo/hypercalcemia | Osteomalacia |
| *COPD | Hypo/hyperkalemia | *Post-op anemia due to blood loss |
| CRF | Hypo/hypermagnesemia | SLE |
| Chronic osteomyelitis | Hypo/hypernatremia | Tricuspid regurgitation |
| Diabetic manifestations | Hypo/hyperphosphatemia | Urinary retention |
| Drug abuse-continuous | Ileus | UTI |

### Level 3 Severity DX for Ortho Surgery Patients

| | |
|---|---|
| Acute osteomyelitis | Hydrocephalus |
| Bacterial pneumonia | Metabolic acidosis |
| *CHF | *Non-ischemic cardiomyopathy |
| Coagulopathy due to protein S deficiency | Protein calorie malnutrition |
| Coma | SBO |
| Decubitus ulcer | Thrombocytopenia |

### Level 4 Severity DX for Ortho Surgery Patients

| | | |
|---|---|---|
| ARDS | Acute respiratory failure | Pulmonary embolism |
| Acute renal failure | CVA | Sepsis |

### Debridement of Bone

Excisional debridement of bone impacts the severity of orthopedic surgery cases if performed as a secondary procedure. If debridement is performed down to the level of bone (e.g. as in the treatment of compound fractures), this should be clearly reflected in medical record documentation.

Severity Doc Pocket Tools™ ©2005 HP3, Inc.

KH 000009


GOVERNMENT EXHIBIT 15

# ORTHOPEDIC SURGERY DOC POCKET TOOL

The purpose of the CDI program is to ensure that all inpatient cases contain sufficient clinical documentation to ensure accurate severity levels. Documentation in the patient's record not only determines severity, but also ensures accurate and reliable reimbursement for inpatient cases.

## Top Orthopedic Surgery Severity-DRGs

| Severity Level & Relative Weight Ranking | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 301 Hip replacement | 1.6659 | 2.0232 | 2.3667 | 4.2703 |
| 302 Major joint & lower limb proc | 1.8478 | 2.0095 | 2.5739 | 4.3481 |
| 303 Spinal fusion for curvature of the back | 4.1742 | 5.1326 | 7.7779 | 10.9796 |
| 304 Dorsal & lumbar fusion proc | 2.9630 | 3.3494 | 4.8096 | 7.8479 |
| 305 Amputation of lower limb | 1.1728 | 1.2944 | 1.9797 | 4.0274 |
| 308 Hip & femur procedures for trauma | 1.1385 | 1.3548 | 1.8583 | 3.3805 |
| 309 Hip & femur procedures | 1.2513 | 1.7640 | 2.7145 | 4.1999 |
| 310 Back & neck procedures | .6333 | .8747 | 1.6469 | 3.6289 |
| 313 Knee & lower leg procedures except foot | .9635 | 1.3958 | 2.3469 | 3.6126 |
| 314 Foot & toe procedures | .8524 | 1.0853 | 1.6647 | 3.8147 |
| 315 Shoulder & arm procedures | .7463 | 1.2496 | 1.9683 | 4.3909 |
| 316 Hand & wrist procedures | .6557 | 1.0670 | 1.4539 | 2.2288 |
| 320 Musculoskeletal procedures | .7438 | 1.3083 | 2.5476 | 4.1329 |
| 321 Cervical fusion & neck procedures | 1.5052 | 2.0222 | 3.4665 | 6.5264 |

## Documentation Impacting Severity

- Historical patient information, such as chronic conditions (COPD, CHF), not directly related to a current medical or surgical case may impact severity assignment and should be documented by a licensed treating physician (ER, resident, attending, or consulting physician).
- All abnormal pathology, radiology, and laboratory findings must be confirmed and documented by a licensed treating physician.
- All medical conditions should be described to the highest level of specificity (e.g. acute or chronic, type and cause of anemia, type of pneumonia, type of diabetes mellitus, insufficiency or failure, etc.).
- Cause and effect relationships should be documented when applicable (e.g. diabetic foot ulcer, acute anemia due to GI bleed, UTI due to E. coli).

Verification of documentation:
The physician must co-sign or re-document the findings of mid-level providers (nurse practitioners or physician assistants) or medical students.
- The physician must document the findings of non-physicians clinicians (nutritionists, physical therapists, RNs, etc.).
- A treating physician must confirm and re-document the findings of pathologists, radiologists, and other physicians who interpret diagnostic tests (echocardiogram report).

## Anemia

It is important to document the specific type of anemia which is being treated/monitored (Fe deficiency anemia, post-op anemia due to blood loss, etc). If a patient is being treated and/or monitored for anemia due to expected operative blood loss, it is important that this be documented as such in the medical record.

## Orthopedic Diagnosis Clarification

It is necessary to be as specific as possible when documenting diagnoses associated with orthopedic cases, for example:
- The types of fractures should be clearly specified by site and type (simple vs compound) and whether or not they are non-traumatic.
- If a fracture is pathological in nature, this should be specified in addition to the cause (e.g. pathological compression fracture or vertebrae due to metastatic cancer of the bone).
- If a spinal fusion patient has any condition causing a curvature of the back (scoliosis), this should be documented in addition to other conditions such as a displaced disc.
- If an amputation is performed, the etiology of the reason for the amputation should be documented (e.g. ulcers due to diabetic PVD, gangrene due to arteriosclerosis of extremities).

Severity Doc Pocket Tools™ ©2005 HP3, Inc.

KH 000010

## SCI/MULTI TRAUMA REHABILITATION SEVERITY DOC POCKET TOOL

### Common Secondary Diagnoses

Listed below are some common diagnoses that, when meeting the criteria described previously (1,2,3,4), may impact the severity level of the inpatient case. These are examples only. Every secondary condition that meets any of the criteria described, should be documented by the physician in the patient's record. This is an official documentation requirement described by the Federal Government in the Code of Federal Regulations and applied by the Centers for Disease Control.

### Common Level 2 Severity DXs for Rehabilitation Patients

- A-flutter
- Anemia, specify type
- Bacteria causing infection:
  Citrobacter
  Pseudomonas
  H. influenza
- Bacterial endocarditis, acute/subacute
- CHF
- COPD
- CRF
- Cardiomyopathy, primary
- Cellulitis, leg
- Cauda equina syndrome
- Dehydration (age>70)
- Delirium acute/subacute
- Diabetes, manifestations
- Diabetes, uncontrolled
- Dysphasia
- HTN, malignant
- Hyper/hypocalcemia
- Hyper/hypokalemia
- Hyper/hypomagnesemia
- Hyper/hypophosphatemia
- Hyponatremia
- Hypotension
- Ileus
- Morbid obesity
- Osteomyelitis, chronic
- Pathological fracture
- Sleep apnea
- Seizures
- Thrush
- UTI
- Urinary incontinence
- Urinary retention

### Common Level 3 Severity DXs for Rehabilitation Patients

- AIDS
- Acidosis
- Alkalosis
- Aphasia
- Aplastic anemia (pancytopenia)
- CAP
- Coma
- DVT
- Gangrene
- Hydrocephalus
- Hypernatremia
- Malnutrition, moderate
- Malnutrition, protein, calorie
- Neutropenia
- Osteomyelitis, acute
- Persistent vegetative state
- Pleural effusion
- Paraplegia
- Pneumonia, pneumococcal
- Pneumonia, staph
- Pneumonia, streptococcal
- Pneumonia, viral
- Pneumothorax
- Sepsis (specify bacteria)
- Thrombocytopenia
- Ventricular tachycardia

### Common Level 4 Severity DXs for Rehabilitation Patients

- Acute MI, (specify site)
- Acute renal failure
- CVA
- Decubitus ulcer
- Malnutrition, severe
- Pneumonia, aspiration
- Pneumonia, E. coli
- Pneumonia, gram negative
- Pneumonia, klebsiella
- Pneumonia, pseudomonas
- Pulmonary embolism
- Quadriplegia
- Respiratory failure, acute
- Sepsis, shock
- Vent dependence

Severity Doc Pocket Tools™ ©2005 HP3, Inc. Developed for Kernan Hospital

KH 000011

## SCI/MULTI TRAUMA REHABILITATION SEVERITY DOC POCKET TOOL

The purpose of the CDI program is to ensure that all inpatient cases contain sufficient clinical documentation to ensure accurate severity levels. Documentation in the patient's record not only determines severity, but also ensures accurate and reliable reimbursement for inpatient cases.

### Common ORTHO/CMR DRGs

| Severity Level and Relative Weight Ranking | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 850 Procedure with DX of Rehabilitation | 1.1215 | 1.5032 | 2.8931 | 4.9789 |
| 860 Rehabilitation | .9729 | 1.2521 | 1.8161 | 2.4595 |

### CVA Documentation

If a patient has cerebral, subdural, etc. hemorrhage due to an infarction, this must be clearly specified.

Discharge documentation must specifically established a cause and effect relationship between a neurological condition (e.g. CVA) and resulting neurological deficits (aphasia, hemiparesis etc.). If a neurological deficit has completely resolved at the time of discharge, this should be stated in the documentation. Examples include:

| | | |
|---|---|---|
| Aphasia | Coma/persistent vegetative state | Hemiplegia/hemiparesis |
| Ataxia | Dysphagia | Neurological neglect syndrome |

### Seizure Disorder vs. Epilepsy

A patient documented with "seizure disorder" will be coded to seizure disorder, not epilepsy. The physician must provide documentation of epilepsy for the patient to be coded with a diagnosis of epilepsy. For patients with epilepsy, the physician should also document whether the disease is with or without intractable seizure.

### Wound Debridement

Document when the debridement is performed and the type of debridement (e.g. mechanical, chemical, with or without a sharp instrument). Document the deepest level of debridement (e.g. extends into fascia, muscle, bone, etc.) performed at bedside, OR, etc. Excisional debridement of skin and subcutaneous tissue does not classify most cases into a surgical severity-DRG; however debridement of deeper levels will classify a patient into a surgical severity-DRG. Therefore it is essential to detail the deepest level of debridement.

Severity Doc Pocket Tools™ ©2005 HP3, Inc. Developed for Kernan Hospital

KH 000012

## TBI REHABILITATION SEVERITY DOC POCKET TOOL

### Common Secondary Diagnoses

Listed below are some common diagnoses that, when meeting the criteria described previously (1,2,3,4), may impact the severity level of the inpatient case. These are examples only. Every secondary condition that meets any of the criteria described, should be documented by the physician in the patient's record. This is an official documentation requirement described by the Federal Government in the Code of Federal Regulations and applied by the Centers for Disease Control.

### Common Level 2 Severity DXs for Rehabilitation Patients

- A-flutter
- Anemia, specify type
- Bacteria causing infection:
  Citrobacter
  Pseudomonas
  H. influenza
- Bacterial endocarditis, acute/subacute
- CHF
- COPD
- CRF
- Cardiomyopathy, primary
- Cellulitis, leg
- Cauda equina syndrome
- Dehydration (age>70)
- Delirium acute/subacute
- Diabetes, manifestations
- Diabetes, uncontrolled
- Dysphasia
- HTN, malignant
- Hyper/hypocalcemia
- Hyper/hypokalemia
- Hyper/hypomagnesemia
- Hyper/hypophosphatemia
- Hyponatremia
- Hypotension
- Ileus
- Morbid obesity
- Osteomyelitis, chronic
- Pathological fracture
- Sleep apnea
- Seizures
- Thrush
- UTI
- Urinary incontinence
- Urinary retention

### Common Level 3 Severity DXs for Rehabilitation Patients

- AIDS
- Acidosis
- Alkalosis
- Aphasia
- Aplastic anemia (pancytopenia)
- CAP
- Coma
- DVT
- Gangrene
- Hydrocephalus
- Hypernatremia
- Malnutrition, moderate
- Malnutrition, protein, calorie
- Neutropenia
- Osteomyelitis, acute
- Persistent vegetative state
- Pleural effusion
- Paraplegia
- Pneumonia, pneumococcal
- Pneumonia, staph
- Pneumonia, streptococcal
- Pneumonia, viral
- Pneumothorax
- Sepsis (specify bacteria)
- Thrombocytopenia
- Ventricular tachycardia

### Common Level 4 Severity DXs for Rehabilitation Patients

- Acute MI, (specify site)
- Acute renal failure
- CVA
- Decubitus ulcer
- Malnutrition, severe
- Pneumonia, aspiration
- Pneumonia, E. coli
- Pneumonia, gram negative
- Pneumonia, klebsiella
- Pneumonia, pseudomonas
- Pulmonary embolism
- Quadriplegia
- Respiratory failure, acute
- Sepsis, shock
- Vent dependence

Severity Doc Pocket Tools™ ©2005 HP3, Inc. Developed for Kernan Hospital

KH 000013

## TBI REHABILITATION
## SEVERITY DOC POCKET TOOL

The purpose of the CDI program is to ensure that all inpatient cases contain sufficient clinical documentation to ensure accurate severity levels. Documentation in the patient's record not only determines severity, but also ensures accurate and reliable reimbursement for inpatient cases.

### Common ORTHO/CMR DRGs

| Severity Level and Relative Weight Ranking | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 850  Procedure with DX of Rehabilitation | 1.1215 | 1.5032 | 2.8931 | 4.9789 |
| 860  Rehabilitation | .9729 | 1.2521 | 1.8161 | 2.4595 |

### CVA Documentation

If a patient has cerebral, subdural, etc. hemorrhage due to an infarction, this must be clearly specified.

Discharge documentation must specifically established a cause and effect relationship between a neurological condition (e.g. CVA) and resulting neurological deficits (aphasia, hemiparesis etc.). If a neurological deficit has completely resolved at the time of discharge, this should be stated in the documentation. Examples include:

Aphasia   Coma/persistent vegetative state   Hemiplegia/hemiparesis
Ataxia    Dysphagia                          Neurological neglect syndrome

### Seizure Disorder vs. Epilepsy

A patient documented with "seizure disorder" will be coded to seizure disorder, not epilepsy. The physician must provide documentation of epilepsy for the patient to be coded with a diagnosis of epilepsy. For patients with epilepsy, the physician should also document whether the disease is with or without intractable seizure.

### Wound Debridement

Document when the debridement is performed and the type of debridement (e.g. mechanical, chemical, with or without a sharp instrument). Document the deepest level of debridement (e.g. extends into fascia, muscle, bone, etc.) performed at bedside, OR, etc. Excisional debridement of skin and subcutaneous tissue does not classify most cases into a surgical severity-DRG; however debridement of deeper levels will classify a patient into a surgical severity-DRG. Therefore it is essential to detail the deepest level of debridement.

Severity Doc Pocket Tools™ ©2005 HP3, Inc. Developed for Kernan Hospital

KH 000014