*Sample of Pre-Albumin Levels*

## Chemistry

5/29/2008 10:40:00 AM Non African-American GFR:
Acutely ill have greater variability in eGFR results.
Inpatients have shown poorer agreement than outpatients between eGFR and measured GFR.

MDRD equation has not been validated for:
- elderly (over 70 years of age)
- pregnant women
- serious comorbid conditions
- extremes of body size, muscle mass, or nutritional status

Individuals with an estimated GFR below 60 mL/min/1.73 m2 are classified as having chronic kidney disease and should be educated about their diagnosis and the implications of decreased kidney function.

5/29/2008 10:40:00 AM Prealbumin:
The following may be useful for guiding interpretation of prealbumin
(Nutrition 1995;2,169-171)

| | |
|---|---|
| 11-19 | Mild depletion. |
| 5-10 | Moderate depletion, consider nutritional intervention |
| <5 | Consistent with severe depletion, associated with poor prognosis |

realbumin is a negative acute phase response protein.

Halflife= 2-3 days
5/29/2008 10:40:00 AM Prealbumin:
Performed at University of Maryland Medical Center 22 S. Greene St. Baltimore, MD 21201

## Hematology

### CBC

Date    5/29/2008
Time    10:40:00 AM

| Procedure | | Units | Ref Range |
|---|---|---|---|
| WBC | 5.9 | K/mcL | [4.5-11.0] |
| RBC | 3.97 | M/cmm | [3.90-5.10] |
| HGB | 10.8 Lf | g/dL | [11.9-15.7] |
| HCT | 35.2 L | % | [36.0-46.0] |
| MCV | 88.7 | fL | [80.0-96.0] |
| MCH | 27.2 L | pg | [28.0-33.0] |
| MCHC | 30.7 L | g/dL | [31.0-37.0] |
| Platelet | 253 | K/cmm | [153-367] |
| MPV | 11.8 | fL | [9.4-12.4] |
| RDW | 14.8 | % | [12.0-15.2] |


GOVERNMENT EXHIBIT
16

Page 2 of 4  Official results for clinical and anatomic pathology reside in Power Chart.
Date Printed: 6/1/2008 1:17 PM

70228A (10/99)

LABORATORY REPORT

KH 000048