Kernan Hospital CDI Project Planning Guide                                  4/13/2005

| Track | Task | SubTasks | Scheduling |
|---|---|---|---|
| Project Mgt | Kick Off Meeting | | |
| | | CDI Process & Tools Review | 1/6/2005 |
| | Planning Meeting | Review Project Plan | 1/6/2005 |
| | | Steering Committee Mtg. Schedule, Members & Agenda Items | TBD |
| | | Review HP3 Staff Requirements: Project Manager: Benito Feliciano Oversight: Kathleen Dunleavy; Mike Stitcher | TBD |
| | | Determine KH Institutional (Steering)Committee. HP3 to do agenda during project. | TBD |
| | | Determine KH CDI facilitators: Paul Nicholson; Martha Greene | |
| Assessment | Inpatient Record Review | Review of 25 Retro Inpatient Records Review of 25 Records Concurrently (in house patients) | 4/15/2005 by Benito Feliciano |
| | | | TBD |
| | Meeting Scheduling (initial) | Nursing Leadership; | TBD |
| | | Physician Leadership: Drs. Levitt, Flynn, Shapiro; Dr. Antonides (neurosurgeon) | TBD |
| | | Medical Staff Executive Committee Meeting (Dr. Flynn & Levitt) | May 3, 2005 @ 5PM; Dr. Andy Zarick/HP3 |

HP3


GOVERNMENT EXHIBIT 17

KH 000015

|  |  |  | presenting |
|---|---|---|---|
|  |  | NEC/Nsg Mgt Meeting Patient Care Unit Secretaries | TBD |
|  |  | Case Management (UM) 6-8 FTEs | TBD |
|  |  | Respiratory Therapy | TBD |
|  |  | Nutrition (RDs) | TBD |
|  |  | Physical Medicine | TBD |
|  |  | Rehab Centers: Spine, Stroke, CMR | TBD |
| **Track** | **Task** | **SubTask** | **Scheduling** |
|  | CDI Announcement to Medical Staff/Hospital Staff | Published in Medical Staff Newsletter and Hospital Newsletter? <br><br> Physician Mailing re: CDI & ProFee Billing Review, if selected as option | Next Medical Staff Newsletter or Special Mailing |
| **HP3 Project Staff** | Project Support | Project Office Desk (s) and Phone for two persons <br> Assistance with Scheduling MD Appointments for ProFee Billing Reviews <br> IDs for HP3 Staff <br> KH Phone Directory for Hospital Staff and Medical Staff Directory | TBD |
| **MIS Requirements** | PC for CDI Monitor Data Entry & Reporting | HIM Department; check with Brian Rogers/HP3 <br> Allen Tracy/Kernan IT Director | In process |
|  | Software License Agreement for CDI Monitor | For Signature by Kernan Hospital rep: Paul Nicholson? | In process |

# HP3

|  |  |  |  |
|---|---|---|---|
|  | Daily ADT & Census Reports | From Case Management or HIM Departments | At commencement of CDS training |
| **Documentation Specialist Training** | Recruit and hire Clinical Documentation Specialist—1 FTE | HP3 to assist with interview process, if needed | Complete |
|  | CDI "Classroom" Training (2 Weeks) | Intro to CDI, Sample Cases, PDX, OR/Sec Dx, DRG methodology, CDI in all Hospital Services | April 21-27 |
|  | One-to-One Training | With HP3 Staff on Nursing Unit (s) on CDI; Physician Query; Tracking, etc | Follows Classroom training |
|  | Reporting | CMI & HP3 CDI Monitor |  |
| **Case Manager Training** | CDI "Classroom" Training (16 Hours) | Intro to CDI to CDI, PDX, OR/Sec DX; APR-DRG Methodology; CDI in Hospital Services | TBD |
| **Ancillary Staff Training** | CDI "Classroom" Training for PT/OT/RDs/PA (8 Hours) | Intro to CDI, APR-DRGs; CDI in discipline | TBD |
| **HIM Dept** | Project orientation meeting | With HIM Department | TBD |
|  | Just Coding.com Training Session for Coding Staff | Kathleen Dunleavy (HP3) | TBD |
|  |  |  |  |
| **HIM Coder Training** | Physician Query | Concurrent Queries & Retrospective Queries<br>Query Tracking |  |
|  | Inpatient Record Audit (25 records) review results serve as basis of training/APR readiness results |  | TBD |
|  | CDI Classroom Training (20 Hours) | Intro to CDI, PDX, OR/Sec DX, CDI in Hospital Services | TBD |
| **Medical Staff** | Intro to CDI Project | Medical Staff Leadership: | 5/3/2005 Med Exec |

HP3

KH 000017

Kernan Hospital CDI Project Planning Guide    4/13/2005

| Meetings | | President & Vice President | Meeting |
|---|---|---|---|
| | Meetings with Early Adopters | Hospitalists aka House Staff, Anesthesia, Spine/Stroke/CMR Centers | TBD |
| | | Medical Staff Quarterly Meeting | TBD |
| | | ED Department | TBD |
| | | Orthopedic Surgery | TBD |
| | | Spine | TBD |
| | | Stroke | TBD |
| | | Behavioral Health | TBD |
| | | Department of Medicine | TBD |
| | | Others | TBD |
| | | | TBD |
| | Pro-Fee Billing/Physician Shadowing Reviews (Bill Layman) | Sign-up method Scheduling with phys office staff Evening kick-off meeting | TBD |
| | CDI Informational Poster @ Medical Staff Lounge | Contains "Top Ten" documentation tips | |
| Other Meetings | Executive Administration | Project Intro & CDI | TBD |
| | Medical Staff Quality Committee | | TBD |
| | Medical Executive Committee | | TBD |
| | Management Council | | TBD |

HP3

KH 000018

Kernan Hospital CDI Project Planning Guide

4/13/2005
kpd
KH:plan

HP3

4/13/2005

KH 000019