Proposal for Severity Readiness Assessment     Kernan Hospital
June 25, 2004     Baltimore, MD

Proposal for

# Severity Readiness Assessment Services

Presented to

## Kernan Hospital
June 25, 2004



GOVERNMENT EXHIBIT 18

HP3, Inc. – Client confidential information – not to be disseminated to third parties
Page 1

KH 000052

| Proposal for Severity Readiness Assessment | Kernan Hospital |
|---|---|
| June 25, 2004 | Baltimore, MD |

## 1.0 Introduction & Purpose

### 1.1 Introduction

The Regulatory system in the state of Maryland is transitioning to a severity-based methodology for analyzing and comparing inpatient coded data among hospitals in the state. Kernan Hospital is preparing to improve its inpatient coding operations to meet the needs of the evolving regulatory system. Kernan Hospital is focused on providing rehabilitation and orthopedic surgery services to patients in the greater Baltimore area. Kernan is a 130 bed hospital with 2,600 inpatient admissions and 72,000 outpatient admissions per year. Within the context of this proposal, HP3 will outline services that will assist the hospital in improving both coding and documentation practices to ensure accurate DRG and severity assignment.

### 1.2 Our understanding of the challenge

To ensure accuracy and reliability in health care data analysis by a severity-based methodology, Kernan must make it a priority to secure both **complete clinical documentation** from physicians as well as **complete coding assignment** from HIM coding professionals. Many HIM professionals are accustomed to assigning codes to the best of their ability with the limitations of the "system". The common "limitations" that most coders operate under in most acute care hospitals include incomplete documentation at the time of coding and the need to drop a patient bill as quickly as possible after discharge to ensure adequate cash flow. In the state of Maryland, there is an opportunity to cure many of the coding and documentation issues retrospectively. The best strategy for Kernan will be to ensure the most accurate documentation and coding capture concurrently (prior to the bill being dropped for the patient). Going forward, a comprehensive retrospective review system should continue to be in place to ensure as close to 100% documentation and coding capture as possible.

### 1.3 Proposed services to improve coding/documentation services

HP3 has outlined below a list of initial data analysis activities, initial education services, and ongoing documentation and coding services that are fashioned to ensure Kernan is producing coded data that is comprehensive and representative of the inpatient cases treated by the system's hospitals.

Proposal for Severity Readiness Assessment  Kernan Hospital
June 25, 2004  Baltimore, MD

## 2.0 Objectives

2.1 To conduct baseline analyses for aggregate inpatient data, documentation and coding to identify the current "gap" between current activities and desired improvement.

2.2 To conduct an assessment of current inpatient coders' skill sets, strengths and development needs in light of severity demands.

2.3 To conduct an operational assessment of the coding, record completion and concurrent clinical documentation operations and recommend modifications based on severity needs.

2.4 To create a valid severity profile that meets reflects the patient population being treated at the hospital.

2.5 To create a recommended strategy for severity (complete) coding training and severity (complete) physician education sessions that can be used as the basis for accurate inpatient documentation and coding.

## 3.0 Baseline severity analysis

### 3.1 Aggregate data analysis

HP3 will conduct an in-depth severity analysis of the last year of inpatient data for each hospital. The data analysis will include the data elements listed below and will be used as the basis for record selection for the baseline reviews. In addition, the data analysis will be used in the physician education sessions by specialty to obtain optimal physician interest and support for improved clinical documentation.

### 3.2 Clinical documentation

HP3 will conduct a review of inpatient medical records to identify specific physician documentation concerns that can impact the coding process negatively. The specific methodology for review of physician documentation will be combined with the coding review. Process details are addressed below in section 3.3.

### 3.3 Coding

HP3 will conduct a baseline audit of a random sample of 300 inpatient records for coding that will produce the most accurate possible outcomes under a severity-based DRG system. The coding and documentation baseline review will be conducted using the following methodology.

- 3.3.1 Records will be "re-coded" for complete/severity coding
- 3.3.2 Records will be reviewed by an HP3 clinician for the opportunity to improve clinical documentation that will impact coding practices
- 3.3.3 Records will be re-coded assuming a reasonable level of physician response and agreement
- 3.3.4 Original coding will be compared with HP3's complete/severity coding and also with HP3's documentation improvement-based coding
- 3.3.5 A post-audit coder education session will be conducted to begin to familiarize the coding staff will severity (complete) coding concepts using hospital-specific examples obtained from the audit.

## 4.0 Coding & Documentation Assessment

### 4.1 Coding "Operational" Assessment

HP3 estimates that, on average, severity coding will consume an additional 30% in coding resources. The actual productivity of the hospital's coders will be determined by several factors including: level of clinical knowledge, current coding strengths and needs for development, non-coding activities being performed by the inpatient coders. The purpose of the HP3 coding assessment will be to determine any changes in workflow that could be made to improve the productivity of the inpatient coding staff. In addition, as described in 4.2 below, each inpatient coder's skill set will be determined with recommendations for improvement.

### 4.2 Coding Skill set Assessment (Coder Fitness Testing)

HP3 will have each coder take a Coder Fitness test that will assess the specific strengths and developmental areas for each coder. The results of the test will be shared with the HIM management staff. Recommendations from the testing results will be included in the final report to the hospital.

KH 000055

Proposal for Severity Readiness Assessment  Kernan Hospital
June 25, 2004  Baltimore, MD

### 4.3 Concurrent Query "Operational" Assessment

The completeness and comprehensiveness of clinical documentation is the key to the basis for accurate coding. The optimal process for obtaining complete documentation involves a concurrent intervention with the physician while the patient is still hospitalized. HP3 will review the concurrent clinical documentation improvement practices of the hospital. In the absence of a concurrent clinical documentation practice, HP3 will pilot a focused concurrent review of records on the units to determine the amount of resources that a severity-based concurrent review process would consume, as well as the resulting CPC/CMI benefits for such a practice.

### 4.4 Documentation Completeness Assessment

The completeness of the patient record (i.e. that all documents pertaining to the current patient stay are present in the patient record at the time of coding) is essential to accurate coding. During the coding operational assessment, HP3 will review the records as they are being coded by coding staff, to determine the level of completeness of each patient record. Recommendations for improvement will be included in the final Severity Readiness assessment report.

## 5.0 Project team

Project director:  Ruthann Russo, JD, MPH, RHIT
Project manager:  Tara Tobaygo, BS, CCS
Team members:    Donna Steigerwalt, RHIA
                 Tami Bajorek, RHIA
                 Kathleen Archer, RN, CPC
                 Brian Rogers, BBA

## 6.0 Time line

The services described above can be completed in a 2-3 week time frame by the HP3 project team.

| | |
|---|---:|
| Proposal for Severity Readiness Assessment | Kernan Hospital |
| June 25, 2004 | Baltimore, MD |

## 7.0 Deliverables

    7.1 A valid baseline inpatient severity profile and CMI resulting from a complete documentation and coding process.

    7.2 A comprehensive report of severity data analysis based on audit findings including the identification of opportunities for improvement in specific medical and surgical services.

    7.3 Coder Fitness Test findings and recommendations

    7.4 Post-coding audit coder education session

    7.5 A report of the severity audit results and recommendations for coding and documentation

    7.6 A report of the coding, concurrent query, and documentation operational assessments with recommendations for improvement

    7.7 Schedule for implementing specific training for coders and physicians to support the severity (complete) documentation and coding process going forward.

## 8.0 Fees

The assessment fee for the Severity Readiness services and deliverables described above will be $69,000.

In addition to the above fees for the deliverables specifically outlined in this proposal, HP3 will also charge reasonable and necessary expenses to Kernan Hospital.