www.hp3.com

HP3

**Kernan Hospital**
**HIM Training Session**

Benito Feliciano, RHIA

---

HP3          Definition of Severity

• Severity is defined as the degree of physiological decomposition of body systems
  – What does this mean?
    • Severity describes how ill a patient is and what resources are required to treat a patient

---

HP3     How is severity measured using coded data?

• All systems are a derivative of the CMS DRG system
• Levels of severity are determined clinically
  – minor, moderate, major, severe, catastrophic, etc.
• Consider:
  – Principal diagnosis
  – Secondary diagnosis assignment
  – "History of" statements in the patient's record
  – Certain procedures (not surgical/OR procs)
  – Certain demographics

---

©2000-2004 HP3 Inc., All Rights Reserved.



GOVERNMENT EXHIBIT
19

1

KH 000088

## Severity DRG System

- ICD-9-CM codes are grouped according to principal diagnosis into "like" MDCs (by body system), then based on the presence of an OR procedure or secondary diagnosis a final Severity DRG is assigned.

## Major Diagnostic Categories:

1. Nervous System
2. Eye
3. Ear, Nose, Mouth & Throat
4. Respiratory System
5. Circulatory System
6. Digestive System
7. Hepatobiliary System
8. Musculoskeletal System
9. Skin, Subcutaneous & Breast
10. Endocrine, Metabolic & Nutritional
11. Kidney & Urinary Tract
12. Male Reproductive System
13. Female Reproductive System
14. Pregnancy, childbirth & Puerperium
15. Newborn
16. Blood & Immunology
17. Poorly differentiated neoplasms
18. Infectious & Parasitic Diseases
19. Psychiatric
20. Substance Abuse
21. Injuries, poisonings & toxic effects
22. Burns
23. Other contacts with Health Services
24. HIV
25. Multiple Significant Trauma

## CMI Overview

ICD-9-CM Diagnosis and Procedure Coding
↓
MDC Assignment
↓
Medical or Surgical Designation
↓
Secondary Dxs calculated for severity leveling
↓
Non-operating room procedures calculated for severity leveling
↓
Severity-DRG Assignment

©2000-2004 HP3 Inc., All Rights Reserved.

2

KH 000089

## HP3 — Severity Levels

1. Minor
2. Moderate
3. Major
4. Extreme

www.hp3.com                ©2000-2005 HP3 Inc., All Rights Reserved.                7

## HP3

Signs & Symptoms and the Impact on
Severity Assignment

www.hp3.com                ©2000-2005 HP3 Inc., All Rights Reserved.                8

## HP3 — Secondary Diagnoses

UHDDS guidelines state that a secondary diagnosis is any
condition that is:

Documented by the physician, and

• (1) Clinically evaluated; or
• (2) Diagnostically tested; or
• (3) Therapeutically treated; or
• (4) Causes an increased LOS or nursing care

  Note: In addition to being documented by the
  physician, *only one* of the criteria (from 1 through 4)
  above must be met in order for a condition to be
  considered a secondary diagnosis

www.hp3.com                ©2000-2005 HP3 Inc., All Rights Reserved.                9

©2000-2004 HP3 Inc., All Rights Reserved.

KH  000090

## HP3    Secondary Diagnoses:  Criteria #1

- "Documented by the physician"
- In each case, secondary diagnoses can only be included in the patient's "diagnostic statement" if the condition is __documented__ by the physician (not just included in a lab or other ancillary test)
- Each organization will have their own interpretation of who "the physician" is...at a minimum, Medicare requires the documentation for diagnoses be provided by a **"LICENSED TREATING PHYSICIAN"**

www.hp3.com          ©2000-2005 HP3 Inc., All Rights Reserved.          10

## HP3    Secondary Diagnoses:  Criteria #1

- "Documented by the physician"
- Examples of a **"LICENSED TREATING PHYSICIAN"**
  - Attending physicians
  - Consulting physicians (as long as attending does not disagree with consultant's opinion)
- Examples of documentation that would not meet the criteria for a **"LICENSED TREATING PHYSICIAN"**
  - Radiologist interpreting an x-ray
  - Pathologist examining tissue
- Examples that may need to be clarified by your organization
  - Residents (are all residents licensed in your organization? There are differences for inpatient vs. physician based billing for resident documentation)
  - Anesthesiologist

www.hp3.com          ©2000-2005 HP3 Inc., All Rights Reserved.          11

## HP3    Secondary Diagnoses:  Criteria #2

- "Clinically evaluated" - the minimum criteria for secondary diagnoses
- Includes documentation of a condition in the:
  - H&P
  - Progress notes
  - Orders
  - Anesthesiology report
  - Consultation report
  - Discharge summary
- __Example:__ Patient is admitted with dizziness documented to be due to bradycardia. Physician documents COPD in the patient's H&P.
- __Secondary diagnosis:__ COPD (clinically evaluated because it was documented by a treating physician in the H&P)

www.hp3.com          ©2000-2005 HP3 Inc., All Rights Reserved.          12

©2000-2004 HP3 Inc., All Rights Reserved.

KH  000091

## HP3 Secondary Diagnoses: Criteria #3

- "Diagnostically tested"
- Examples of a condition being "diagnostically tested":
  - Lab tests
  - X-rays & other ancillary tests
  - Biopsy procedures
- Example: Patient is admitted with abdominal pain and melena. Physician orders repeat Hgb and Hct after initial tests are abnormally low. Repeat tests continue to show low labs. Physician documents blood loss anemia due to GI bleed.
- Secondary diagnosis: blood loss anemia – diagnostically tested via labs.

www.hp3.com    ©2000-2006 HP3 Inc., All Rights Reserved    13

## HP3 Secondary Diagnoses: Criteria #4

- "Therapeutically treated"
- For example:
  - Medication administration (i.e. lasix for CHF)
  - Surgical procedures
  - Radiation therapy
  - Transfusions, tube feeds, TPN, etc.
- Example: Patient on the previous example with blood loss anemia is transfused x1.
- Secondary diagnosis: blood loss anemia therapeutically treated with transfusion.

www.hp3.com    ©2000-2006 HP3 Inc., All Rights Reserved    14

## HP3 Secondary Diagnoses: Criteria #5

- "Causes an increased LOS or nursing care"
- Example: Patient admitted for left hemi-colectomy due to metastatic colon CA. Post surgically, patient developed an ileus and he needed to remain an additional day until the ileus resolved and PO feeds could resume.
- Secondary diagnosis: ileus causing an increased length of stay

www.hp3.com    ©2000-2006 HP3 Inc., All Rights Reserved    15

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000092

## HP3 — Signs & Symptoms and the Impact on Severity

- UHDDS Guidelines:  Conditions that are an integral part of the disease process should not be reported as additional diagnoses.
- Many times these conditions are signs and symptoms codes in ICD-9-CM.
- Signs & Symptoms codes also have individual severity assignments and, therefore, may have an impact on severity.
- When should they be coded?

©2000-2004 HP3 Inc., All Rights Reserved.   16

## HP3 — Signs & Symptoms and the Impact on Severity

- The purpose of severity is to differentiate similar patient cases in terms of the consumption of resources which directly impact the cost of treating a patient.
- The term "integral" when referring to signs and symptoms is a "gray area" and is open to interpretation.  Each facility should develop policies and procedures in conjunction with coding staff, physicians, and other clinicians to specifically define when signs and symptoms should be coded.
- Although a sign and symptom may be related to a definitive condition, it may not be integral.  The following situations should be considered when determining whether to code a sign or symptom.

©2000-2004 HP3 Inc., All Rights Reserved.   17

## HP3 — Signs & Symptoms

- If the sign and symptom is unrelated to any definitive diagnosis and meets the UHDDS definition for reporting, it should be coded.
- If the sign and symptom is definitively related to a disease process (e.g., sign and symptom is present in most patients with the same definitive diagnosis) and does not require additional treatment (treated by treating the definitive condition), then the sign and symptom, in most cases, should not be coded.

©2000-2004 HP3 Inc., All Rights Reserved.   18

©2000-2004 HP3 Inc., All Rights Reserved.

KH  000093

## HP3 — Signs & Symptoms

- If the sign and symptom is related to a definitive diagnosis, but is not necessarily inherent to the disease process (e.g., not present in all patients with the same condition and may require additional treatment or increased care) then the sign and symptom should be considered for reporting purposes. Clinical advice may be sought by the physician to clarify if the sign and symptom should be reported.
- Signs and symptoms differentiate patient illness and treatment, and therefore impact severity!

## HP3 — Examples

- A patient develops severe wheezing and is diagnosed with acute exacerbation of asthma. The patient is treated with bronchodilators and the physician documents the severe wheezing has improved as a result.
  - Is it appropriate to assign the severe wheezing with the diagnosis of acute asthma exacerbation?
  - No, it would not be appropriate, even if the severity of the case will increase as wheezing is integral to this diagnosis for just about every patient with acute exacerbation of asthma.

## HP3 — Examples

- A patient is admitted to the hospital with severe facial fractures after a head-on collision with another vehicle. The patient undergoes open reduction of these fractures with arch bar placement. The physician notes the patient has severe edema of the face in the H&P.
  - Should the edema be coded if it increases the severity of the case?
  - No, severe edema and swelling of the face is usually encountered with facial fractures (and other fractures), and therefore is integral to the diagnosis of facial fractures.

©2000-2004 HP3 Inc., All Rights Reserved.

7

KH 000094

## HP3 — Examples

- A patient admitted for a hip replacement. On the day of discharge, the physician documents the patient has oliguria & anuria and will remain in the hospital for one more day for observation. No diagnosis related to the oliguria & anuria is documented.
  - CDS should submit a concurrent query for the etiology.
  - If no etiology can be documented, should 788.5 be coded? (It has a severity of three!)
  - Yes, this should be coded, as it was observed and not related to any other condition listed in the record.

## HP3 — Examples

- A patient who has AIDS is noted to have severe anorexia in the review of systems portion of the H&P. A nutrition consult is sought, and the patient is put on nutritional supplements.
  - Should the anorexia be coded?
  - Clarification should be sought as to the severity of the anorexia in relation to this patient's case. Anorexia is common in any illness, especially end stage AIDS, however it appears the anorexia was addressed separately, and this is not the case in all patients with this sign and symptom.

## HP3 — Secondary Diagnosis Coding

- Because it takes multiple diagnoses with increasing severity to increase the severity assignment of a patient case, all secondary diagnoses meeting the UHDDS definition of a secondary diagnosis must be coded to assure the correct severity assignment is reached.

©2000-2004 HP3 Inc., All Rights Reserved.

8

KH  000095

## HP3 — "CCs" and their Impact on Severity

- Just because a diagnosis is listed as a "CC" in ICD-9-CM does not mean the condition will have a greater impact on severity. Many ICD-9-CM secondary diagnoses listed as "CCs" have a severity assignment of 1 or 2, while conditions not listed as "CCs" may have a severity assignment of 3 or 4!
- The focus cannot be on prioritizing conditions listed as "CCs." All secondary diagnoses meeting UHDDS should be captured.

## HP3 — "CC" vs. Non-CC Secondary Diagnoses

- Complicated and Comorbid Conditions:
  - Dehydration (2)
  - CRF (2)
  - Chronic Blood Loss Anemia (2)
  - A-fib (2)
  - Secondary Neoplasm of Lung (2)

- Non-CC Conditions
  - Asphyxia (2)
  - Phenylketonuria (PKU) (3)
  - Hypocalcemia (2)
  - Hypomagnesemia (2)
  - Bulimia (3)
  - Spenomegaly (2)

## HP3 — Secondary Diagnosis Coding

- The severity assignment of the principal diagnosis is a key factor in determining how many secondary diagnoses with increasing severity must be coded to increase the overall severity of a patient case.
- Principal diagnosis of Acute Myocardial Infarction under the Severity DRG system has an individual severity assignment of 4 (extreme). It will require multiple secondary diagnoses with individual severity assignments of 3 and 4 to increase the severity of the case.

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000096

HP3      **Secondary Diagnosis Coding**

- Principal diagnosis of Bronchitis w/ COPD Exacerbation has an individual severity assignment of 2. This case will not require as many secondary diagnoses with increasing severity assignments to increase the overall severity.
- The higher the severity assignment of a principal diagnosis, the more difficult it is to achieve the highest possible severity assignment for the case. It will take multiple secondary diagnoses to accomplish this goal.

HP3      **Severity Level Assignment**

The following are lists of secondary conditions and procedures that "potentially" impact severity level assignment. The extent of the effect is dependent on the principal diagnosis, the secondary diagnoses, procedures, and the age and sex of the patient. Because it takes multiple diagnoses with increasing severity to increase the severity assignment of a patient case, all secondary diagnoses meeting UHDDS definition must be coded to assure the correct severity assignment. Due to this interrelation of diagnoses and procedures, there is no guarantee that the presence of or addition of one or more of the diagnoses listed will change the severity level of a particular case.

HP3      **Common Inpatient Secondary Diagnoses Impacting Severity**

- Level 2 Severity (moderate)
  - Anemia, B12 deficiency
  - Anemia, Folate deficiency
  - Anemia, nutritional
  - Anemia, protein deficiency
  - Anorexia
  - Aphasia
  - A-fib
  - Status Asthmaticus
  - Brain CA
  - Bronchitis with COPD
  - Candida
  - Cellulitis of Leg
  - Acute Blood Loss Anemia
  - CRF
  - Fluid overload

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000097

www.hp3.com

## HP3 — Common Level 2 Diagnoses

- Dysphagia
- Hemoptysis
- Hydroureter
- Hypercalcemia
- Hypernatremia
- Hypocalcemia
- Hyponatremia
- Kidney cyst
- Lyme Disease
- Morbid Obesity
- Pathological Fractures
- Schizophrenia
- Senile delirium
- Senile delusion
- Senile depression
- SLE
- Splenomegaly
- Syncope
- Thrush
- Urinary Incontinence
- Urinary Retention
- Vitamin Deficiency (A, B, D)

www.hp3.com   ©2000-2005 HP3 Inc., All Rights Reserved.   21

## HP3 — Common Level 3 Diagnoses

- Level 3 Severity
  - Acidosis
  - Alkalosis
  - Aplastic Anemia
  - Ascites
  - Bronchopneumonia
  - Bulimia
  - Cachexia
  - CHF
  - Coma
  - Delirium tremens
  - Diabetic ketoacidosis
  - Diverticulosis with hemorrhage
  - Diverticulitis with hemorrhage
  - Hematemesis
  - Hydronephrosis
  - Lower Extremity Embolism
  - Moderate Malnutrition
  - Papilledema
  - Pneumonia

www.hp3.com   ©2000-2005 HP3 Inc., All Rights Reserved.   32

## HP3 — Common Level 3 Diagnoses

- Pleural Effusion
- Pneumonia (NOS) – i.e., CAP
- Pneumothorax
- Protein Calorie Malnutrition
- Upper Extremity Embolism
- Viral Pneumonia

www.hp3.com   ©2000-2005 HP3 Inc., All Rights Reserved.   33

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000098

www.hp3.com

---

**HP3   Common Level 4 Diagnoses**

- Level 4 Severity (extreme)
  - Acute MI
  - Acute Renal Failure
  - Bacterial Endocarditis
  - Cerebral Embolism
  - Cerebral Thrombosis
  - CVA
  - Diabetic Hyperosmolar Coma
  - Intracranial Hemorrhage
  - Kwashiorkor
  - Nutritional Marasmus
  - Respiratory Arrest
  - Respiratory Failure
  - Septicemia
  - Severe Malnutrition
  - Shock
  - Subarachnoid Hemorrhage
  - Vent dependence

www.hp3.com          ©2000-2004 HP3 Inc., All Rights Reserved.          34

---

**HP3**

**V-Codes and Their Impact on Severity**

www.hp3.com          ©2000-2004 HP3 Inc., All Rights Reserved.          35

---

**HP3   V Codes - Categories**

- Exposure to/suspected carrier of a communicable disease
- Personal history of cancer
- Family history of cancer
- Personal history of other diseases
- Allergies
- History of surgery
- Transplant status

www.hp3.com          ©2000-2004 HP3 Inc., All Rights Reserved.          36

---

©2000-2004 HP3 Inc., All Rights Reserved.

12

KH  000099

www.hp3.com

---

**HP3** — **V Codes**

- There are certain V Codes which should be coded regardless of why the patient is admitted due to these codes having a great impact on severity.
  - -ostomy status codes and "attention to -ostomy" codes
  - Post-surgical status codes: Especially on transplant status
  - Non-compliance with medications: Especially on psychiatric cases
  - Newborn observation for suspected conditions
  - Ventilator Dependence

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved   17

---

**HP3** — **V Codes Impacting Severity**

| Diagnosis | Severity level |
|---|---|
| History of cardiovascular surgery | 2 |
| History of other major organ surgery | 2 |
| History of kidney transplant | 2 |
| History of heart transplant | 3 |
| Bone transplant | 2 |
| Lung transplant | 3 |
| Liver transplant | 3 |
| Bone marrow transplant | 3 |
| Pancreas transplant | 3 |
| Other organ transplant | 3 |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved   34

---

**HP3** — **V Codes Impacting Severity**

| Diagnosis | Severity level |
|---|---|
| Tracheostomy status | 3 |
| Gastrostomy status | 2 |
| Urinostomy status | 2 |
| Cystostomy status | 2 |
| Respirator dependence (mechanical) | 4 |
| Status amputation above/below elbow (rehab cases) | 2 |
| Status amputation above/below knee (rehab cases) | 3 |
| Attention to tracheostomy or ileostomy | 3 |
| Attention to gastrostomy and cystostomy | 2 |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved   36

---

©2000-2004 HP3 Inc., All Rights Reserved.

13

KH 000100

www.hp3.com

## HP3 — Summary of V Codes that Impact Severity

- All "ostomy status" codes i.e., tracheostomy, gastrostomy, etc.
- s/p organ transplant (all)
- s/p removal of organ i.e., lung lobectomy, kidney removal...but not for transplant...that's assumed in the transplant code
- s/p amputation
- s/p surgical states i.e. CABGs, and any major surgery
- Non-compliance with meds

## HP3

### Non-Operative Procedures and Severity

## HP3 — Non-OR Procedures and Severity

- Procedures listed as "non-OR" procedures may affect the severity assignment of a patient case. These conditions must be coded, and must be sequenced within the allotted position on the UB-92 form to be captured.
- Most grouping systems automatically prioritize "valid OR procedures" above "non-OR" procedures.
- This presents a challenge to hospitals, and this issue must be addressed so a procedure for allowing "non-OR" procedures to be reported can be developed.

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000101

## HP3 — Reporting Non-OR Procedures

- Must report the valid OR procedures which drive the Severity DRG to the correct assignment. This may require one or two valid OR procedures be reported in the first two procedure positions.
- After the correct surgical Severity DRG is assigned, all valid "non-OR" procedures which impact severity should be reported as a priority. This may necessitate that some "valid OR procedures" be excluded.
- Data may need to be manipulated on the "back end" to allow the "non-OR" procedures to be reported.

## HP3 — Non-OR Procedures That Impact Severity

- Therapeutic Plasmapheresis
- Hyperthermia (for Treatment of Cancer)
- Chemotherapy
- Temporary Pacemakers
- Hemodialysis
- Peritoneal Dialysis
- Parenteral Nutrition (PPN)
- Total Parenteral Nutrition (TPN)

## HP3 — Non-OR Procedures That Impact Severity

- Mechanical Ventilation
- Electroshock Therapy NEC
- Sub-convulsive Electroshock Therapy
- Superficial Radiation
  - Contact radiation (up to 150 KVP)
- Injection or Instillation of Radioisotopes
- Stereotactic Radiotherapy
  - Single source photon radiosurgery
  - Multi source photon radiosurgery
  - Particulate radiosurgery

©2000-2004 HP3 Inc., All Rights Reserved.

15

KH 000102

www.hp3.com

## HP3 — Non-OR Procedures & Secondary Diagnoses

- Some "non-OR" procedures will impact severity by themselves, while others require a related diagnosis which would cause the non-OR procedure to be performed to be coded simultaneously.
- Some "non-OR" procedures will impact severity, but coding a related secondary diagnosis will raise the overall severity an additional level.
- It is important to specifically look for these conditions so that they may be added, or look for clinical evidence of these conditions so a query can be submitted.

## HP3 — Non-OR Procedures & Secondary Diagnoses

- e.g., A patient with COPD is vented for more than 95 hours and code 96.72 is coded to report the procedure. This will raise THIS particular case to a potential severity of 4, depending on existing secondary diagnoses.

## HP3 — Non-OR Procedures & Secondary Diagnoses

- e.g., A patient receives TPN and code 99.15 is reported. If the coder sees that evidence of cachexin exists, the case will increase the severity level. The coder should code this related condition if it is documented, or look for evidence of it in the record, such as the nutritional consult, and query the physician for the documentation.

©2000-2004 HP3 Inc., All Rights Reserved.

KH  000103

**HP3 — Common Secondary Dxs Impacting Surgical Patients**

- Anemia, blood loss
- Hematuria
- Hematoma
- Ileus
- Peritonitis
- Pulmonary embolism
- Respiratory failure
- Urinary retention

---

**HP3 — Other Severity Considerations – that may be missed**

- Organisms causing infections (E. coli)
- Sleep apnea
- Morbid obesity
- Drug dependence, continuous
- Anorexia
- Paralysis
- Fatty liver
- Splenomegaly

---

**HP3 — Case Study #1**

- 81 yr.-old pt
- UA results: 3+ bacteria
- C&S results: > 100,000 colonies citrobacter
- Pt on cipro x4 days
- No physician documentation for "UTI"
- Had UTI been documented by physician, the severity would have increased from a level 1 to a level 2

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000104

## HP3 — Case Study #2

- Pt admitted for lumbar laminectomy
- H&P states DM Type II
- Glucose as high as 355 during stay
- Patient given insulin and glucophage
- DM not documented as "uncontrolled"
- Had DM been documented as "uncontrolled", it would have increased severity level from a level 1 to a level 2

## HP3 — Case Study #3

- Pt admitted for Rehab
- Pt on lasix
- Hx of CHF documented in previous admit
- CHF not documented on current admission
- Documentation of CHF would have increased the severity from a level 1 to a level 2

## HP3 — Case Study #4

- Elderly pt admitted from UMMS
- 14 day LOS
- Pt placed on Unasyn (sputum positive for bacteria)
- Is patient being treated for a suspected bacterial pneumonia?
- If yes, would have increased the level of severity from a level 1 to a level 3

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000105



**Whose Documentation Counts?**



## Whose Documentation Can We Rely Upon?

**General rule:**

The documentation of the licensed physician who is treating the patient drives the coding in the inpatient setting

**PHYSICIAN** who is
**LICENSED** and is
**TREATING** the patient

## What about the "Attending" Physician?

- Generally, the physician treating the patient will be the "attending" physician
- Use of attending physician documentation is the "gold standard"
- However, in some acute care hospitals, it may not be practical or optimal to only accept documentation from the attending physician
- Remember, in every instance, *the attending physician must be in agreement with the documentation provided by another licensed, treating physician in order for the coder to rely upon that documentation to code.*

©2000-2004 HP3 Inc., All Rights Reserved.

19

KH 000106



HP3

**When may it not be "practical" to only rely upon attending physician documentation?**

- In teaching facilities
- In surgical cases
- In cases where the attending is a PCP, and the patient requires one or more consultations for care



HP3

**Medicare COP Support for the Use of "Other Physicians' " Documentation**

482.22(c)(5) "Include a requirement that a physical examination and medical history be done no more than 7 days before or 48 hours* after an admission for each patient *by a doctor of medicine or osteopathy, or, for patients admitted only for oromaxillofacial surgery, by an oromaxillofacial surgeon* who has been granted such privileges by the medical staff in accordance with State law."

NOTE: There is no stated requirement that the H&P (especially in the case of surgical patients) must be performed by the attending physician...just as long as it is performed by a licensed MD, DO, or DDS.

*NOTE: JCAHO PE.1.7.1 The patient's H&P, nursing assessment and other screening assessments are completed within 24 hours of admission as an inpatient.

Medicare Conditions of Participation incorporated into the Code of Federal Regulations, 2003.

HP3

**What about Documentation of Residents?**

*Medicare COP states:*

Any entries in the medical record by house staff or non-physicians that require counter signing by supervisory or attending medical staff members shall be defined in the medical staff rules and regulations.

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000107







©2000-2004 HP3 Inc., All Rights Reserved.

KH 000108

**HP3**    **What About Anesthesiologists?**

- The anesthesiologist is a licensed, treating physician
- The anesthesiologist examines the patient prior to treatment and then personally administers anesthesia
- The anesthesiologist also monitors the patient during and after surgery

---

**HP3**    **Who is a Licensed, Treating, Physician?**

A physician who is treating the patient is one who is providing "face to face" care to the patient, include (depending on internal hospital guidelines):

- attending physicians
- residents - subject to licensure requirements
- anesthesiologists
- consultants
- interventional radiologists



---

**HP3**    **Who is NOT a Licensed, Treating Physician?**

Physicians who may provide documentation in the patient's inpatient record, but who are not considered treating physicians include:

- radiologists interpreting x-rays and other tests
- cardiologists interpreting diagnostic cardiac tests
- pathologists examining tissue or body fluid

---

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000109

**HP3** — **What About Documentation from Non-physician Practitioners?**

- Nurse Midwives
- Nurse Practitioners
- Physician Assistants
- Therapists and Nurse Specialists



**HP3** — **Nurse Midwives**

EXCEPTION:

There is one general exception to the Medicare requirement that documentation for inpatient diagnostic purposes be provided by a licensed, treating physician. This exception allows the coder in the inpatient setting *to rely upon the documentation of a nurse midwife who is admitting the patient to the hospital for care.*

*State regulations provide the clearest guidance

**HP3** — **Nurse Practitioners, PAs & Other Mid-level Non-physician Clinicians**

- Medicare Part A vs. Medicare Part B: at odds...
- Many non-physician practitioners bill for Medicare Part B under their own provider ID number (UPIN)
- The documentation of these practitioners is currently not accepted by Medicare as documentation that can be relied upon for diagnostic coding purposes for Medicare Part A

@2000-2004 HP3 Inc., All Rights Reserved.

KH 000110

www.hp3.com

## HP3 — Nurse Practitioners, PAs & Other Mid-level Non-physician Clinicians

- However, the documentation of non-physician clinicians can be relied upon, according to Medicare COP, for Medicare Part A purposes, so long as the clinician's documentation is co-signed by the physician...



## HP3 — Nurse Practitioners/PAs and H&P's

Interpretive Guidelines 482.24(c)(1)

"The parts of the medical record that are the responsibility of the physician must be authenticated by this individual. *When non-physicians have been approved for such duties as taking medical histories or documenting aspects of physical examination, such information shall be appropriately authenticated by the responsible physician.*"

Medicare Conditions of Participation incorporated into the Code of Federal Regulations, 2003.



## HP3 — Nurse Practitioners/PAs and H&Ps

- The MD/DO may delegate all or part of the physical examination and medical history to other practitioners, but the MD/DO must sign for and assume full responsibility for these activities.

Medicare Conditions of Participation incorporated into the Code of Federal Regulations, 2003.



©2000-2004 HP3 Inc., All Rights Reserved.

KH 000111

## HP3 — Nurse Practitioner "Rural" Exception

- In "rural" areas considered to be suffering from a "shortage" of licensed physicians, nurse practitioners may have a larger scope of responsibilities that may include providing diagnostic information in the inpatient record that can be relied upon for Medicare Part A reimbursement

42 CFR Chapter IV  Section 405.24

73

## HP3 — Therapists and Nurse Specialists

- Respiratory/Physical/Occupational Therapists
  - Distinguish between "diagnoses" vs. "procedures"
- Ostomy nurses, wound care specialists
  - Physicians need to "re-document"
- Nutritionists
  - Physicians need to "re-document"



74

## HP3 — Licensed Psychologists

- Medicare "defers" to the licensed psychologist
- State regulations usually provide the clearest guidance
- Example...

75

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000112

www.hp3.com







©2000-2004 HP3 Inc., All Rights Reserved.

KH  000113

www.hp3.com







©2000-2004 HP3 Inc., All Rights Reserved.

KH 000114