# APR Readiness Assessment Results







KH 000209

GOVERNMENT EXHIBIT 20

www.hp3.com

## HP3 — APR Assessment Activities

| Activity | Function |
|---|---|
| Operational Assessment | Coding |
|  | Record Completeness |
|  | Clinical documentation |
| Audit/review | Coding – APR DRGs |
|  | Coding – MD CMS DRGs |
| Data analysis | APR DRGs |
| Testing | Inpatient Coding |
| Program Design | APR Coding & Documentation Education |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   1

## HP3 — Overall Findings

- **Coding quality** – was generally found to be average or better than average for both CMS and APR DRG assignment, however, each institution has potential for improvement
- **Coding operations** – some opportunities to improve efficiencies were identified, too many extraneous activities
- **Clinical documentation quality** – was found to be inadequate for severity coding and data capture in each facility
- **Individual hospital differences** – were identified and appear to be driven by patient base and/or operational philosophy
- **System synergies** – can result in more efficient processes overall

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   2

©2000-2004 HP3 Inc., All Rights Reserved.   1

KH 000210

www.hp3.com

## HP3 — Recommendations

- **Implement or expand CDI initiatives** – to capture every secondary diagnosis
- **Expand coding** – to capture every documented secondary diagnosis & non-operative procedures
- **Focus inpatient coders** – solely on inpatient coding and querying, other non-inpatient focused functions should be reassigned
- **Implement enhanced retrospective querying** – the volume of retrospective queries at each institution should increase, particularly in areas where opportunity exists for improved severity of illness (SOI)

www.hp3.com  ©2000-2004 HP3 Inc., All Rights Reserved.  3

## HP3 — Financial Rationale for CDI

- **The delay in the implementation of the APR grouper by the HSCRC presents an opportunity to optimize CMI under the Maryland CMS grouper**
  - Current HSCRC policy allows for 100% of case mix growth up to 1% to pass through inpatient revenue and 85% of case mix growth above 1% to pass through
    - Documentation improvement now will result in a greater increase in inpatient revenue and return on investment than a CDI program next year under APRs
  - The HSCRC will likely constrain growth in CMI under the APR severity logic
    - New relative weight logic – iterative weight compression
    - Limits placed on individual and industry wide CMI growth
- **At the same time, a comprehensive CDI project will allow for each hospital to prepare for the conversion to severity DRGs**
  - Concurrent query process is implemented and refined prior to APR introduction

www.hp3.com  ©2000-2004 HP3 Inc., All Rights Reserved.  4

©2000-2004 HP3 Inc., All Rights Reserved.

2

KH 000211

www.hp3.com

## HP3 — Coding & Record Completeness findings

| Key Metric | Target | Kernan | MGH | NAH |
|---|---|---|---|---|
| Coding quality (CMS) | 98% | 99% | 94% | 94% |
| Coding completeness (APR) | 98% | 80% | 73% | 90% |
| Coding productivity (CMS) | 3/hr | 1.6/hr | 3/hr | 3/hr |

| | |
|---|---|
| Kernan | Findings are driven by: (1) the small number of CMS DRGs in the patient population (CMS coding quality at 99%) (2) the high number of secondary diagnoses coded for rehabilitation patients and (3) activities, other than coding, performed by inpatient coders. |
| MGH | Findings are driven by: (1) current focus on coding and querying for MD CMS DRGs (2) focus on productivity |
| NAH | Findings are driven by: (1) Comprehensive CMS-focused concurrent query (CDI) program (2) increasing focus over the past year on more comprehensive coding practices. |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   5

## HP3 — Coding & Record Completeness findings

| Key Metric | Target | Kernan | MGH | NAH |
|---|---|---|---|---|
| Coding turn around time from D/C | 3 days | 3 days | 2 days | 1 day |
| Coding queries | 10% | 0% | >10% | 10% |
| Coder fitness testing | 95% | 72% | 92% | 94% |

| | |
|---|---|
| Kernan | Findings are driven by the limited patient base at the hospital allowing coders, when coding for accurate CMS DRG assignment, to "score" high (99%) on DRG assignment, but low (72%) on coder fitness testing. APR and Severity accuracy require a more well-rounded coding staff. |
| MGH | Findings are driven by a comprehensive focus on retrospective querying by coders to obtain additional information for accurate coding and a coding staff with exposure to a wide cross section of patient types. |
| NAH | Findings are driven by a focused strategy on dropping the bill as soon as possible after discharge with an intensive internal re-coding effort. |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   6

©2000-2004 HP3 Inc., All Rights Reserved.   3

KH 000212

www.hp3.com

## Coding & Record Completeness findings

| Key Metric | Target | Kernan | MGH | NAH |
|---|---|---|---|---|
| Record completeness – DS | 67% | 17% | 80% | 20% |
| Record completeness – all other | 100% | 80% | 90% | 52% |
| Coding policies & procedures | Y | N | Y | Y |

| | |
|---|---|
| Kernan | Findings are driven by: Longer response times from physician dictation of discharge summaries coupled with a strategy to drop the bill as quickly as possible. The fact that no second or third coding strategy is in place is currently not a detriment to the hospital because of limited CMS-DRG assignment. If the hospital is required to participate in the APR system, a retrospective strategy will need to be developed. |
| MGH | Findings are driven by: A strategy to obtain as much documentation as possible prior to coding coupled with greater response times from the physicians and coder access to the dictation/transcription process |
| NAH | Findings are driven by: A focused strategy to drop the bill *as quickly as possible* after discharge coupled with a strong re-coding function that builds a second and sometimes third "re-coding" of the record into the retrospective coding process. |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   7

## Coding & Record Completeness Findings

| Key Metric | Kernan | MGH | NAH |
|---|---|---|---|
| Coding quality (CMS) | ♦♦♦♦♦ | ♦♦♦ | ♦♦♦ |
| Coding completeness (APR) | ♦ | ♦ | ♦♦♦ |
| Coding productivity (CMS) | ♦ | ♦♦♦ | ♦♦♦ |
| Coding turn around time from D/C | ♦♦♦ | ♦♦♦♦♦ | ♦♦♦♦♦ |
| Coding queries | ♦ | ♦♦♦♦♦ | ♦♦♦ |
| Coder fitness testing | ♦ | ♦♦♦ | ♦♦♦ |
| Record completeness – DS | ♦ | ♦♦♦♦♦ | ♦ |
| Record completeness – all other | ♦♦♦ | ♦♦♦ | ♦ |
| Coding policies & procedures | ♦ | ♦♦♦ | ♦♦♦ |

KEY:
♦ - achieved less than 10% below target
♦♦♦ - achieved measures within 10% of target
♦♦♦♦♦ - achieved measures greater than 10% of target

www.hp3.com   8

©2000-2004 HP3 Inc., All Rights Reserved.   4

KH 000213

www.hp3.com

# HP3 — Clinical Documentation Findings

| Key Metric | Target | Kernan | MGH | NAH |
|---|---|---|---|---|
| CMS Documentation completeness | 98% | 80% | 94% | 97% |
| APR Documentation completeness | 95% | 60% | 69% | 53% |
| Physician query rate (CMS) | 30% | N/A | N/A | 27% |
| Physician response rate | 85% | ↓ | ↓ | 12%[1] |
| Concurrent query productivity (CMS) | 20/day (CDS) 5/day (CM) | ↓ | ↓ | 5/day (CM) |
| CDI Policies and Procedures | Y | N | N | N |

[1] Physician response rate is not tracked & measured regularly

www.hp3.com     ©2000-2004 HP3 Inc., All Rights Reserved.     9

# HP3 — Proforma APR ROC Impact

| Hospital | Blended Spring 2004 ROC Position MD-CMS | Blended Spring 2004 ROC Position APR | Estimated ROC Impact of Conversion to APR Grouper |
|---|---|---|---|
| Kernan | NA | NA | NA |
| Maryland General | -0.25% | 0.89% | 1.15% |
| North Arundel | 1.90% | 3.86% | 1.96% |

www.hp3.com     ©2000-2004 HP3 Inc., All Rights Reserved.     10

©2000-2004 HP3 Inc., All Rights Reserved.     5

KH 000214

www.hp3.com

## HP3 — Estimated impact of expanded coding & CDI processes

| Hospital | Estimated APR Impact[1] | Estimated MD-CMS Impact | CMS Impact on Inpatient Revenue |
|---|---|---|---|
| Kernan | 5.3% | 2.0% | $1 million<br>$51 M IP Base |
| Maryland General | 14.5% | 5.5% | $6 million<br>$112 M IP Base |
| North Arundel | 7.0% | 3.0% | $3.5 million<br>$135 M IP Base |

[1] Calculated using assessment findings and current HSCRC APR Relative Weights

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   11

## HP3 — Representative Severity Curve Improvement



|  | FY04 Data | Completed coded data | Completely documented data |
|---|---|---|---|
| Minor Level Cases (1) | 20% | 17% | 15% |
| Moderate Level Cases (2) | 57% | 54% | 51% |
| Major Level Cases (3) | 22% | 28% | 32% |
| Extreme Level Cases (4) | 1% | 1% | 2% |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   12

©2000-2004 HP3 Inc., All Rights Reserved.   6

KH 000215

www.hp3.com

## HP3 — APR Activities still to be undertaken (in yellow)

| Activity | Month | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Obtain APR-Grouper license | ▓ | ▓ | ▓ | ▓ | | | | | | | | |
| Create severity profile & set targets | ▓ | ▓ | | | | | | | | | | |
| HIM staffing operational assessment | ▓ | ▓ | | | | | | | | | | |
| CDI staffing operational assessment | ▓ | ▓ | | | | | | | | | | |
| Coder Education | | ▓ | ▓ | | | | | | | | | |
| CDI Education | | ▓ | ▓ | | | | | | | | | |
| Physician Education | | | | ▓ | ▓ | ▓ | | | | | | |
| Severity APR-querying | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Severity coding | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Coding & Documentation audits & feedback | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| Tracking & Measuring against targets | | | | | | | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

www.hp3.com  ©2000-2004 HP3 Inc., All Rights Reserved.  13

©2000-2004 HP3 Inc., All Rights Reserved.

7

KH 000216