HP3
KH 000136
GOVERNMENT EXHIBIT

# Preparing for APR-DRGs

**University of Maryland Medical System**

June 22, 2004



www.hp3.com

## HP3 — Presentation Objectives

- Overview of APR-DRGs
- Generating "value" using APR-DRGs as the measurement medium
- The APR "Learning Curve"
- The UMMS APR-DRG Strategy
- APR-DRG Implementation Plan & Resource Analysis

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   2

## HP3 — Data Collection: CMS vs. APR

| Data element | Under CMS | Under APR |
|---|---|---|
| Patient Diagnoses | *Limited key* diagnoses impact | *Every* diagnosis may impact |
| Patient history | Impacts in *limited* instances | Impacts in *most* cases |
| Patient's family history | No impact | Impacts in *most* cases |
| Patient social status | No impact | Impacts in *many* cases |
| "Simple" procedures | No impact | Impacts in *most* cases |
| System "logic" | Simple, can be calculated *manually* | Complex, can not be calculated manually |
| Documentation | *Limited key pieces* of documentation impacts DRG | Comprehensive, complete documentation should be collected as *any documentation* has the potential to impact DRG |
| Coding | Inclusion of *key diagnoses & procedures* can ensure correct CMS DRG assignment without being a "complete representation" of all care the patient received. | Any diagnosis and procedure and/or combinations of diagnoses and procedures can impact APR-DRG assignment. Coding should be *"all inclusive"*. |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   3

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000137

www.hp3.com

## HP3 — 2 CHF Patients under CMS...

- **Patient #1:** Admitted with CHF, lasix administered, and discharged in 2 days. Patient had documentation for co-existing hypertension and CAD.
- **Patient #2:** Admitted for CHF, went into respiratory failure and placed on a ventilator for 4 days. Lasix administered throughout the 12 day stay. Patient developed pneumonia which required levaquin. Patient also had a history of colon ca and chronic renal failure.
- In the CMS DRG system, these patients are reimbursed the same amount.

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.    4

## HP3 — 2 CHF Patients under APR-DRGs...

- **Patient #1:** Admitted with CHF, lasix administered, and discharged in 2 days. Patient had documentation for co-existing hypertension and CAD.
- Severity: Minor (Level 1)    RW= .7116  CPC = 3,975
- **Patient #2:** Admitted for CHF, went into respiratory failure and placed on a ventilator for 4 days. Lasix administered throughout the 12 day stay. Patient developed pneumonia which required levaquin. Patient also had a history of colon ca and chronic renal failure.
- Severity: Major (Level 3)    RW= 1.1668 CPC = 6,934

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.    5

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000138

www.hp3.com

## HP3 — Sample Surgery Data

| APR-DRG | Severity | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Major intestinal procedure | | 37% | 27% | 13% | 23% |
| Major stomach procedure | | 37% | 27% | 27% | 10% |
| Pancreas procedures | | 22% | 22% | 44% | 11% |
| Oth digestive diagnoses | | 32% | 42% | 20% | 7% |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   6

## HP3 — Generating value under APR-DRGs

- Determine each hospital's "true" patient severity profile*
- Set targets based on the severity profile
- Track & measure
- Differentiate "real patient mix change" from change resulting from improvements in documentation and coding practices

*The severity profile can be created using a 300-record random sample study and applying a comprehensive coding & retrospective physician query process to the sample of records

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   7

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000139

## HP3 — APR data analysis*

- Approximately 73% of all NAH Inpatient cases are currently minor & moderate severity (Level 1 & Level 2)

- Approximately 9% of NAH Inpatient principal diagnoses are vague or potentially "non-acute"

*Note: This analysis is based on documentation and coding practices under the MD-CMS system and does not represent a valid *severity* profile for NAH.

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   8

## HP3 — NAH Inpatient 2003 Data

| Severity Level | # Cases | %age |
|---|---|---|
| 1 | 3,959 | 23% |
| 2 | 8,711 | 50% |
| 3 | 3,640 | 21% |
| 4 | 989 | 6% |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   9

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000140

www.hp3.com

## HP3 — NAH Inpatient 2003 Data

**Medicine**

| Level | #cases | %age |
|---|---|---|
| 1 | 2,615 | 20% |
| 2 | 6,672 | 51% |
| 3 | 2,952 | 23% |
| 4 | 721 | 6% |

**Surgical**

| Level | #cases | %age |
|---|---|---|
| 1 | 1,327 | 30% |
| 2 | 2,039 | 47% |
| 3 | 688 | 16% |
| 4 | 268 | 6% |

## HP3 — NAH Severity levels by service

| Service | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| GYN | 59% | 39% | 1% | 1% |
| Psychiatry/Behavioral Health | 45% | 50% | 5% | 1% |
| Urology | 40% | 28% | 28% | 4% |
| Orthopedic Surgery | 38% | 54% | 7% | 1% |
| General Surgery | 27% | 45% | 19% | 8% |
| Hematology/Oncology | 22% | 43% | 31% | 4% |
| **Internal Medicine** | 19% | 55% | 24% | 5% |
| *Pulmonary Medicine* | *1%* | *37%* | *37%* | *26%* |
| *Cardiology* | *17%* | *47%* | *25%* | *1%* |
| *Neurology* | *17%* | *55%* | *21%* | *6%* |

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000141

www.hp3.com

## HP3 Average # of secondary dxs:

All inpatient cases.................. **6.5**
Medicine cases....................... 6.7
Surgical cases........................ 5.9
Level 1 cases......................... 2.8
Level 2 cases......................... **6.3**
Level 3 cases......................... 9.6
Level 4 cases......................... 11.6

Current documentation Practices reveal that few NAH inpatient cases have the opportunity To be classified higher than A moderate (level 2) Level of severity

www.hp3.com      ©2000-2004 HP3 Inc., All Rights Reserved.      12

## HP3 Principal DX examples in NAH data

- Chest pain (328 cases)
- Simple Pneumonia (698 cases)
- Abdominal Pain/Simple gastroenteritis (194 cases)
- Syncope (275 cases)
- Respiratory Symptoms (21 cases)

www.hp3.com      ©2000-2004 HP3 Inc., All Rights Reserved.      13

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000142

www.hp3.com

## HP3 If changes in documentation practices can impact....

Medicine cases:

15% of level 1 → level 2....(.204) + 110 pts**

5% of level 2 → level 3....(.575) + 109 pts**

3% of level 3 → level 4....(1.83) + 91 pts**

or....., Medical CMI impact of .032

*must be validated through actual record review
** numbers are based on Maryland average CMI, not NAH specific relative weights

www.hp3.com  ©2000-2004 HP3 Inc., All Rights Reserved.  14

## HP3 If changes in documentation practices can impact...

Surgical cases:

18% of level 1 → level 2....(.508) + 128 pts**

6% of level 2 → level 3....(.978) + 105 pts**

1% of level 3 → level 4....(2.49) + 22 pts**

or....., Surgical CMI impact of .056

*must be validated through actual record review
** numbers are based on Maryland average CMI, not NAH specific relative weights

www.hp3.com  ©2000-2004 HP3 Inc., All Rights Reserved.  15

©2000-2004 HP3 Inc., All Rights Reserved.





©2000-2004 HP3 Inc., All Rights Reserved.

KH 000144





©2000-2004 HP3 Inc., All Rights Reserved.

KH 000145

www.hp3.com

## HP3 — CDI Key Indicators & Target Measurements (Sample)

| Data element/measurement | | Quarter 1 | Target | % Achievement |
|---|---|---|---|---|
| Concurrent: | physician query rate: | 40% | 40% | 100% |
| | physician response rate: | 50% | 75% | 67% |
| | physician query agreement rate: | 70% | 80% | 88% |
| Retrospective: | physician query rate: | 5% | 15% | 33% |
| | physician response rate: | 100% | 60% | 60% |
| | physician query agreement rate: | 65% | 85% | 76% |
| Extrapolated annual value of concurrent MD responses | | $2,050,000 | 3,750,000 | 55% |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   20

## HP3 — Documentation Specialist Fitness™ Report Card (sample)

Time Period: 1st Q04: Results specific to Documentation Specialists

| Key Indicator | Grade | Achievement | Target | Variance |
|---|---|---|---|---|
| Doc Spec Fitness Test™ Results | ♦♦♦♦♦ | 92% | 90% | 102% |
| Concurrent review productivity | ♦♦♦ | 98% | 100% | 98% |
| Documentation review accuracy | ♦ | 87% | 98% | 89% |
| Concurrent query rate (records w/queries) | ♦♦♦ | 26% | 35% | 74%% |
| Total number of queries placed | ♦♦♦♦♦ | 350 | 325 | 108% |
| Concurrent response rate | ♦ | 25% | 60% | 42%% |

♦♦♦♦♦ - key indicator results better than expected
♦♦♦ - key indicator results within 10% of expected
♦ - key indicator results

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   21

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000146

www.hp3.com

## HP3 — Coder Report Card

| Key Indicator | Grade | Achievement | Target | Variance |
|---|---|---|---|---|
| Coder Fitness Test™ Results | ♦♦♦♦♦ | 92% | 90% | 102% |
| Coding Productivity | ♦♦♦ | 98% | 100% | 98% |
| Coding Accuracy | ♦♦♦ | 90% | 98% | 92% |
| DNFB Levels | ♦♦♦ | 93% | 100% | 93% |
| Retrospective query rate | ♦ | 7% | 12% | 58% |
| Retrospective response rate | ♦ | 50% | 85% | 59% |
| Charts missing documentation at coding | ♦ | 46% | 10% | 22% |

♦♦♦♦♦ - key indicator results better than expected
♦♦♦ - key indicator results within 10% of expected
♦ - key indicator results

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.    22

## HP3 — Physician™ Report Card (sample)

Time Period: 1st Q04: Results Specific to Physicians – individual, by specialty or aggregate results

| Key Indicator | Grade | Achievement | Target | Variance |
|---|---|---|---|---|
| Physician CDI Knowledge Assessment | ♦ | 75% | 90% | 83% |
| Concurrent Query Rate | ♦♦♦ | 26% | 35% | 74% |
| Concurrent Response Rate | ♦ | 25% | 60% | 42% |
| Retrospective Query Rate | ♦♦♦ | 7% | 12% | 58% |
| Retrospective Response Rate | ♦ | 50% | 85% | 59% |
| Documentation Legibility | ♦ | 72% | 98% | 73% |
| Lost Value of Non-Response | ♦ | $250,000 | - | - |

♦♦♦♦♦ - key indicator results better than expected
♦♦♦ - key indicator results within 10% of expected
♦ - key indicator results

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.    23

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000147





©2000-2004 HP3 Inc., All Rights Reserved.

KH 000148

## HP3 — Financial Considerations – Benefits

- More accurate CMI/CPC
- Health care report cards
- Physician "engagement"
- Medicare Quality of Care Indicators
- JCAHO reviews

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.    26

## HP3 — HIM Needs & Responsibilities



- Education
- Process Analysis
- Clinical support
- Auditing & feedback
- Grouper Software & training
- Comprehensive policies and procedures for coding & querying

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.    27

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000149

www.hp3.com

### HP3 — CDI Needs & Responsibilities

- Education
- Increased concurrent querying
- Process Analysis
- Auditing & feedback
- Grouper Software & training

www.hp3.com  ©2000-2004 HP3 Inc., All Rights Reserved.  28

### HP3 — IT Needs & Responsibilities



- Software installation
- Interface creation
- Decision support/data analysis activities

www.hp3.com  ©2000-2004 HP3 Inc., All Rights Reserved.  29

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000150

www.hp3.com

## HP3 — Medical staff needs

- Education
- Tools
- Data analysis & feedback
  - By med/surg specialties
  - By individual physician
- Intensive querying & response tracking



©2000-2004 HP3 Inc., All Rights Reserved. 30

## HP3 — UMMS Severity Strategy

- The need to "Keep pace" with peer group
- Necessary activities to prepare & implement
  - APR-DRG Grouper software licenses
  - Create severity profile & determine targets based on findings
  - HIM coding staffing operational assessment
  - CDI coding staffing operational assessment
  - Coder Education
  - CDI Education
  - Physician Education
  - Coding & CDI audits and feedback
  - Tracking & measuring against targets

www.hp3.com ©2000-2004 HP3 Inc., All Rights Reserved. 31

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000151

www.hp3.com

## HP3 — Preliminary APR Implementation Plan

| Activity | \| Month | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Obtain APR-Grouper license | ■ | ■ | ■ | | | | | | | | | |
| Create severity profile & set targets | ■ | ■ | | | | | | | | | | |
| HIM staffing operational assessment | ■ | ■ | | | | | | | | | | |
| CDI staffing operational assessment | ■ | ■ | | | | | | | | | | |
| Coder Education | | | ■ | ■ | | | | | | | | |
| CDI Education | | | ■ | ■ | | | | | | | | |
| Physician Education | | | | | ■ | ■ | | | | | | |
| Severity APR-querying | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Severity coding | | | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| Coding & Documentation audits & feedback | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ |
| Tracking & Measuring against targets | | | | | | | ■ | ■ | ■ | ■ | ■ | ■ |

www.hp3.com       ©2000-2004 HP3 Inc., All Rights Reserved.       32

## HP3

# Thank you

Ruthann Russo: (484-357-7899)
rarusso@hp3.com

www.hp3.com       ©2000-2004 HP3 Inc., All Rights Reserved.

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000152