

# Introduction to Severity



**KERNAN HOSPITAL**
UNIVERSITY OF MARYLAND MEDICAL SYSTEM

### September 8th, 2004
### DRAFT



GOVERNMENT EXHIBIT 22

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   KH 000153

# HP3 Introduction to Severity Documentation and Coding Changes

- HSCRC decision to move to a severity based data collection system that will allow a hospital to more accurately report the acuity/severity of the patients they treat.

- Data collection/foundation year began July 05 (this past July 1st)

- New charge per case will be assigned for the next fiscal year based on the data we are now submitting

- $$$ will be allocated to those hospitals that treat the sickest patients

- Physician documentation is key to success under this system

www.hp3.com ©2000-2004 HP3 Inc., All Rights Reserved.

KH 000154

Case 1:11-cv-02961-RDB   Document 14-25   Filed 01/06/12   Page 3 of 17



## Definition of Severity

- Severity is defined as the degree of physiological decomposition of body systems.

- Severity describes how ill a patient is and what resources are required to treat a patient

- All ICD-9-CM diagnosis and procedure codes are assigned a "level of severity"



# Levels of Severity

- Minor
- Moderate
- Major
- Severe/Extreme

Based on the principle diagnosis and combination/# of secondary diagnoses the patient is placed into a DRG and severity level. The higher the severity level, the higher the weight and CPC.

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   KH 000156

# HP3

## Top 10 APR-DRGs

1. Rehabilitation                                           APR-860
2. Major joint and limb reattach                            APR-302
3. Back and neck procedures                                 APR-310
4. Shoulder, elbow and forearm Procedures                   APR-315
5. Knee and lower leg procedures                            APR-313
6. Major joint and lib reattachments                        APR-306
7. Hip and femur procedures except m/j                      APR-309
8. Dorsal and lumbar fusion procedure                       APR-304
9. Procedure with diagnosis of other contact                APR-850
10. Nervous System procedure for cranial nerve/other        APR-026

©2000-2004 HP3 Inc., All Rights Reserved.
KH 000157

# HP3 — Kernan Inpatient FY04

## July 2003 → May 2004

| Severity | # Cases | % cases |
|---|---|---|
| 1 - Minor | 229 | 10% |
| 2 - Moderate | 926 | 41% |
| 3 - Major | 803 | 35% |
| 4 - Severe | 298 | 13% |

*Note that several of these level 2 cases should be moved into a major level of severity.*

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.

KH 000158



# Kernan Inpatient FY04 Data
## Medicine Cases

| Severity | # Cases | % cases |
|---|---|---|
| 1 - Minor | 53 | 3% |
| 2 – Moderate | 563 | 35% |
| 3 – Major | 699 | 44% |
| 4 – Severe | 283 | 17% |

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.

KH 000159



## Kernan Inpatient FY04 Data
## Surgical Cases

### July 2003 → May 2004

| Severity | # Cases | % cases |
|---|---|---|
| 1 - Minor | 173 | 26% |
| 2 - Moderate | 363 | 55% |
| 3 – Major | 104 | 16% |
| 4 – Severe | 15 | 2.3% |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.

KH 000160

# HP3
## Common Inpatient Secondary Diagnoses Impacting Severity

- **Level 2 Severity (Moderate)**
    - Acute, subacute delirium
    - Anemia, B12 deficiency
    - Anemia, Folate deficiency
    - Anemia, nutritional
    - Anemia, pernicious
    - Anemia, protein deficiency
    - Angina
    - Anorexia
    - Aortic Stenosis
    - Aphasia
    - A-fib
    - Status Asthmaticus
    - Bacteria causing infection
    - Brain CA
    - Bronchitis with COPD
    - Candida
    - Cardiomegaly
    - Cellulitis of Leg
    - Chronic Blood Loss Anemia
    - CRF
    - COPD
    - DM with manifestations
    - Fluid overload

©2000-2004 HP3 Inc., All Rights Reserved.

# HP3

## Common Level (2) Diagnoses

- Dysphagia
- Hemoptysis
- Hydroureter
- Hypercalcemia
- Hypernatremia
- Hypocalcemia
- Hyponatremia
- Kidney cyst
- Lyme Disease
- Mitral Valve Stenosis
- Morbid Obesity
- Pathological Fractures
- Schizophrenia

- Senile delerium
- Senile delusion
- Senile depression
- SLE
- Splenomegaly
- Syncope
- Thrush
- Ulcer of Leg
- Urinary Incontinence
- Urinary Retention
- Vitamin Deficiency (A, B, D)

# HP3

## Common Level (3) Diagnoses

- AAA
- Acidosis
- Acute Leukemia
- Acute Osteomyelitis
- Acute Blood Loss Anemia
- Alkalosis
- Aplastic Anemia
- Ascites
- Atelectasis
- Atrial Flutter
- Bronchopneumonia
- Bulimia
- Cachexia

- CHF
- Coma
- Delirium tremens
- Diabetic ketoacidosis
- Diverticulosis with hemorrhage
- Diverticulitis with hemorrhage
- Hematemisis
- AIDS
- Hydronephrosis
- Lower Extremity Embolism
- Moderate Malnutrition
- Oliguria
- Papilledema
- Pneumonia

©2000-2004 HP3 Inc., All Rights Reserved.
KH 000163

# HP3 — Common Level (3) Diagnoses

- Paroxysmal V-tach
- Pleural Effusion
- Pneumonia (NOS) – ie CAP
- Pneumothorax
- Protein Calorie Malnutrition
- Pyogenic Arthritis
- Upper Extremity Embolism
- UTI
- Viral Pneumonia

# HP3

# Common Level (4) Diagnoses

- Acute MI
- Acute Renal Failure
- Agranulocytosis
- Bacterial Endocarditis
- Cerebral Embolism
- Cerebral Thrombosis
- CVA
- Diabetic Hyperosmolar Coma
- Intracranial Hemorrhage
- Kwashiorkor
- Neutropenia
- Nutritional Marasmus
- Pneumonia (bacterial)

- Respiratory Arrest
- Respiratory Failure
- Respiratory Insufficiency
- Septicemia
- Severe Malnutrition
- Shock
- Subarachnoid Hemorrhage
- Ventricular Fibrillation
- Ventricular Flutter

# HP3

## V Codes

- V Codes should be coded when they further describe a patient's history or family history, especially when the historical information is related to the patient's current encounter. Personal and family history codes often impact severity when the overall case reflects a minor (1) severity level.
    - e.g., The patient is admitted for CAD and angina and the patient has a strong family history of CAD.
        - V17.3 "family history of CAD" should be coded. This information should also be carefully looked for in the patient's medical records.

# HP3

# V Codes

- There are certain V Codes which should be coded regardless of why the patient is admitted due to these codes having a great impact on severity.
    - -ostomy status codes and "attention to -ostomy" codes
    - Post-surgical status codes: Especially transplant status
    - Non-compliance with medications: Especially on psychiatric cases.
    - Newborn observation for suspected conditions.
    - Ventilator Dependence
    - Pacemaker/AICD status
    - Personal History of Cancer

# HP3 V Codes Impacting Severity

| Diagnosis | Severity level |
|---|---|
| History of cardiovascular surgery | 2 |
| History of other major organ surgery | 2 |
| History of kidney transplant | 2 |
| **History of heart transplant** | 3 |
| Bone transplant | 2 |
| **Lung transplant** | 3 |
| **Liver transplant** | 4 |
| **Bone marrow transplant** | 3 |
| **Pancreas transplant** | 3 |
| **Other organ transplant** | 3 |

www.hp3.com ©2000-2004 HP3 Inc., All Rights Reserved. KH 000168

# HP3 — Summary of V Codes that impact severity

- All "ostomy status" codes i.e. tracheostomy, gastrostomy, etc
- s/p organ transplant (all)
- s/p surgical states i.e. CABGs, and any major surgery
- s/p removal of organ i.e. lung lobectomy, kidney removal…but not for transplant…that's assumed in the transplant code
- s/p amputation
- History of malignancy
- Family history of cardiovascular disease
- Homelessness
- Non-compliance with meds
- Long term use of drugs, ie. Anticoagulants, and others
- Exposure to toxins, i.e. asbestos

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   KH 000169