

GOVERNMENT
EXHIBIT

23

PENGAD 800-631-6989

KH 000199

# HP3

# Introduction to Severity



**KERNAN HOSPITAL**
UNIVERSITY OF MARYLAND MEDICAL SYSTEM

September 30, 2004

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

# Introduction to Severity

## Documentation and Coding Changes

- HSCRC decision to move to a severity based data collection system that will allow a hospital to more accurately report the acuity/severity of the patients they treat.

- Data collection/foundation year began July 05 (this past July 1st)

- New charge per case will be assigned for the next fiscal year based on the data we are now submitting

- $$$ will be allocated to those hospitals that treat the sickest patients

- Physician documentation is key to success under this system

KH 000200

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000201

# HP3

## Definition of Severity

- Severity is defined as the degree of physiological decomposition of body systems.

- Severity describes how ill a patient is and what resources are required to treat a patient

- All ICD-9-CM diagnosis and procedure codes are assigned a "level of severity"

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH  000202

# HP3

## Levels of Severity

- Minor
- Moderate
- Major
- Severe/Extreme

Based on the principle diagnosis and combination/# of secondary diagnoses the patient is placed into a DRG and severity level. The higher the severity level, the higher the weight and CPC.

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000203

# HP3

## Top 10 APR-DRGs

1. Rehabilitation — APR-860
2. Major joint and limb reattach — APR-302
3. Back and neck procedures — APR-310
4. Shoulder, elbow and forearm Procedures — APR-315
5. Knee and lower leg procedures — APR-313
6. Major joint and lib reattachments — APR-306
7. Hip and femur procedures except m/j — APR-309
8. Dorsal and lumbar fusion procedure — APR-304
9. Procedure with diagnosis of other contact — APR-850
10. Nervous System procedure for cranial nerve/other — APR-026

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

# Kernan Inpatient FY04

## July 2003 → May 2004

| Severity | # Cases | % cases |
|---|---|---|
| 1 - Minor | 229 | 10% |
| 2 - Moderate | 926 | 41% |
| 3 - Major | 803 | 35% |
| 4 - Severe | 298 | 13% |

Note that several of these level 2 cases should be moved into a major level of severity.

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000204

KH  000205

# HP3

## Documentation and coding practices that impact APR-DRG assignment

- Definitive principal diagnosis documentation

- Secondary diagnosis documentation

- History of ....documentation

- Coding of certain non-surgical procedures

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

# V Codes - categories

- Exposure to/suspected carrier of a communicable disease
- Personal history of cancer
- Family history of cancer
- Personal history of other diseases
- Allergies
- History of surgery
- Transplant status

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000206

# HP3

## V Codes Impacting Severity

### Diagnosis

| Diagnosis | Severity level |
|---|---|
| **Tracheostomy status** | **3** |
| Gastrostomy status | 2 |
| Enterostomy status | 2 |
| Cystostomy status | 2 |
| **Respirator dependence (mechanical)** | **4** |
| Status amputation of upper limb | 2 |
| Status amputation of thumb | 2 |
| **Attention to tracheostomy or ileostomy** | **3** |
| Attention to gastrostomy, colostomy, cystostomy | 2 |

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000207

www.hp3.com

# HP3 — V Codes Impacting Severity

| Diagnosis | Severity level |
|---|---|
| Long term use of meds | 2 |
| Lack of housing - homeless | 2 |
| Economic problem | 2 |
| **Victim of child abuse** | **3** |
| Family health problem | 2 |
| Educational problem | 2 |
| Screening for diptheria, conjunctivitis, galactosemia | 2 |
| High Risk mammogram screening | 2 |
| Non-Compliance with Medication | 2 |

©2000-2004 HP3 Inc. All Rights Reserved