**HP3**  Preparing for Severity Adjusted DRGs



**APR DRGs and Clinical Documentation Strategies**

**November 2 , 2004**

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   1

---

**HP3**  Preparing for Severity in Maryland

- Why has the HSCRC approved the use of a severity adjusted grouper in Maryland?

  – Ongoing demands by providers to improve the case mixing logic
    • All hospitals should have access to severity logic

  – Viewed as a superior solution to the ongoing and often contentious "ad-hoc" case mix adjustment process

  – Used as an adjustment methodology to compare providers by many "Quality" organizations
    • Leapfrog, Healthgrades, etc.

  – Supported by the payors as a means to better differentiate cost differences between hospitals

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   2



GOVERNMENT
EXHIBIT
24

©2000-2004 HP3 Inc., All Rights Reserved.

1

KH  000115

## HP3 — Preparing for Severity in Maryland

- Potential impact on providers of using a severity adjusted grouper:

  - **Measuring change in case mix intensity**
    - Direct revenue implications with real time CMI

  - **Impact on inpatient ICC and ROC position**
    - There are clear winners and losers

  - **Impacts position on various quality measurements**
    - National
    - HSCRC Pay for Performance initiative

  - **Payor cost comparisons and contracting implications**

www.hp3.com          ©2000-2004 HP3 Inc., All Rights Reserved.          3

## HP3 — Preparing for Severity in Maryland

- Steps required to prepare for the adoption of a severity adjusted case mix system?

  - **Education of Key Clinical Information Users**
    - Health Information Management (HIM)
    - Senior Management
    - Finance, Operations and IT

  - **Operationalization Issues**
    - Coding for Severity
      - New Software
    - Clinical Documentation Process

  - **Ongoing Monitoring and Management**
    - Case Mix Analysis
      - Change in Case Mix Intensity
      - Reasonableness of Charges (ROC)

www.hp3.com          ©2000-2004 HP3 Inc., All Rights Reserved.          4

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000116

www.hp3.com

## HP3 — Preparing for Severity in Maryland

- Operationalization issues to address:

  - **Education and Training**
    - Coders and Clinical Documentation Specialists
    - Physicians

  - **Software Requirements**
    - Installation of Severity Adjusted Grouper
      - Stand alone batch or real time interfaced logic
    - Interface with Endcoder
    - Data Sampling and Recoding Software

  - **Clinical Documentation Process**
    - On-unit Concurrent Record Review
    - Query Process
    - Multi-disciplinary team approach
      - Case Management, Nursing, PAs, Nutrition, Other Ancillaries

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.    5

## HP3 — Value of CDI to Kernan Hospital

- Documentation excellence will allow Kernan to be accurately and compliantly reimbursed for clinical services provided

- CDI Program benefits include:

  - Establishing and accurate Case Mix Index (improved inpatient reimbursement)

  - Enhanced Physician Part B reimbursement

  - Improved outcomes on clinical quality measures

  - Step 1 in the conversion to a severity adjusted DRG system

  - Improved quality of care and patient information

  - Supports evolution to CPOE and EMR initiatives

www.hp3.com    ©2000-2004 HP3 Inc., All Rights Reserved.    6

KH  000117

www.hp3.com



©2000-2004 HP3 Inc., All Rights Reserved.                                    4

KH  000118

www.hp3.com

## HP3 — Recommendations

- Implementation of CDI Program at Kernan
  - 1 CDS FTE to begin CDI program
  - For APR logic, Kernan should aim to achieve a 40% concurrent query rate
  - Targeted physician response rate of 65%
- Begin a retrospective query program immediately that reflects APR and produces consistent results from each coder
- Implement education and training on APR and CDI to all active users of health information (special focus on rehabilitation cases)
  - HIM Training
  - CDS Education
  - Physician and Resident Education

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   9

## HP3 — Top 10 APR-DRGs

| 1. | Rehabilitation | APR-860 |
|----|----------------|---------|
| 2. | Major joint and limb reattach | APR-302 |
| 3. | Back and neck procedures | APR-310 |
| 4. | Shoulder, elbow and forearm | APR-315 |
| 5. | Knee and lower leg procedures | APR-313 |
| 6. | Major joint and lib reattachments | APR-306 |
| 7. | Hip and femur procedures | APR-309 |
| 8. | Dorsal and lumbar fusion procedure | APR-304 |
| 9. | Procedure with diagnosis of other contact | APR-850 |
| 10. | Nervous System procedure for cranial nerve | APR-026 |

www.hp3.com   ©2000-2004 HP3 Inc., All Rights Reserved.   10

©2000-2004 HP3 Inc., All Rights Reserved.

5

KH 000119