HP3

KH 000170

# Preparing for Severity APR-DRGs



KERNAN HOSPITAL
UNIVERSITY OF MARYLAND MEDICAL SYSTEM

December 21, 2004



# HP3

## Preparing for severity measurement

- Before
  - Create a valid baseline
  - Financial considerations
  - HIM needs & responsibilities
  - CDI needs & responsibilities
  - IT needs & responsibilities
  - The Medical Staff
- During
  - Audit
  - Set targets/benchmarks
- After/Ongoing
  - Educate/update
  - Track & Measure



©2000-2004 HP3 Inc., All Rights Reserved.

KH 000171

# HP3

## HP3 - CMS v. Severity APR DRG - 1

- CMS
  - Basically a **two** level severity system. There are for most diagnoses a DRG pair. One of the DRGs of the pair is without a co-morbidity or complication and the other of the DRG pair is with a Co-morbidity or Complication. The DRG with a CC has a higher relative weight and is responsible for a higher level of reimbursement.

- Severity APR DRG
  - A **four** level system of severity. Mild, Moderate, Severe, Extreme. Each APR DRG has four severity levels with four different relative weights that determine the reimbursement.

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000172

# HP3    Data Collection: CMS vs. Severity APR

| Data element | Under CMS... | Under Severity APR |
|---|---|---|
| Patient Diagnoses | *Limited key* diagnoses impact | *Every* diagnosis may impact |
| Patient history | Impacts in *limited* instances | Impacts in *most* cases |
| Patient's family history | No impact | Impacts in *most* cases |
| Patient social status | No impact | Impacts in *most* cases |
| "Simple" procedures | No impact | Impacts in *most* cases |
| System "logic" | *Simple*, can be calculated *manually* | *Complex*, can not be calculated manually need software in general |
| Documentation | *Limited key pieces* of documentation impacts DRG | *Accurate and comprehensive* documentation should be collected *Complete documentation* has the potential to impact DRG |
| Coding | Inclusion of *key diagnoses & procedures* can ensure correct CMS DRG assignment without being a "complete representation" of all care the patient received. | *Any diagnosis and procedure* and/or combinations of diagnoses and procedures can impact APR-DRG assignment. Coding should be *"all inclusive"*. |

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000173

www.hp3.com

# HP3

Projected Impact of CDI Kernan Hospital

## The HP3 DRG Navigator ™ Analysis Revealed the Following Expected CDI Impact:

| | |
|---|---|
| Time Period | 10/03-9/04 |
| Case Mix Index | 1.3607 |
| Expected CMI after Documentation Improvement | 1.3766 |
| Potential Impact of CDI Program on CMS CMI | 3-4% |
| Potential Impact of CDI Program on APR CMI | 6-8% |

www.hp3.com

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000174

# HP3

# Sample Inpatient 2003 Data

| Severity Level | # Cases | % |
|---|---|---|
| 1 | 9,225 | 34% |
| 2 | 11,006 | 41% |
| 3 | 5,471 | 21% |
| 4 | 1,135 | 4% |

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000175

www.hp3.com

# HP3 — Sample Inpatient 2003 Data

## Medicine

| Level | #cases | % |
|-------|--------|-----|
| 1 | 5,838 | 34% |
| 2 | 7,044 | 41% |
| 3 | 3,704 | 21% |
| 4 | 754 | 4% |

## Surgical

| Level | #cases | % |
|-------|--------|-----|
| 1 | 3,053 | 36% |
| 2 | 3,580 | 42% |
| 3 | 1,571 | 18% |
| 4 | 343 | 4% |

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000176

KH  0000177

# HP² Sample Average # of secondary dxs:



All inpatient cases.................. 6.0

Medicine cases..................... 5.9

Surgical cases..................... 6.1

Level 1 cases...................... 3.2

Level 2 cases...................... 5.9

Level 3 cases...................... 9.6

Level 4 cases...................... 12.2

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

## Severity Data Analysis

- Approximately 75% of all Sample Hospitals Inpatient cases are currently minor & moderate severity (Level 1 & Level 2)

- Approximately 7% of Inpatient principal diagnoses are vague or potentially "non-acute"

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000178

# HP3

## Potential Value under Severity

- Determine the hospital's "true" patient severity profile*

- Set targets based on the severity profile

- Track & measure

- Differentiate "real patient mix change" from change resulting from improvements in documentation and coding practices

* The severity profile can be created using a 300-record random sample study and applying a comprehensive coding & retrospective physician query process to the sample of records

www.hp3.com

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000179

# HP3

## A Key to Severity

- Severity coding is designed to allow medical centers to more accurately document the resources they are using caring for inpatients.

- From the standpoint of coding, the severity system relies upon the treating physician for accurate documentation in the patient's inpatient record.

- Coding personnel have an obligation to take a holistic or total view of the patient's condition as they enter the hospital.

- This total view means that illnesses other than the primary diagnosis are taken into consideration in assigning codes. These codes lead to assignment of a severity level for each DRG (that has severity levels assigned to them.)

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000180



## HP3   Value-generating activities for Severity

**Complete coding**
- Coding resources
- Effective Coding Audit Process
- Coder education

**Complete documentation**
- Effective Querying process
- Medical Record Operations
- Medical Staff Cooperation

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000181

www.hp3.com

KH 000182



## HP3 — CDI & Maryland Severity

- The need to "Keep pace" with peer group
- Necessary activities to prepare & implement
  - APR-DRG Grouper software licenses
  - Create severity profile & determine targets based on findings
  - CDI Staff Training & Implementation
  - Coder Education
  - CDI Education
  - Physician Education
  - Coding & CDI audits and feedback
  - Tracking & measuring against targets

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000183

# HP3

## Severity & Medical staff needs



- Education
- Tools
- Data analysis & feedback
  - By med/surg specialties
  - By individual physician
- Intensive querying & response tracking

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com



# HP3

## Sample Top 10 "Query" Diagnoses
### Added on Review



- Anemia NOS
- Dehydration
- Blood loss anemia
- Atelectasis
- Hypomagnesemia
- Leukocytosis
- Hypercholesterolemia
- UTI
- Acute Renal Failure
- Atrial fibrillation

©2000-2004 HP3 Inc., All Rights Reserved.

KH  000184

www.hp3.com

KH 000185

# HP3

## Top "History of" Diagnoses added during the audit

- Family history of Diabetes Mellitus
- Family history of cardiovascular disease
- Family history of heart disease
- History of AMI
- Non-compliance with medications
- Long term drug use

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

## Where was the documentation found to support the queries on audit?

- Radiology reports – most common location & highest impact
- Lab reports
- Nurse's notes
- Nutrition notes
- Anesthesia exam
- Recovery room nurse's notes

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000186



©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000187

# HP3

## Specific Strategies for Gaining Physician Support

- The physician is the supplier of the documentation that drives the economics of the health care organization

- The health care organization needs the physician's cooperation for both health care quality and financial success



©2000-2004 HP3 Inc., All Rights Reserved.

KH 000188

KH  000189

# HP3 | Share data with physicians

- About the severity of their patients
- By specialty
- Using real patient case studies to demonstrate the impact of the physician's documentation on how their patients' data "looks"

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

## "Coding for Severity" is a misnomer

- The coding rules have not changed
- Your coding policies and procedures may need to change in terms of:
  – Capturing more diagnoses and procedures
  – Recalculating the number of records per hour that can be coded for productivity purposes
  – HP3 estimates, on average, the "complete coding" of a medical record can take up to 20% longer than coding with an emphasis on "dropping the bill"
- Your retrospective query practices may need to change
  – HP3 estimates that 10 – 15% of all cases should be queried retrospectively
  – Depending on your current query practices, this process can increase the coding time by another 10%

www.hp3.com

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000190

# HP3   HIM Retrospective Query Education

- Coders need to feel proficient and comfortable wording a query

- Your process for querying the physician retrospectively needs to be consistent, structured and operationalized

- You need to track and measure queries generated and query responses

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000191



# Doc Notes™ make the concurrent querying process consistent and efficient.

KH 000192

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3   In summary, where HIM professionals are concerned

- Follow all coding clinic and official coding guidelines---nothing has changed
- Code *all* diagnoses and procedures that impact DRG assignment
- It will take longer to code
- Coders need more education:  pharmacology, A & P, study of disease process
- Query process must be well thought out, compliant forms developed
- Must find a way to flag charts for a second look (secondary review by master coder)

www.hp3.com

©2000-2004 HP3 Inc., All Rights Reserved.

KH  000193

# HP3

CDI Results: ROI and Measurements Summary

| Data element/measurement | | Quarter 1 | Target | % Achievement |
|---|---|---|---|---|
| Concurrent: | physician query rate: | 40% | 40% | 100% |
| | physician response rate: | 50% | 75% | 67% |
| | physician query agreement rate: | 70% | 80% | 88% |
| Retrospective: | physician query rate: | 5% | 15% | 33% |
| | physician response rate: | 100% | 60% | 60% |
| | physician query agreement rate: | 65% | 85% | 76% |
| Extrapolated annual value of concurrent MD responses | | $2,050,000 | 3,750,000 | 55% |

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000194

# HP3

## Review of the HP3 CDI Process

- Phase 1: Assessment
  - CDI Announcement to Medical Staff
  - CMI Navigator by Clinical Service and Physician
  - Concurrent Documentation Observations and Findings

- Phase 2: Development of CDI Team, *weekly mtgs in place.*
  - CDI Structure and Hiring of CDS personnel
  - Physician Champions -
  - CDI Handbook for Physicians
  - Installation of CDI Monitor Software

- Phase 3: Training and Tool Design.
  - Training by Clinical Service
  - CDS and Physician Shadowing
  - Doc Pocket Tools

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000195

KH 000196

# HP3    Review of the HP3 CDI Process

- Phase 4:  Implementation
  - Querying Physicians on a Concurrent Basis
  - Ongoing CDS Education and Refinement
  - Development of CDI Monitor Database
- Phase 5:  Tracking and Measuring
  - CDI Monitor Reports (Weekly)
  - CMI Navigator Reports (Monthly)
  - Program Corrections and Adjustments
- Phase 6:  Operationalization and Follow-Up
  - Documentation Audits Performed
  - Follow-Up Education
  - Targeted E-Learning

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

## Key CDI Structure and Functions

- HP3's CDI Project Team
  - Tara Tobaygo: Project Manager
  - Susan Bell: Financial Liaison
  - Mike Stitcher and Kathleen Dunleavy: Project Oversight
  - CDS and Physician Liaisons: Lou Grujanac and Bill Layman

- Identification of Kernan's CDI Project Facilitator
  - Establishment of CDI Process Structure
  - Hiring of Clinical Documentation Specialist (CDS)
  - Interfacing, Facilitating and Management of CDI Process
  - Chairing CDI Project Team Meetings
  - Primary contact with HP3 Team

KH 000197

©2000-2004 HP3 Inc., All Rights Reserved.