*Proposal*

*for*

# *Clinical Documentation Improvement Services*

*Submitted to:*

## **Kernan Hospital**
## **Baltimore, Maryland**

*November 17, 2004*

# HP3

**Documentation Solutions For Better Reimbursement, Compliance and Care**
One Bethlehem Plaza, Suite 201 ~ Bethlehem, PA 18018 ~ (877) 774-7853 ~ www.hp3.com

KH 000059

# TABLE OF CONTENTS

PAGE

1.0   INTRODUCTION & PURPOSE ................................................................ 3
  1.1   APR-DRG IMPACT-LEVELS OF SEVERITY ....................................... 4
2.0   OVERVIEW OF HP3 CDI PROGRAM ................................................. 4
  2.1   THE BASIS FOR A SUCCESSFUL CDI PROGRAM ............................... 4
  2.2   ONGOING CDI SUPPORT AND REVIEW ........................................... 5
3.0   CDI PROJECT OBJECTIVES ............................................................... 5
4.0   CDI PROJECT PHASES/MODULES ...................................................... 5
  4.1   ASSESSMENT .................................................................................. 6
  4.2   NON-PHYSICIAN CLINICAL STAFF TRAINING AND DEVELOPMENT ........ 6
  4.3   PHYSICIAN EDUCATION/INFORMATION SESSIONS/EVALUATION AND
      MANAGEMENT DOCUMENTATION/PRO-FEE CODING & TRAINING ...... 7
  4.4   CODING STAFF EDUCATION .............................................................. 8
5.0   PROJECT TEAM ................................................................................. 9
6.0   PROJECT DELIVERABLES .................................................................... 9
  6.1   ASSESSMENT DELIVERABLES ............................................................ 9
  6.2   GLOBAL DELIVERABLES ................................................................... 9
  6.3   MEDICAL STAFF DELIVERABLES ...................................................... 10
  6.4   DOCUMENTATION SPECIALISTS/NON-PHYSICIAN CLINICIAN DELIVERABLES ....... 10
  6.5   CODING STAFF DELIVERABLES ........................................................ 10
  6.6   EDUCATIONAL PRODUCTS ............................................................... 10
  6.7   FOLLOW UP DELIVERABLES (OPTIONAL) ......................................... 11
7.0   PROJECT TIMETABLE ....................................................................... 11
8.0   PROJECT FEES ................................................................................. 11
9.0   PROJECT EXPENSES ......................................................................... 12

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 1

KH 000060

# TABLE OF CONTENTS

PAGE

**10.0   HP3 COMPLIANCE, TRAINING AND EDUCATION PLAN** ....................................... 12
  10.1   STATEMENT OF COMPLIANCE/ETHICS.................................................... 12
  10.2   REIMBURSEMENT/HIPAA CONFIDENTIALITY EDUCATION AND TRAINING......... 12
  10.3   UPDATING EDUCATION/TRAINING REQUIREMENTS .......................................... 13
  10.4   VERIFICATION OF CREDENTIALED EMPLOYEES AND REFERENCE CHECKS.......... 14
  10.5   VERIFICATION OF NON-EXCLUSION FROM ANY FEDERAL/STATE HEALTHCARE ....
         PROGRAM ......................................................................... 14
  10.6   CONTINGENCY FEE BILLING .................................................. 14
  10.7   PROMISES & GUARANTEES .................................................. 15
  10.8   QUALITY MONITORING AND AUDITING .......................................... 15

APPENDICES:
APPENDIX A:   STAFF RESUMES
APPENDIX B:   REFERENCES
APPENDIX C:   STATEMENT OF COMPLIANCE FOR CDI TOOLS
APPENDIX D:   CDI MONITOR™ SYSTEM REQUIREMENTS

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 2

KH 000061

## 1.0   Introduction & Purpose

Kernan Hospital (Kernan), located in Baltimore, Maryland, offers interdisciplinary orthopedic and rehabilitation services for children and adults.   The 135-bed hospital was purchased by the University of Maryland Medical System in 1986 and is the designated orthopedic hospital of the System.  In addition, Kernan is one of five Maryland hospitals with licensed rehabilitation beds.   Kernan is accredited by JCAHO and CARF with additional accreditations in Brain Injury (BI), Spinal Cord Injury (SCI), and Comprehensive Integrated Inpatient Rehabilitation Program (CIIRP).

Kernan is interested in developing a physician documentation improvement program that will not only improve, but also sustain physician clinical documentation that is as complete and accurate as possible.  The goal of the Kernan clinical documentation improvement program will be to ensure that all patient documentation in the medical record accurately reflects the acuity and severity of the patients to whom Kernan provides care.

Currently, only three (3) hospitals in the state of Maryland use the APR-DRG as the basis for their charge per case (CPC) agreement with the HSCRC.  HSCRC has determined however, that starting with hospital data submitted for fiscal year 2005 (July 04) all data will be analyzed for severity of illness. HSCRC will utilize this base year to determine each hospital's charge per case to begin fiscal year 2006 (July 05).

HP3 is pleased to offer this proposal for a Clinical Documentation Improvement (CDI) program and will implement a CDI program, specific to Kernan, that is:

    1.1    Reproducible
    1.2    Measurable
    1.3    Sustainable

The CDI (Clinical Documentation Improvement) program will include a focus on both the acute care practices along with those private physician practices where the providers are admitters to Kernan.  The program will be guided by official coding guidelines and pertinent governmental and regulatory requirements.  The program will be specific enough to Kernan to ensure eventual support from the physicians and non-physician clinicians who need to drive the program.  The program will incorporate principles of physician professional fee documentation, coding and billing, severity of illness, as well as hospital-based principles.  This focus should elicit support from the Kernan medical staff and result in a targeted benefit from improved documentation not only to the hospital, but also to the physician.

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 3

KH 000062

### 1.1  APR-DRG Impact-Levels of Severity

HP3's approach to CDI will assure that the documentation allows the coder to assign those codes that most accurately reflect the true acuity/severity of the patients that Kernan treats.

Multiple factors may impact the level of severity assigned to each APR-DRG. The most common factors are:

- History of past diagnoses;
- Assigning a code for every possible secondary diagnosis; and
- Assigning a code for all procedures that impact ARR assignment

The benefit to capturing the above listed coding factors is to illustrate the true severity of the patients Kernan treats. The cost to the facility is decreased coding productivity resulting in greater resource utilization by Kernan.

## 2.0  Overview of HP3 CDI Program

### 2.1  The basis for a successful CDI program

A successful CDI program incorporates certain building blocks for success.  These "building blocks" include:

2.1.1   *Customization* – it is essential that a CDI program be customized specifically to the needs and culture of the organization.

While HP3 utilizes certain techniques that have had proven success in CDI implementation, generally each program is designed and implemented specifically to the organization's culture and systems already in place.

2.1.2   *Internal Support and Leadership* – the organization must provide both support and leadership (administrative as well as physician) throughout the implementation of the CDI program.  HP3 staff can be instrumental in identifying and working closely with key individuals throughout the duration of the project.

2.1.3   *Project Management and Staffing* – the organization must assign an appropriate individual internally as the Project Manager to work closely with the HP3 team to ensure program continuance after the HP3 implementation has been completed.

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 4

KH 000063

## 2.2  Ongoing CDI support and review

Once the CDI program has been implemented, the HP3 project team will provide support visits for the first year. Support visits will include an analysis of data, documentation and processes. Each support visit will include recommendations for improvement where applicable.

The HP3 Project Team uses CDI Monitor™ reports which are generated monthly throughout the program and for one year following implementation. The CDI Monitor™ software will be installed at Kernan and will be used by both Kernan's clinical documentation specialist and its coding staff to input information about physician queries and DRG assignment.   It is used as a guide to focus continuing efforts on ensuring the sustainability of the CDI program during the post-project support visits.

# 3.0   CDI Project Objectives

Primary project objectives for the CDI program include the following:

1. To assure that clinical documentation supports high quality care and drives appropriate code selection.
2. To create a customized CDI program that is sustainable and reproducible by Kernan staff.
3. To ensure the clinical documentation contained in inpatient records accurately reflects patient acuity levels and care provided.
4. To ensure that all clinical documentation is accurately and compliantly captured at the point of service.
5. To capture and track clinical documentation in a manner that will meet JCAHO clinical documentation review requirements.
6. To reduce risk that may exist when clinical documentation is incomplete or unclear.
7. To parallel the benefits of complete clinical documentation for both the physician pro-fee, as well as the hospital perspective.

# 4.0   CDI Project Phases/Modules

Generally, the HP3 CDI program can be broken down into three distinct phases. The first is the assessment phase, second is implementation of the program, and lastly, HP3 conducts follow up visits for the year following project implementation.

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 5

KH 000064

## 4.1  Assessment

During the assessment, the HP3 team is onsite to validate the findings of the CMI Navigator ™ and begin putting into place the building blocks for the CDI program. The CMI Navigator™ is a proprietary data measurement tool developed by HP3. The program uses an algorithm to analyze hospital discharge data (typically UB-92 data elements) to identify opportunities for documentation improvement. Then, applying criteria developed through the concurrent and retrospective review of tens of thousands of records, the program selects cases with potential as those "most likely" to change as the result of an HP3 CDI program being implemented by the hospital.   HP3 will use its CMI Navigator ™ to analyze Kernan's inpatient data to form the basis for documentation improvement activities and project focus.

The following steps are taken during the assessment:

4.1.1   Review of Kernan specific CMI Navigator ™ reports
4.1.2   Concurrent review of inpatient records on the units
4.1.3   Retrospective review of inpatient records
4.1.4   Analysis of record review findings with extrapolation of results
4.1.5   Announcement of the CDI program to the medical staff & initial education about the CDI program
4.1.6   If Kernan would like, HP3 can help with the interviewing and selection of candidates to fill the role of clinical documentation specialist (CDS) in the CDI program
4.1.7   Interviews with potential CDI steering committee members (Case Management, HIM, Finance, Compliance)
4.1.8   Comprehensive report of assessment findings

## 4.2   Non-physician clinical staff training and development

HP3 recommends a clinical documentation specialist model for CDI implementation for Kernan.  In addition to a clinical documentation specialist (CDS) driving the program forward, Kernan's case management staff or their equivalent, will also be included in key education.  As a result, the Kernan clinical documentation specialist will have primary responsibility for the CDI program and together with the case managers, will work as a team to elicit physician compliance for documentation improvement.

The HP3 clinical training is designed to pass on CDI information to clinicians in a "clinical", not a "coding" format.  We find that clinicians are much more accepting of information when it is provided to them in a format that they are used to – we incorporate this concept throughout the entire CDI process.  HP3 CDI training philosophy is hinged upon the following:

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 6

KH 000065

4.2.1   Providing complete and reproducible training materials
4.2.2   Encouraging the client to videotape some or all classroom sessions for future use
4.2.3   Sandwiching classroom training with continuous practical application of all concepts learned in the classroom
4.2.4   Using learner "self-assessment" instruments as a mechanism to measure effectiveness of the training
4.2.5   Incorporating participants' suggestions into the training process
4.2.6   Designing sessions to maximize participation from the attendees (as a way of increasing effectiveness of the learning process)

## 4.3  Physician education/information sessions/Evaluation and Management Documentation/Pro-Fee Coding & Training

Engaging physicians as early in the process as possible is essential to the success and sustainability of a CDI program. HP3 has found success with maximizing physician buy-in to the CDI process in two primary ways. The first and strongest approach to gaining buy-in is by conducting physician documentation education sessions focused on professional fee documentation, coding and billing. HP3 has created a program geared specifically toward this end called Physician Documentation Excellence™. The program incorporates the use of E&M guidelines for documentation, specialty specific templates, and a tie-in to hospital documentation to ensure accurate documentation in the inpatient setting for hospital coding and billing purposes.

The entire idea of physician excellence in documentation is to allow the physician to quickly and accurately provide all the pertinent documentation necessary to show the medical necessity of the service being provided. HP3 will provide extensive client requested training to the physicians that admit to Kernan. Documentation Excellence™ (DE) training will be taught to the physicians so that they can apply the basic principles of DE no matter where the location of service is provided. The CDI physician training focuses on providing the physician with expertise in documentation, medical necessity and acuity/severity issues that he/she will be able to use across the healthcare continuum. HP3 will specifically provide the following physician components to the Kernan CDI program:

- Meet with senior physicians in organization to introduce/roll-out the CDI program
- Organize, plan and deliver physician meetings, chart audits and shadowing sessions
- Evaluation and Management professional fee (Part B) training and feedback in both the office and hospital setting

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 7

KH 000066

- Train the documentation specialist in the basics of professional fee Part B billing so that while querying the physician on hospital related documentation, he/she can also link this to the physician's pro-fee code assignment
- Develop physician specific queries/tools that will help guide the physician through the documentation process both for professional and facility services

This education and focus to the physicians will answer the physician question of "what's in it for me". The uniqueness of HP3's approach to documentation excellence is to create a united team with physicians, documentation specialists and case managers working together to focus on the scope of clear, consistent documentation. This approach must be united and easy to use.

An experienced, credentialed physician coding professional with previous success training physicians leads the physician education team.

The team will also contain credentialed inpatient coding professionals. If requested and/or if necessary, HP3 also has a board of practicing physicians from various specialties who are available to participate in education sessions.

The second means to engaging physicians is to encourage them to participate in designing documentation tools that will be useful for them either individually or as a group. Physicians will use tools if they believe they are meaningful. They are more likely to consider a tool to be meaningful if they have had input into the design process. HP3 has used multiple innovative approaches to designing (with physician assistance) tools ranging from various pocket tools to automated programs for PDAs to "sticky" notes for patient records.

## 4.4  Coding staff education

HIM coder training sessions will be held that focus on the hospital's CDI effort and how the HIM department will be part of this process. HP3 will utilize general education sessions discussing documentation and severity coding issues, and how the HP3 CDI program will address these issues. Depending on the specific role of the coding staff in CDI, one or more topics may be emphasized to a greater degree. Educational sessions will make use of the "case study" methodology where actual medical records with problematic documentation will be reviewed. HP3 staff will, in preparation for coding education sessions, review Kernan inpatient records and final coding and DRG assignment. Coders will be tested and provided with feedback. Sessions will be documented and designed in such a way that coding staff will be able to obtain continuing education credits for the educational sessions.

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 8

KH 000067

## 5.0   Project Team

The HP3 CDI project team will include the following professionals:  HIM/Inpatient coding experts, physician coding and documentation experts, RNs/case managers, MIS experts and contact with an off-site physician advisor.  HP3 project team resumes can be found in Appendix A.  The HP3 project team will include:

| | |
|---|---|
| Project Director: | Kathleen Dunleavy, MS, RHIA |
| Project Manager: | Tara Tobaygo, BS, CCS |
| Team Members: | William Layman, CPC, CHCC |
| | Susan Bell, CPA, CPC |

## 6.0   Project Deliverables

### 6.1   Assessment Deliverables

6.1.1   Initial review of documentation and coding on 25 inpatient records (retrospectively)

6.1.2   Initial review of documentation on 25 inpatient records concurrently (on the units)

6.1.3   Report of findings for retrospective and concurrent documentation and coding reviews

6.1.4   Assistance in selecting CDI specialist (if desired by Kernan)

### 6.2   Global Deliverables

6.2.1   2 Software Licenses for the automated Severity DRG Navigator™ for working DRG assignment for use on PDAs or laptops and up to 3 copies of the Severity DRG Navigator™ (A reimbursement tool for clinicians)

6.2.2   CDI Monitor™ software tool to collect and analyze data

6.2.3   Analysis of CDI project data and implementing an ongoing reporting and management process

6.2.4   A document that details the program structure to carry the CDI process forward, including, but not limited to:  committee/project team, data report card content, reporting/auditing processes

6.2.5   Creation of a document, or modification of an existing document that details specifically whose documentation can be relied upon for inpatient diagnostic coding (Kernan "clinical documentation policy")

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 9

KH 000068

## 6.3   Medical Staff Deliverables

6.3.1   HP3 Doc Pocket Tools™ for all Kernan specialties

6.3.2   10 copies of the Hospital Clinical Documentation Handbook for
          Physicians

6.3.3   HP3 Doc Templates™

6.3.4   Conducting up to 3 physician documentation education sessions by
          specialty, physician group, or individual, if necessary

6.3.5   Review of physician professional fee documentation, coding and billing
          for up to 10 physicians. This review can also take the form of "physician
          shadowing" that will aid the physician in immediate, feedback on
          documentation and professional fee (Part B) billing issues.

## 6.4   Documentation Specialists/non-physician clinician deliverables

6.4.1   Documentation Specialist training for individual selected/provided by the
          facility (1 full time equivalent)

6.4.2   Conducting approximately 40 hours of classroom-based training on CDI
          principles for the Documentation Specialist focused on inpatient
          documentation

6.4.3   2 complete sets of Doc Notes™ for the Documentation Specialist to assist
          in the query process

6.4.4   Up to 16 hours of Case Manager training

6.4.5   Up to 8 hours of training for other clinicians involved in documenting in
          the inpatient record; including, but not limited to:  nutritionists, wound
          care nurses, respiratory therapists and substance abuse counselors

6.4.6   Conducting approximately 80 hours of on-unit record review and feedback
          to clinicians and/or physicians

## 6.5   Coding Staff Deliverables

6.5.1   Conducting approximately 16 hours of CDI training for HIM coding staff

6.5.2   Utilizing the results of the retrospective audit, HP3 will prepare coding
          education, specific to APR-DRGS.

## 6.6   Educational Products

6.6.1   One set of HP3 Documentation Improvement Video Series:  Volume 6,
          Hospital Documentation Improvement; Volume 7, Physician E&M
          Coding

6.6.1   Documentation Improvement:  One set of the HP3 Reimbursement
          Process Video Training Series; Volumes 1-5

**HP3**
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 10                                                                                  KH 000069

### 6.7  Follow Up Deliverables (optional)

6.7.1  8  follow up visits in the 12 month period following CDI implementation
6.7.2  Generation of the CMI Navigator™ along with detailed trending analysis of all CMI Navigator™ data elements during the follow-up visits
6.7.3  A documentation audit during the follow up visits
6.7.4  Analysis of CDI Monitor™ results and recommendations for improvement

## 7.0   Project Timetable

Once Kernan's project team is in place, the HP3 project team can phase in the CDI project in accordance with the methodology described under Section 4.0 over approximately a 12 - 16 week time period.

## 8.0   Project Fees

### Initial Assessment Fee                        $ 17,600

The initial assessment includes tasks under Section 6.1.  Fifty percent (50%) of the professional fees will be billed upon receipt of your authorization to proceed and the remaining fees will be billed upon delivery of the Assessment/Planning report.

### Implementation Fee                           $ 108,200

Implementation fees include deliverables under Sections 6.2 through 6.6. Twenty-five percent (25%) of the professional fees will be billed upon receipt of your authorization to proceed with the implementation; 50% will be billed upon completion of the first month of on-site training; and the remaining fees will be billed upon completion of the on-site training.

### Follow up Fee (optional)                     $ 38,400

Follow up fees include deliverables under 6.7 and will be billed in 8 increments of $4,800 for each monthly visit.

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 11

KH 000070

## 9.0   Project Expenses

Reasonable and necessary expenses incurred by HP3 in the CDI program will be billed to Kernan on a monthly basis.

# 10.0  HP3 Compliance, Training and Education Plan

## 10.1   Statement of Compliance/Ethics

HP3, Inc. (HP3) is committed to abiding by all laws, rules, and regulations that govern a consulting firm involved in the highly regulated healthcare industry.

Through our compliance policies and procedures, HP3 promotes and emphasizes an ethical and honest corporate culture that permeates every aspect of our business relationships. Indeed, this ethical corporate culture begins with our Chief Executive Officer, Ruthann Russo, JD, MPH, RHIT, who has been a pioneer in the compliance industry, having authored two books and several publications. Moreover, HP3 President Joseph J. Russo, Esq., served on the Board of Directors of the Health Care Compliance Association (HCCA).

## 10.2   Reimbursement/HIPAA Confidentiality Education and Training

HP3's Compliance Program is built upon our compliance products. All employees are required to review the Reimbursement Process Video Training Series and complete the accompanying pre- and post-tests. The pre- and post-tests completed by HP3 employees are maintained on file in the Human Resources Department.

This video series, produced by HP3, Inc., stresses not only compliant practices in healthcare reimbursement, but also emphasizes the need for all health care providers to ensure that their staffs have an in-depth understanding of compliant reimbursement processes. This includes compliance issues that are involved in every aspect of the reimbursement cycle.

The Reimbursement Process Video Training Series includes the following videotapes:

- *Registration (Volume 1)*
- *Documentation (Volume 2)*
- *Coding (Volume 3)*
- *Patient Accounting (Volume 4)*
- *Patient Confidentiality (Volume 5)*

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 12

KH 000071

- *Documentation Improvement for Hospital Inpatient Records (Volume 6)*
- *Documentation Improvement for Physician Evaluation & Management Coding (Volume 7)*

HP3 employees also complete the Health Insurance Portability and Accountability Act (HIPAA) audio-training series as part of their compliance training. Pre- and post-tests for HIPAA training is also completed by HP3 employees.

The audio-training series, provided in audio CD format, was developed by HP3. The CDs are as follows:

- *Confidentiality Series, Part I*
- *Confidentiality Series, Part II*
- *Confidentiality Series, Part III*
- *Confidentiality Series, Part IV*

HP3 is constantly in possession of protected health information, as defined in HIPAA. As a result, all employees, in addition to listening to the four-part Confidentiality CD series and reviewing the Confidentiality videotape (Volume 5), must certify that they will maintain the confidentiality of all individually identifiable patient healthcare information. This includes patient medical records, patient charts, patient data, and other confidential health information. This certification (HP3 Health Information Confidentiality Statement), upon execution, is placed in the employee's respective file within the HP3 Human Resources Department.

HP3 employees must further complete related forms including the "HP3 Non-Disclosure/Non-Solicitation Agreement" and the "HP3 Confidentiality Policy".

Employees who are hired to perform coding, auditing, and consulting work for HP3 take either the "HP3 Outpatient Coding Test" or the "HP3 Inpatient Coding Test" as a requirement for employment. Some potential employees are given both tests—depending upon their areas of expertise. An affidavit is signed that states the person did not receive help on the test.

## 10.3   Updating Education/Training Requirements

HP3 believes that compliance is an ongoing process. Therefore, we continue to modify the training requirements for our employees as the industry changes and progresses.

Finally, in accordance with OIG Compliance Guidance, we request a copy of all of our client's compliance policies that are applicable to our work at the client site – and commit via contractual provisions to abide by the client's compliance policies and procedures.

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 13

### 10.4   Verification of Credentialed Employees and Reference Checks

HP3's Human Resources Department verifies the credentials of all professional coders, nurses, and auditors. Employees with the credentials of CPC and CPC-H are verified with the American Academy of Professional Coders (AAPC).

Employees with the credentials of CCS, CCS-P, RHIT, and RHIA are verified with American Health Information Management Association (AHIMA).

Employees with the credentials of Registered Nurse (RN) are verified through the appropriate state licensure board.

Employees with any other professional and/or educational training/degrees are verified through the respective educational institutions.

Reference checks are conducted on a routine basis for every HP3 employee.

### 10.5   Verification of Non-Exclusion From Any Federal/State Healthcare Program

HP3's Human Resources Department performs a search of the Office of Inspector General (OIG) List of Excluded Individuals/Entities (LEIE) to ensure that employees have never been the subject of mandatory/permissive exclusion from the Medicare, Medicaid, or any other Federal or State Healthcare Program and to further ensure that employees are not listed in the LEIE database.

HP3 employees, as a condition precedent to employment, must certify that they have never been the subject of exclusion from participation in Medicare, Medicaid, or any other Federal or State Healthcare Program.

### 10.6   Contingency Fee Billing

The OIG, in Fraud Alert 97-01, announced its suspicion of consultants who utilize contingency fee arrangements. Although contingency fee auditing is not per se illegal or impermissible, HP3 will not perform any auditing work on a contingency fee basis. It is the position of HP3 that contingency fee auditing creates the appearance of impropriety and may lead to abusive reimbursement and billing practices. Therefore, HP3 will only charge flat fees with respect to consulting and auditing client engagements.

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 14                                                    KH 000073

## 10.7     Promises & Guarantees

Consistent with a Special Advisory Bulletin issued by the OIG in June 2001 entitled "Practices of Business Consultants", HP3 will not "promise or guarantee specific results that are unreasonable or improbable." HP3 will not promise or guarantee a prospective client that its advice or services will produce a specific dollar or percentage increase in the client's Medicare reimbursements. According to the OIG, these promises are often based upon the consultant receiving a percentage of the increased reimbursement. Projections based upon legitimate analysis of aggregate data (i.e. MEDPAR data, E&M Bell Curve data) or client specific data are permissible.

## 10.8     Quality Monitoring and Auditing

As a leader in documentation, coding, and data solutions, HP3 realizes the quality of our results and reports is critical to the success of our clients and to our own success. Clients rely on our judgment and expertise to assist them with complex health information, operational, financial, and compliance situations. To help ensure accurate coding, auditing, and reporting of key data, all HP3 employees must abide by established quality policies.

HP3's health information management professionals must ensure that all coding/auditing is performed in accordance with Medicare regulations and official coding guidelines (including the Official Guidelines for Coding and Reporting, AHA's Coding Clinic for ICD-9-CM, AMA's CPT Assistant for CPT, the National Correct Coding Initiative, and the Outpatient Code Editor). In the absence of Coding Clinic or CPT Assistant guidelines on a particular topic to the contrary, HP3 staff will utilize client-specific policies and procedures to complete the coding function.

Routine quality procedures involve various levels of management or peer review. The specific requirements depend on project requirements, contractual agreements, and Project Manager judgment. Periodic audits to monitor compliance with coding and auditing guidelines will be performed by the Project Manager.

HP3
Information contained in this proposal is confidential and proprietary,
intended only for the recipient, and shall not be transferred to third parties.
Page 15

KH 000074

# Appendix A

# Staff Resumes

KH 000075

# HP3

### Kathleen P. Dunleavy, MS, RHIA

Kathleen is a *Project Manager* with HP3's Consulting Group.  Her primary focus is the development of comprehensive educational programs in Clinical Documentation Improvement.  The customized training programs are designed for physicians, clinicians and healthcare administrators to become more proficient and proactive in their responsibilities toward achieving accurate health data and reimbursement.   Kathleen is also the senior editor of HP3's JustCoding.com website, a nationally recognized, indispensable resource for inpatient, outpatient and physician office coding professionals

Ms. Dunleavy has served the healthcare community for nearly twenty-five years in senior management positions within hospitals in the role as Director, Health Information Management as well as leadership of the Utilization Review, Discharge Planning, Social Services and Medical Staff Services Departments.

Prior to joining HP3, Kathleen served as Director, Health Information Management at Suburban Hospital, Bethesda, Maryland.   At Suburban, her project accomplishments include implementation of a comprehensive document imaging system, leadership of the Forms Committee, Information Privacy Task Force, and JCAHO Information Management Task Force.  She was a member of Suburban's Leadership Team for senior managers, DRG Task Force and HIPAA Steering Committee.

Kathleen is active in the American Health Information Management Association and the American College of Healthcare Executives.  She is a past President of the District of Columbia Health Information Management Association.  Kathleen received a M.S. in Health Sciences from the State University of New York at Stony Brook, a B.S. in Medical Record Administration from St. Louis University, MO and a B.A. in Elementary Education form St. Mary's College, Notre Dame, IN.  She is a Registered Health Information Administrator.

# HP3

**Tara R. Tobaygo, BS, CCS**

Tara is a *Manager* with HP3. In her role, she conducts audits on inpatient and outpatient records, as well as Medicare pre-bill audits. Tara is cross-trained in ICD-9, CPT facility-based coding, and physician coding. She has an extensive background in coding a broad range of procedures and diagnoses. She also has experience in severity coding.

Prior to joining HP3 in November 2000, Tara was employed at Cabot Marsh/QuadraMed as a Senior Health Information Analyst. During her time at QuadraMed, she taught classes and gave seminars on ICD-9 coding. Tara also mentored several individuals on inpatient coding.

Tara graduated from West Virginia University in May of 1996 with a Bachelor's Degree in Political Science. She then attended Northampton Community College from 1996-1998 pursuing an education in the Health Information field. In the fall of 1999, Tara successfully earned her Certified Coding Specialist certification.

Tara is currently a member of AHIMA, LVHIMA, and PHIMA. She is planning on pursuing an MBA in Health Information Administration.

KH 000077

**William J. Layman, BA, CHCC, CPC**

William is a *Project Manager* with HP3's Consulting Group.   Mr. Layman provides consulting services related to hospital-based documentation improvement as well as physician coding/abstracting, reimbursement issues and retrospective and concurrent audits. He conducts educational training programs for physicians, residents, billing and coding staff, administrative staff and non-physician healthcare providers.

William has over twenty years of consulting management experience in the healthcare industry.   His expertise includes Health Services Operations, Coding and Billing Compliance, Accounts Receivable Management and Collections, Hospital and Medical Group ChargeMaster Maintenance, Strategic Management, Personnel Management and Staff Training.  Mr. Layman developed educational seminars on ICD-9 and CPT coding for multiple specialties, collections and accounts receivable management, and evaluation and management coding and auditing.  He also presented comprehensive training programs on compliance program development and fraud and abuse identification and resolution.

William conducted educational seminars in cooperation with Medical Group Management Association (MGMA), American Health Information Management Association (AHIMA), and American Academy of Professional Coders (AAPC).  His variety of client interface includes medical universities, regional medical groups, numerous medical facilities and several large national organizations such as Kaiser-Permanente, Progressive Insurance, Select Medical, U.S. Air Force, and the Veteran's Administration.

William received his Certified Healthcare Compliance Consultant certificate from National Compliance Resources and his Certified Professional Coder certificate from the American Academy of Professional Coders.  He received a B.A. in Internal Studies from the University of South Carolina and held the position as a Naval Officer for his tenure in the U.S. Navy.

KH 000078

**Susan Bell, CPA, CPC**

Susan Bell is a *Director* with HP3, Inc., a national healthcare consulting firm dedicated to providing documentation, coding and data solutions for improved reimbursement, compliance, and patient care.

Ms. Bell is responsible for business development, Clinical Documentation Improvement and consulting professionals for HP3. She is actively involved in HP3's Clinical Documentation Improvements programs and participates in extensive research rendering expert opinions for clients.  Ms. Bell is responsible for providing consulting services to Health Information Management Departments, and coding and auditing of both inpatient and outpatient charts. She also utilizes her knowledge of HIM, coding, and auditing to bring various benefits to every facility.  Additional responsibilities include identifying reimbursement opportunities as well as compliance risks related to coding and billing.

Ms. Bell's excellent leadership, communications skills and depth of coding knowledge contribute to sustainable solutions and efficient project completion. She is a dedicated individual with the ability to resolve challenging coding and billing situations and recommend strategies to improve performance and reimbursement.

Ms. Bell came to HP3 with several years of consulting, management and financial experience in the health information management area.  She has served as a director of clinical economies where she was responsible for state regulatory reporting, chargemaster, and maintenance rates and reimbursement. Ms. Bell has also served as a coding consultant in the Baltimore area with a focus on regulatory reporting.  She also served clients with consulting and providing coding audit solutions by addressing inpatient and observation coding and billing compliance with federal regulations.

Ms. Bell earned a Bachelors degree from Western Maryland College.  She is an active member of AAPC and HFMA.

09/23/2004

KH 000079

# Appendix B

# References

KH 000080

# HP3

## **CDI References**

University of Maryland Medical Center
Hank Franey
Chief Financial Officer
Baltimore, Maryland
Phone: (410) 328-3276

Berkshire Medical Center
Brett Miller
Director of HIM
Pittsfield, Massachusetts
Phone: (413) 447-2959

Carroll Hospital Center
Pam Oswandel
Director, Medical Records
          or
Kevin Kelbly
Chief Financial Officer
Westminster, Maryland
Phone: (410) 871-6876

Community Hospital
Regina Langhout
Director, Health Information Services
Springfield, Ohio
Phone: (937) 328-9281

DeKalb Medical Center
Beth Manza
Director of Medical Management
Decatur, Georgia
Phone: (404) 501-5986

Ephrata Community Hospital
Jeanette Finkle
Director of Patient Support Services
Phone: (717) 738-6373
          or
Karen Tinney
Director, HIM
Ephrata, Pennsylvania
Phone: (717) 738-6172

Gwinnett Medical Center
Dr. Reginald Gilbreath
Medical Director
Lawrenceville, Georgia
Phone: (678)-442-2323

St. Joseph Mercy Medical System
Chuck Hoffman
Chief Financial Officer
Ann Arbor, Michigan
Phone: (734) 712-5521

St. Luke's Hospital
Cyndi Jones
Chief Information Officer
Bethlehem, Pennsylvania
Phone: (610) 954-3331

HP3, Inc.
This information is confidential and proprietary, intended only for the recipient,
and shall not be transferred to third parties.

KH 000081

# Appendix C

# Statement of Compliance
# for CDI Tools

KH 000082

## HP3 CDI Program Doc Notes™ (Query Notes)

### Statement of Content, Use and Compliance

### Use and Development of Doc Notes™

HP3 DocNotes™ were designed to be used primarily by clinicians (i.e. nursing staff trained in clinical documentation improvement) as a tool to assist staff in asking physicians to clarify documentation in the patient's record while the patient is still on the nursing unit. This process is also known as *concurrent querying*. DocNotes™ can also be used by coding staff to assist in asking physicians to clarify documentation in the patient's record after the patient has been discharged from the hospital. This process is also known as *retrospective querying*. DocNotes™ are tools that provide a medium for informal written communication. DocNotes™ are not intended to be a part of the permanent medical record. In every instance, the physician is required to provide his documentation in response to the query within the body of the medical record. This is the most compliant practice available. DocNotes™ do not contain protected health information (PHI) as defined by the HIPAA privacy regulations.

### Concurrent Queries *by a Clinician*

HP3 DocNotes™ were designed to be used primarily by clinicians (i.e. nursing staff trained in clinical documentation improvement). Currently, no official written guidelines exist for concurrent querying by a clinician. The only official query guidelines that exist are for queries of physicians by coding professionals. To the extent that the official retrospective guidelines may be construed as being applicable, the DocNotes™ are compliant. Every DocNote™ requires the clinician to identify or derive his/her query based on specific clinical indicators documented in the medical record. In addition, each DocNote™ is formatted in a non-leading or non-closed ended format. If choices of diagnoses are provided in the note, the question to the physician always begins with the compliant statement, "If the patient ...." requiring the physician to make a proactive choice regarding his/her specific patient.

© 2003 HP3, Inc.
June 2003

KH 000083

<u>Concurrent or Retrospective Queries <i>by a Coder</i></u>

Current official physician query guidelines apply to queries of physicians (either concurrent or retrospective) by coding professionals. Current official guidelines also address the use of a query form that allows the physician to document his/her response on the query form itself. DocNotes™ are *not* query forms which encourage the physician to provide documentation directly in the medical record. Therefore, there is not current official guidance that applies completely to the use of DocNotes™. Infact, because DocNotes™ require the physician to document his/her response in the body of the patient record, they could actually be considered a tool that accompanies most compliant query processes. To the extent that official guidelines do apply to HP3 DocNotes™, they are compliant with coding query guidelines. HP3 DocNotes™ do not contain protected health information (PHI) and are therefore not to be considered a permanent part of the patient record. DocNotes™ are pre-printed forms designed to make the query process more consistent within a hospital. Although the forms can be attached via the use of a removable glue surface, DocNotes™ are not informal "stickie" notes. In particular, HP3 DocNotes™ are compliant with the substantive content as recommended in the <u>AHIMA Practice Brief: Developing a Physician Query</u> which requires that the query form should:

1. be clearly and concisely written
2. contain precise language
3. present the facts from the medical record and identify why clarification is needed
4. present the scenario and state a question that asks the physician to make a clinical interpretation of a given diagnosis or condition based on treatment, evaluation monitoring, and/or services provided

   "Open ended" questions that allow the physician to document the specific diagnosis are preferable to multiple-choice questions or questions requiring only a "yes" or "no" response.

   Queries that appear to lead the physician to provide a particular response could lead to allegations of inappropriate upcoding [In no case do any of the DocNotes™ lead a physician to provide a particular response. Every query is open ended].

5. be phrased such that the physician is allowed to specify the correct diagnosis

   It should not indicate the financial impact of the response to the query. The form should not be designed so that all that is required is a physician signature." (http://library.ahima.org)

Patient identifiers and physician signatures are not required on HP3 DocNotes™ because the forms are not designed for the physician to document his/her response on the query form. Rather, DocNotes™ are designed as an informal communication tool between the clinician or coder and the physician. Documentation in response to a DocNote™ query must be provided in the body of the patient's record.

A compliant query form does not in itself guarantee compliant use of the form. It is necessary for every hospital to develop a written policy and procedure for the retrospective query process to ensure that any type of query form is used consistently by professional coding staff.

© 2003 HP3, Inc.
June 2003

KH 000084

# Appendix D

# CDI Monitor™
# System Requirements

KH 000085

# Appendix D

# CDI Monitor™
# System Requirements

KH 000086

# CDI Monitor™ System Requirements

Built on the Microsoft .NET platform, the CDI Monitor™ is designed to meet the varying needs of different size and types of facilities. A facility can setup single user systems or multi-user systems using Microsoft Access or client server systems using SQL Server 2000. The facility also has the option of entering all information directly into the system, or using data collection sheets for data entry at a later time.

Resources required to implement a CDI Monitor™ installation vary by facility however a facility will minimally be required to perform the following steps prior to use.
- Decide on type of installation, single user, multi user, or enterprise
- Import physician listing including specialty
- Define payors, coders and documentation specialists
- Add users and configure security

## Client System Requirements

| Minimum requirements | Recommended requirements |
|---|---|
| • Windows 98 2nd Ed/ Windows NT4 SP6a or higher<br>• Processor: 300 MHz or higher<br>• Drive Space: 50 mb or more<br>• RAM: 128 mb or more<br>• MDAC: 2.6 or higher<br>• .NET framework installed | • Windows 2000 Professional or Windows XP Professional<br>• Processor: 1 GHz or higher<br>• Drive Space: 50 mb or more<br>• RAM: 256 mb or more<br>• MDAC: 2.6 or higher<br>• .NET framework installed |

KH 000087