KH 000122

# Kernan Hospital CDI "Kickoff"



**KERNAN HOSPITAL**
UNIVERSITY OF MARYLAND MEDICAL SYSTEM

**January 6, 2005**

**Presented By:**

   HP3, Inc

   **Michael Stitcher**

   **Benito Feliciano** - Project Manager -

   **Kathleen Dunleavy**

Benito Feliciano
BFeliciano@hp3.com
484-357-4606

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

## Value of CDI to Kernan Hospital

- Documentation excellence will allow Kernan Hospital to be accurately and compliantly reimbursed for clinical services provided
- CDI Program benefits include:
  - Establishing and accurate Case Mix Index (improved inpatient reimbursement)
  - Enhanced Physician Part B reimbursement
  - Improved outcomes on clinical quality measures
  - Step 1 in the conversion to a severity adjusted DRG system
  - Improved quality of care and patient information
  - Supports evolution to CPOE and EMR initiatives

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000123

# HP3

## Review of the HP3 CDI Process

- **Phase 1: Assessment**
  - CDI Program Announcement to Medical Staff — *25 concurrent / 25 retrospective*
  - CMI Navigator by Clinical Service and Physician
  - Concurrent & Retrospective Documentation Observations and Findings

- **Phase 2: Development of CDI Team**
  - CDI Structure and Hiring of CDS personnel
  - Physician Champions
  - CDI Handbook for Physicians
  - HP3 Physician Experts meet with Medical Staff

- **Phase 3: Training and Tool Design**
  - Training by Clinical Service
  - CDS and Physician Shadowing
  - Doc Pocket Tools
  - HIM Coding Staff Severity Training

KH 000124

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3
## Review of the HP3 CDI Process

- **Phase 4: Implementation**  *February need to be up and running.*
  - Querying Physicians on a Concurrent Basis
  - Ongoing CDS Education and Refinement
  - Development of CDI Monitor Database

- **Phase 5: Tracking and Measuring**  *CDI Navigator - Book - CDS.*
  - CDI Monitor Reports (Weekly) — *computer program data base*  *PDA - Working DRG*
  - CMI Navigator Reports (Monthly) — *software program written [illegible] case mix*
  - Program Corrections and Adjustments

- **Phase 6: Operationalization and Follow-up**
  - Documentation Audits Performed
  - Follow-up Education
  - Targeted E-Learning

©2000-2004 HP3 Inc., All Rights Reserved.
www.hp3.com
KH 000125





# HP3
## CDI Key Indicators & Target Measurements
### (Sample)

| Data element/measurement | Period 1 | Target | % Achievement |
|---|---|---|---|
| Concurrent: physician query rate: | 40% | 40% | 100% |
| physician response rate: | 50% | 75% | 67% |
| physician query agreement rate: | 70% | 80% | 88% |
| Retrospective: physician query rate: | 5% | 15% | 33% |
| physician response rate: | 60% | 100% | 60% |
| physician query agreement rate: | 65% | 85% | 76% |
| Extrapolated Annual Value of Physician Responses | $ | $ | x% |

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000128

# HP3

## Physician Report Card (sample)

Time Period: 1st Q04: Results Specific to Physicians – individual, by specialty or aggregate results

| Key Indicator | Grade | Achievement | Target | Variance |
|---|---|---|---|---|
| Physician CDI Knowledge Assessment | ◆ | 75% | 90% | 83% |
| Concurrent Query Rate | ◆◆◆ | 26% | 35% | 74% |
| Concurrent Response Rate | ◆ | 25% | 60% | 42% |
| Retrospective Query Rate | ◆◆◆ | 7% | 12% | 58% |
| Retrospective Response Rate | ◆ | 50% | 85% | 59% |
| Documentation Legibility | ◆ | 72% | 98% | 73% |
| Lost Value of Non-Response | ◆ | $250,000 | - | - |

◆◆◆◆◆ - key indicator results better than expected
◆◆◆ - key indicator results within 10% of expected
◆ - key indicator results

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000129

# HP3
## Key CDI Structure and Functions

- **HP3's CDI Project Team**
  - Benito Feliciano: Project Manager
  - Susan Bell: Financial Liaison
  - Mike Stitcher and Kathleen Dunleavy: Project Oversight
  - CDS and Physician Liaisons: Lou Grujanac and William Layman

- **Identification of Northwest's CDI Project Facilitator**
  - Establishment of CDI Process Structure
  - Hiring of Clinical Documentation Specialists (CDS)
  - Interfacing, Facilitating, and Management of CDI Process
  - Chairing CDI Project Team Meetings
  - Primary contact with HP3 Team

©2000-2004 HP3 Inc., All Rights Reserved.
KH 000130



KH 000131

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

# HP3

## Key CDI Structure and Functions

- **Project Team Purpose**
  - The project team should consist of the operational managers directly involved in the operationalization of the CDI process (Case Management, HIM, IT, Finance and Medical Staff) and HP3 representatives. This team should meet on a weekly basis during the first twelve weeks of the engagement.

- **Oversight Committee Purpose**
  - The oversight committee includes the project team plus the addition of key senior management and physician leadership. This committee is responsible for moving the project forward towards completion and ultimately independent operation. This meeting is typically held on a monthly basis.

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000132

# HP3

## General Implementation Timeline

| Activity | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phase 1: Assessment | | | | | | | | | | | | |
| Phase 2: The CDI Team | | | | | | | | | | | | |
| Phase 3: Training and Tool Design | | | | | | | | | | | | |
| Phase 4: Implementation | | | | | | | | | | | | |
| Phase 5: Tracking and Measurement | | | | | | | | | | | | |
| Phase 6: Operate and Follow-up | | | | | | | | | | | | |

Week

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com

KH 000133

# HP3
## Schedule of Recommended Educational Sessions (example)

| Staff/function | Training on topics | Suggested Hours | Method(s) |
|---|---|---|---|
| Coders | Record review, Coding, Querying | 20 | Case studies, classroom, post coding record review, principal diagnosis assignment |
| UR/Case Mgrs | Record review, querying | 16 | Case studies, classroom, on unit record review |
| Physicians – specifically surgeons & psychiatrists | Detailed documentation | 30 – 60 min per specialty | By specialty, short PPT presentations showing actual specialty examples with impact of documentation, tools provided |
| Residents/house staff/hospitalists | Detailed documentation | 1 hour per specialty | By specialty, detailed examples of documentation impact & tools |
| Nursing staff | Overview of severity | 1-2 hour session | Overview of the importance of complete documentation/test results, etc |
| Respiratory therapy | Ventilation documentation | 1-2 hour session | Provide detailed information on the importance of exact length of vent |
| PAs/CRNPs | Detailed documentation | 2-3 hours | By specialty, detailed examples & description of completeness required |
| Nutritionists | Obesity & malnutrition | 1-2 hour session | Review of level of detail needed for nutritional diagnoses as basis for query |
| Wnd therapists | Debridement | 1-2 hour session | Review of debridement guidelines |
| Counselors/MH professionals | Substance abuse use frequency | 1-2 hour session | Review of importance of documenting all supplementary conditions - not just psychiatric conditions |

www.hp3.com

©2000-2004 HP3 Inc., All Rights Reserved.

KH 000134

# HP3

## Next Steps

- Severity Analysis of Kernan Inpatient Cases
- On-Unit Concurrent & Retrospective Assessments
- Finalization of Project Structure
- CDS Recruitment Process (1 FTE)
- Identification of Kernan's Physician Champions
- Establishment of weekly Project Team Meetings
- Develop Project Tracking System

KH 000135

©2000-2004 HP3 Inc., All Rights Reserved.

www.hp3.com