IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff,* | : | |
| v. | : | **Civil No. RDB-11-2961** |
| **KERNAN HOSPITAL,** | : | |
| *Defendant.* | : | |
| | : | |

...o0o...

## AFFIDAVIT OF HELEN WALKER, M.D.

I, Helen Walker, swear and affirm under the penalties of perjury:

1. I am a medical doctor. My resume is attached. I have expertise in medical coding and am an expert in this field qualified to render opinions in court.

2. I make this affidavit in response to the matters contained in the defendant's motion to dismiss the complaint. As such, this affidavit does not purport to be a full and complete recitation of all the opinions that I may offer if this case proceeds to trial and I specifically reserve the right to elaborate on the opinions contained herein, and to testify to other matters as counsel may request.

3. I am a salaried employee and part owner of FairCode Associates. FairCode Associates consults with health care entities. I personally consult with health care entities on coding issues. I have been a consultant in this regard on coding issues for approximately 10 years.

4. I understand that Kernan's counsel has appended the medical records for four of

the patients as to which matters were alleged in the Complaint. I have reviewed those medical records and have reviewed counsel's argument as to why counsel believes those files were appropriately coded for malnutrition.

5. As regards Patient M. M.:

Kernan contends that protein malnutrition was evaluated, tested, monitored and treated. Malnutrition was not evaluated. The nutrition consult on 1/3/2008 was specifically to educate the patient about a diabetic diet and not to evaluate for malnutrition.

The prealbumin was monitored, it was repeated once.

Malnutrition was not treated during the admission or at discharge. The nurse practitioner on 1/3/08 stated: "protein malnutrition. Will not add supplements due to uncontrolled diabetes". The discharge diet was for 2000Kcal (protein not added).

Although I do not believe that protein malnutrition exists in this patient, there is consistency with the physician's documentation of the condition. The physician did note protein malnutrition in the Progress notes, the DC Summary, and the DC instructions. It could be argued that since the prealbumin was repeated, the condition was monitored.

In my opinion the coder should have written a query because there is conflicting documentation in the record. The coder should have questioned the existence of protein malnutrition when it was not treated during the admission or at discharge and that the nutrition consult did not include an evaluation for malnutrition.

6. As regards patient A. B.:

2

Kernan argues that protein malnutrition was evaluated, tested, monitored and treated. However, this condition was not documented until after discharge and then in response to a leading query. If the physician had not documented protein malnutrition in the medical record during the admission, then it could not have been evaluated, tested, monitored or treated.

The physician requested a dietary consult on 6/28/07 but does not specify why the consult was needed in either the order or in his progress note that day. The patient had both diabetes and a stroke, which would also warrant a nutritional evaluation.

A nutritional assessment is done 6/29/07, states that patient is at high nutritional risk and states: "MD notes protein malnutrition". The physician never specified in writing why the nutritional assessment was needed. The statement "MD notes protein malnutrition" is not true as there is no documentation in the chart by the physician that the patient has protein malnutrition (except for the post discharge query).

It is true that the dietician placed the patient on nutritional supplements and follows up with the patient. This would be expected in patients with diabetes and who have had a stroke.

The patient did have a decubitus ulcer. This patient was immobile with a Braden score of 11; in addition was incontinent of urine and feces. A Braden score of 11 indicates that the patient is at a high risk for developing a decubitus ulcer. The decubitus ulcer was likely related to poor nursing care not poor nutritional status.

The coder suggested the diagnosis of protein malnutrition based on one low

3

prealbumin.  A sole abnormal lab may be a spurious value and would not be listed. This should have been confirmed before assigning a diagnosis to it.

Query: confirmed dx of protein malnutrition.  The query was leading and should not have been allowed.

7. As regards Patient Y. W.:

Kernan states (1) that protein malnutrition was diagnosed with low calcium and prealbumin levels and edema; (2) Patient was prescribed nutritional supplements; (3) Malnutrition was evaluated, tested, monitored and treated.   It is not clear how the diagnosis of malnutrition was made without a nutritionally focused history or physical exam. The diagnosis of malnutrition has to be questioned if it was made from a single low prealbumin. The low prealbumin was most likely related the patient's recent trauma. The calcium was most likely low due to the recent blood transfusion and not to malnutrition.

The patient had trace edema noted by the physician in the right leg. This is to be expected after a fracture. Edema in a patient with malnutrition would be bilateral.

Malnutrition was not treated. The patient was placed in a regular diet and there were no orders for nutritional supplements.

Malnutrition was not monitored. The prealbumin (which is what the physician used to make this diagnosis) was not repeated.

Malnutrition was not evaluated. No nutrition consult was done.

The coder should have queried the physician for whether malnutrition should be

4

listed since it was not included in the Discharge summary.

8. As regards Patient I. R.:

Kernan states that the diagnosis of protein malnutrition was made from low albumin and protein levels and that the patient was prescribed nutritional supplements. The patient was treated with protein supplements at discharge (beneprotein). The diagnosis of protein malnutrition was not made until discharge and the condition not treated until after discharge. Since it was not evaluated, monitored or treated during the admission it is not a significant secondary diagnosis.

The diagnosis of malnutrition is questioned since it cannot be diagnosed from lab results alone. A problem focused history and physical exam are crucial in making this diagnosis. Since the labs were never repeated, they may have been spurious results; this also indicates that malnutrition was not monitored during the admission.

The patient was prescribed nutritional supplements at discharge but not during the admission. Malnutrition was not treated during the admission.

Since there was no nutrition consult, malnutrition was not evaluated during the admission.

9. The medical charts referenced in the foregoing paragraphs 5-8 were four of the 80 that I reviewed at the government's request. Attached is Appendix A, which documents my review of the remaining charts . There remain about a dozen additional charts that were improperly coded that are not addressed in Kernan's motion.

10. Albumin and Pre-Albumin are acute phase proteins. The advent of the

5

inflammatory process – including infection, trauma, surgery, burns and other wounds – elicits the acute phase response. During this acute phase response, these proteins decline and are called negative acute phase reactants. Multiple studies fail to demonstrate a relationship between nutritional status and serum protein levels. Declining intake does not correlate with declining serum protein levels, nor does increased nutritional intake result in improved values. Low levels of albumin and pre-albumin are indicators of morbidity and mortality, and increased levels may reflect the improvement in the overall clinical status of the individual. The focus of nutritional care should be on risk factors like unintended weight loss, undernutrition, declining food/fluid intake and slow wound healing.

11. Pre-albumin is a negative acute phase reactant and is consistent with a number of possible causes. Infection is a possible cause. Trauma is a possible cause. Surgery is a possible cause.

12. It is not appropriate to use a laboratory value such as a low pre-albumin to query the physician about malnutrition because the low pre-albumin value is equally consistent with other causes than malnutrition. To select malnutrition instead of these other possible causes is an artificial choice. This is especially the case in a rehabilitation hospital such as Kernan where many if not most patients are recovering from recent surgical procedures, which procedures themselves can be responsible for the low pre-albumin value. Querying the physician about malnutrition in such a circumstance inappropriately singles out one cause over others and violates AHIMA standards.

13. I have reviewed the two malnutrition query forms that are in the record. I agree with the testimony found in the transcript of the deposition of the Kernan Director of Health Information Management where she explains that the form attached as an exhibit to that deposition is leading. The other form is also leading. An example of this other form is in Kernan's Sealed Exhibit D at "Kernan-MR 000364." AHIMA guidelines are not to use leading query forms. The form at Kernan-MR 000364 is leading and violates AHIMA guidelines because it is leading as it suggests only the desired diagnosis and tells the physician that the diagnosis is supported by clinical evidence but only includes a sole prealbumin level.

14. I understand that Kernan has argued in its motion to dismiss that it did not violate the AHA Coding Clinics. I disagree. According to Coding Clinics, when the discharge summary does not include a diagnosis that has been mentioned in the body of the medical record and the documentation of that diagnosis is not clear or consistent then it is the coder's responsibility to query to physician to determine whether that diagnosis should be included in the final diagnostic summary. In several of Kernan's charts, the diagnosis of protein malnutrition was documented only once in the progress notes and was not mentioned the discharge summary or elsewhere in the Medical Record. This represents inconsistent documentation. In these cases it was the coder's responsibility to have queried the physician before listing protein malnutrition.

15. One of the basic rules of coding is that further research is done if the title of the code suggested by the index clearly does not identify the condition correctly. Protein

7

malnutrition codes to ICD-9 code 260 "Kwashiorkor". A description of kwashiorkor follows the code title and states: "Nutritional edema with dyspigmentation of skin and hair". This is further defined in the 2008 ICD-9-CM tabular index under code 260 as "Protein-calorie malabsorption or malnutrition of children, characterized by tissue wasting, dehydration and subcutatneous fat depletion; may occur with infectious disease; also called infantile atrophy". Coders have independent obligations to review the documentation in the chart before coding diagnoses. If there is conflicting, inconsistent or ambiguous information in the chart, the coder should not code the diagnosis but should query the physician. Even where there is no conflict, if there is a diagnosis listed for which no supporting documentation appears in the body of the medical record, the physician should be consulted before assigning a code.

16. I have reviewed the deposition transcript of the Kernan HIM Director. The Kernan HIM Director's instruction to coders to use ICD-9 code 260 whenever the words "Protein Malnutrition" appeared violated each of these principles articulated above in paragraph 15. It lead to a situation where a chart that had conflicting and inconsistent information could be coded – based solely on a low pre-albumin laboratory value – as having the highest form of malnutrition. In addition, one of the basic rules of coding was ignored when the coders did not do further research to ascertain the validity of coding protein malnutrition as "kwashiorkor." It violates coding principles for an HIM Director to suspend coders' judgment in this way.

17. AHIMA requires that the query process be audited to ensure compliance.

8

AHIMA states in the Practice Brief on Query Guidelines that queries should be reviewed to ensure that they are not leading and do not introduce new information into the medical record. Codes added with inappropriate queries should be removed and those records re-coded. This audit process should occur quarterly and include a representative samplings of each query. It was the HIM manager's responsibility to have established an internal monitoring program for writing queries. It was also her responsibility to have reviewed the queries to ensure that they were compliant with AHIMA's guidelines. In her failure to do so, Ms Green violated AHIMA's code of ethics in engaging in negligent coding practices.

12-28-2011
_____
Date

*Helen Walker, M.D.*
_____
Helen Walker, M.D.

## Helen E. Walker, MD

**PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| Principal and Clinical Director, FairCode | 2002-present |
| Private Practice of Internal Medicine | 1987-2001 |

**EDUCATION**

| | |
|---|---|
| Certificate of Completion: Advanced Hospital Coding, George Mason University | 2008 |
| M.D. University of Maryland School of Medicine | 1984 |
| M.S. Nutrition, University of Connecticut | 1977 |
| B.S. Nursing, University of Maryland | 1973 |

**MEDICAL TRAINING**

| | |
|---|---|
| Internal Medicine Residency, Mercy Medical Center | 1984-1987 |

**CERTIFICATIONS**

| | |
|---|---|
| Board Certified, American Board of Internal Medicine | 1987-present |
| Diplomat, National Board of Medical Examiners | 1984 |

**MEDICAL LICENSURE**

| | |
|---|---|
| State of Maryland | 1984-present |

**PROFESSIONAL MEMBERSHIPS**

American College of Physicians

**HONORS AND AWARDS**

| | |
|---|---|
| **The Louis, Ida and Samuel Cohen Award** for Personal Attributes of Scholarship, Ability and Compassion for Patients from University of Maryland, School of Medicine | 1984 |

**HONOR SOCIETIES**

| | |
|---|---|
| **Phi Kappa Phi,** The Honor Society of Superior Scholarship | 1977 |
| **Sigma Xi,** The Scientific Research Society of North America | 1977 |
| **Gamma Sigma Delta,** The Honor Society of Agriculture | 1977 |

**VOLUNTEER ACTIVITIES**

| | |
|---|---|
| Internal Medicine Volunteer, Jamaica Medical Mission | 2005-2009 |
| Internal Medicine Volunteer, Honduras Medical Mission | 2010-2011 |

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| **Walker, Helen** | | | | |
| 0020198313 | 860.4 | 860.3 | Addition of secondary diagnosis: Delete Kwashiorkor. | Pending |

History and physical: Page 28: Review of systems: the patient denies..nausea, vomiting ,diarrhea". Physical Exam: "moderately built and nourished". There is no documentation of concern for malnutrition.

Discharge summary: Page 3 Principal diagnoses: protein malnutrition is not listed. Lab: no mention of abnormal prealbumin, total protein, albumin. Hospital Course: Protein malnutrition is not listed. There is no documentation of protein malnutrition in page 3 of the discharge summary.

MD progress notes: Page 40: The patient also has a prealbumin of 13".

Allied health/nursing: Page 63: Nutrition follow-up: Diet Mech soft 1800 ADA page 64: "Pt is at moderate nutritional risk. Appetite is slowly improving; pt to accept supplement. No prealb to compare". Recommend Boost diabetic BID.". "Page 204 Nutrition consult: Ht 61" Wt: 100.9 pounds. BMI 20.6. Assessment: Pt is at high nutritional risk secondary to recurrent seizures; had one last night. Mild protein depletion, MD notes protein malnutrition. Pt would benefit from po supplement to improve intake. Recommend trial Magic cup bid=6i00kcal, 22 g protein."

Other: Page 6 Patient discharge instructions: Diet: 1800 cal ADA mechanical soft/ thin liquids.
Pat 17: 6/28/07 Physician's orders: "Dietary consult".
Page 89: Query on chart dated 7/30/07: "Chart evidence indicates the patient has one or more conditions noted below. If you believe the patient has any of these conditions, please document the diagnosis in the patient's progress note. condition: Protein Malnutrition. Clinical evidence: Prealbumin 13 6/27/07"

Review Notes: Review Notes: 54-year-old female with seizures, diabetes, clostridium difficile colitis admitted to rehab after a hemorrhagic CVA with hemiparesis. There is no physician documentation for the diagnosis of protein malnutrition in the medical record except for the response to the query which was 2 weeks after discharge.  Since malnutrition was not evaluated, monitored, treated, extended length of stay or required increased nursing care during the admission it is not a significant secondary diagnosis and should not have been listed.  The query was leading in that it introduced a new diagnosis. Account 32008651171

**Summary of DRG Changes by Reviewer**

*Cases reviewed 1/1/2007 through 11/30/2011*

*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020201128 | 862.3 | 862.2 | Addition of secondary diagnosis: Delete malnutrition. | Pending |

History and physical: Pages 24-26. No mention of suspicion for malnutrition. Patient previously healthy.

Discharge summary: Pages 3-5 Exam normal except for surgical site. No mention of malnutrition.

MD progress notes: Page 36: Prealbumin 9. Impression includes: "5. Moderate malnutrition-Boost TID".

Lab/Radiology/Path reports: There is no prealbumin, total protein or albumin levels on this patient's chart.

Other: Page 20 Physician's Orders: "10/9/07-Boost plus 1 can po TID".

Review Notes: Review Notes: 65 year-old female with h/o hypothyroidism and arthritis admitted to rehab after bilateral knee replacement. There is no nutrition consult on the chart; the patient's height and weight are not recorded. There is no history of chronic medical illnesses, infections, weight loss, inability to eat, that would predispose the patient to malnutrition. There is no description of physical findings consistent with the diagnosis of malnutrition such as poor wound healing, a low BMI, hair loss, muscle wasting, edema, or pressure ulcers. It appears that the diagnosis was based on one abnormal lab that is not on the chart. If this is the case, that sole abnormal lab value could have been a spurious result and should have been repeated before assigning a diagnosis to it. Although the physician noted malnutrition, the basis for this diagnosis is questionable without a weight, height, dietary history, description of physical findings c/w malnutrition, a nutrition consult or lab report. The problem was treated but not evaluated, monitored, did not extend the length of stay or increase nursing requirements. Account #2008662164.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020203715 | 982.4 | 982.3 | Addition of secondary diagnosis: Delete malnutrition. | Pending |

History and physical: 1/15/08: Page 19 under PHYSICAL EXAMINATION: "adult black male, well built and nourished"

Discharge summary: Page 6: "Diet: Regular and thin liquids". There is no documentation of malnutrition or need for treatment in the DC Summary.

MD progress notes: Page 31: 1/16/08: Assessment: "5. Malnutrition with the prealbumin of 15". Malnutrition is not listed in the subsequent progress notes.

Allied health/nursing: Page 11 Nutrition: Pt. tolerating regular diet with thin liquids"
Page 32: Nutrition note: "pt. is a vegetarian. Recommend add Ensure plus TID with meals"

Lab/Radiology/Path reports: Page 63: 1/21/08 Total protein 8.3 (6.3-8.2); Albumin 4.2 (normal 3.5-5.2); 1/16/08: Total protein 7.2, albumin 3.6 Prealbumin 15 (normal 20-40)

Other: Page 7 Patient Discharge Instructions: Malnutrition is not listed as a diagnosis. The patient is not discharged on any dietary supplements.Pages 15-18 Physician Orders: Diet-Regular. There is no order for Ensure plus. Page 122 Nutrition Screening: Ht 6'2" 180.4 pounds.

Review Notes: Account #2008672680: There is conflicting documentation in this medical record.  The patient is noted to be well built and nourished on admission and then to have malnutrition 1 day later. This condition was not treated, monitored or evaluated.  It was apparently based on one abnormal lab. There were no follow-up prealbumin levels drawn. A single abnormal lab may be a spurious result and should have been repeated prior to basing a diagnosis on it.  Note that Kernan wants to add pneumonia. If pneumonia is added and malnutrition deleted, the final DRG is 982.4.

| 0020207161 | 983.4 | 983.3 | Addition of secondary diagnosis: Delete nutritional marasmus. Add malnutrition-moderate (263.0) | Pending |

History and physical: Malnutrition was not noted to be present on admission.

Discharge summary: Page 4 under Labs: "Prealbumin low at 10; albumin was 2.3 with total protein 5.6". page 5 "3. Moderate malnutrition, prealbumin 10".

MD progress notes: Page 47: "3. Dysphagia. The patient was found to have moderate degree of malnutrition with prealbumin 10 on admission. She is started on protein supplements and will have prealbumin monitored weekly".

Allied health/nursing: Page 121: height 6'; weight 156 pounds.

Lab/Radiology/Path reports: Total protein 5.8, 5.6 on 5/19 and 5/16; Albumin 2.5 and 2.3; prealbumin 10 on 5/16/08.

Review Notes: 61 year-old female after stroke with dysphagia, c. difficile infection, hemiplegia, atrial fibrillation, seizures. The patient did not have nutritional marasmus as coded but documentation for moderate malnutrition. Account #2008686146.

**Summary of DRG Changes by Reviewer**

*Cases reviewed 1/1/2007 through 11/30/2011*

*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020204235 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete Staph Aureus Infec Site NOS | Pending |

History and physical: Page 23 2/2/08 Initial lab: "Prealbumin 14". "7. Mild protein deficiency, malnutrition. Place the patient on a Boost nutritional supplement. Obtain a nutritionist consult".

Discharge summary: Page 3 ASSOCIATED DIAGNOSIS includes: "3. Mild protein deficiency malnutrition".

MD progress notes: Page 32: 2/2/08 "PreAlb 14".
Page 44 2/4/08: no mention of prealb or malnutrition.
Page 45 2/5/08: no mention of prealb or malnutrition.
Page 46 2/6/08:
Page 47 2/7/08:
page 48 2/8/08: "4. Mod prot deficiency malnutrition, cont Boost"

Allied health/nursing: Page 107 2/4/08 Nutritionist: Assessment: "pt at mild nutritional risk secondary to decreased prealbumin level". "Ht 5'7"; Weight 163.9 pounds".

Lab/Radiology/Path reports: Page 27: + MRSA nares".  Page 63: Prealbumin 2/7 14; 2/2: 14 (normal 20-40).

Other: Page 17-Physician's orders: "Nutritionist consult; boost po TID".

Review Notes: Account #2008674741. 43 year-old female with fracture right talus s/p open reduction internal fixation. There is documentation that supports listing malnutrition; this condition was treated, monitored and evaluated.

Note: MRSA infection is coded for nasal colonization; ICD-9 code V0259 should have been used instead of code 041.11. SOI decreases to 2 without this diagnosis. Note: the coder added major depression; if this is added, the final DRG is 985.3

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020204248 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete malnutrition. | Pending |

History and physical: Pages 23-25: no documentation of malnutrition.

Discharge summary: No documentation for malnutrition pp 2-3. Associated diagnoses include: "2. Obesity".

MD progress notes: Page 37 2/5/08: "Prot Def malnutrition: Increased protein". "Page 42: 2/8/08 "Mod malnutrition-continue nutrition program"

Lab/Radiology/Path reports: Page 57: Prealbumin is 18 on 2/4/08 and 2/7/08 (normal 20-40).

Other: Page 4 Patient discharge instructions: Malnutrition is not listed as a diagnosis. Page 6: diet at discharge: 1800 calorie ADA diet. Physician's orders pages 15: Diet 1800 Kcal ADA. 16-22 there are no orders for a protein or nutritional supplement. Page 104 Nutrition screening. Height 5'3" Weight 157 pounds.

Review Notes: 70 year-old  obese female is admitted to rehab status post knee replacement. There is inconsistent documentation to support the diagnosis of malnutrition; it is also questionable how this diagnosis was made. The prealbumin was slightly low on two occasions.  There is no mention of malnutrition in the H & P nor in the Discharge summary. There is no nutrition consult on the chart.  A prealbumin of 18 corresponds to mild depletion of protein with this facility's lab. A diagnosis of moderate protein malnutrition is inconsistent in a patient who is morbidly obese with a mild protein depletion. Patients with malnutrition are not treated with calorie restricted diets. Dietary or protein supplements were not ordered. Since malnutrition is inconsistently documented, not treated, not monitored and not evaluated it is not a significant secondary diagnosis. Account #2008674773.

| 0020201876 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete kwashiorkor. | Pending |

History and physical: Pages 21-22 no mention of concern for malnutrition.

Discharge summary: Pages 2-3 no mention of malnutrition.

MD progress notes: Page 35: Prealb 10 "2. Protein malnutrition-Boost".

Lab/Radiology/Path reports: Pages 44-45 There is no prealbumin, albumin, total protein in the labs that were drawn.

Other: Page 4: no mention of malnutrition in Pt. discharge instructions.  Page 78 the patient's height is 5' 6": and weight is 251 pounds. Physician's orders: there are no orders for nutritional or protein supplements.

Review Notes: 77-year-old female with h/o breast cancer admitted to rehab on 11/2/07 for 1 week after hip replacement on 10/30/07. She had anemia post-op. It is not clear how the diagnosis of malnutrition was made other than a prealbumin that is not on the chart.  There were no other labs drawn to confirm this diagnosis. Since the lab wasn't repeated it may have been a spurious result and any diagnoses associated with it should be questioned. Since malnutrition was not monitored (no labs drawn such as protein, albumin, prealbumin), treated (Boost or protein supplements were never ordered), or evaluated (no nutritional consult) and inconsistently documented (only in one progress note), it is not a significant secondary diagnosis. Account #2008665374.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020202432 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete kwashiorkor. | Pending |

History and physical: Page 20-21 no mention about suspicion for malnutrition.

Discharge summary: Page 2 the Associated Diagnoses include: "3. Protein malnutrition". Discharge instructions: Boost supplement 3 times a day.

MD progress notes: Page 31 the Impression includes: "3. Poor nutrition status. plan Nutrition consult".

Allied health/nursing: Page 104 Height 5'5". Page 66: Wt 159 pounds.

Lab/Radiology/Path reports: Pages 63-65 There are no pre-albumin, albumin or total protein levels.

Other: Page 4 the Patient Discharge form includes the diagnosis "4. Protein malnutrition". Page 17: Diet: Regular. There are no orders for protein supplements.

Review Notes: 79-year-old female admitted to rehab after surgery for a hip fracture. Protein malnutrition is only documented in the DC summary. It was not suspected on admission, was not documented in the Progress notes and there are no labs to support this diagnosis. It was not treated. There is no nutrition consult on the chart, just a nutrition screening. Since the condition was not monitored, evaluated or treated during the hospitalization it is not a significant secondary diagnosis and should not have been listed. It was a diagnosis made at discharge and to be treated after discharge. Account #2008667502.

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020202643 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete protein malnutrition. | Pending |

History and physical: Page 25-26 no mention of concern for malnutrition.

Discharge summary: Page 3 the Discharge instructions include: "1. Drink Boost supplement daily, three times daily for 2 weeks". There is no mention of malnutrition in the DC summary.

MD progress notes: No documentation of malnutrition.

Allied health/nursing: Page 105: Nutrition screening-Height 5'3" Weight 161 pounds. Page 104: BMI 29.

Lab/Radiology/Path reports: Page 55: Prealbumin 13 on 12/3/07

Other: Patient Discharge Instruction sheet: malnutrition is not listed amont the discharge diagnoses.
Page 23 Physician's Orders: "nutrition consult"
Page 43: a note is written to Dr.Cheban: "Clinical evidence indicates the patient has one or more conditions noted below. If you believe the patient has any of these conditions, please document the diagnosis in the patient's progress notes. Condition: Protein Malnutrition. Clinical evidence: Prealbumin 13 Boost prescribed".

Review Notes: 86-year-old female admitted to rehab after surgery for hip fracture. The only documentation of protein malnutrition is in response to a query that suggests that diagnosis based on a prealbumin of 13. This query is leading and should not have been allowed. One abnormal lab result may have been a spurious one and should have been repeated prior to making a diagnosis based on it. Since malnutrition was not a problem that was monitored, evaluated or treated during the admission it is not a significant secondary diagnosis in terms of coding. Account #2008668133.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020199349 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete kwashiorkor. | Pending |

History and physical: Page 22-23 no mention of malnutrition.

Discharge summary: page 2 Associated diagnoses do not include kwashiorkor. Page 3 the Discharge medications include "Beneprotein 1 packet twice a day. Page 4: Hospital course: "Patient tolerated diet well."

MD progress notes: Page 36 TP 5.7 Alb 3.2. Impression includes :protein malnutrition. Start supplement.".

Allied health/nursing: page 62 Height 5 feet 2 inches. Weight 67.9 kg. A nutrition consult is not on the chart.

Lab/Radiology/Path reports: Page 59 Total protein 5.7 (normal 6.3-8.2) Albumin 3.2 (normal 3.5-5.2).

Other: Page 5 Discharge instructions: Associated diagnoses do not include malnutrition. Physician orders: page 19 (10/7/07): Beneprotein 1 packet po bid.

Review Notes: 90-year-old female with h/o rheumatoid arthritis admitted to rehab after a shoulder replacement. Malnutriton is only documented in one progress note and not mentioned in the H & P or in the Discharge summary. There is no nutrition consult. There was no mention of concern for a nutritional disorder in the H & P. The diagnosis of malnutrition appears to have been made from the mildly low total protein and albumin. Although the total protein and albumin may be low in malnutrition, they are not specific for malnutrition and may be decreased with other diseases such as liver or kidney disease. There is not sufficiency documentation to support the diagnosis of protein malnutrition since the patient's nutritional status was not consistently documented, evaluated or monitored. *note that 1 scoop of Beneprotein contains 6 grams of protein. Account #2008661982.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FairCode Associates

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020198820 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete kwashiorkor. | Pending |

History and physical: Page 29: Review of systems: "essentially unremarkable" "She denies any abdominal pain, nausea, vomiting or diarrhea." "She reports no significant weight gain or weight loss in the recent past...has a good appetite". There is no suspicion for malnutrition noted in the H & P.

Discharge summary: Page 3 Associated diagnoses include: "3. Protein malnutrition". Page 4 Discussion of blood pressure and DVT then "The patient was therefore diagnosed with a mild protein deficiency malnutrition with a pre albumin of 14. She may start a Boost supplement as an outpatient". The Diet at discharge is Cardiac with Boost supplement 3 times a day.

MD progress notes: Page 37, 40, 45, 46, 47: no documentation of malnutrition. Page 48 on 7/20/07 "No new labs". Assessment includes: "9. Protein Malnutrition". page 49 7/21/07 Day of discharge the Impression includes: "6. Prot malnutrition-add Boost".

Lab/Radiology/Path reports: There are no labs included with this chart.

Other: Page 5 the Patient Discharge instructions do not include protein malnutrition as a discharge diagnosis. The diet that the patient was sent home on was "Cardiac". There was no written instruction to take Boost supplement 3 times a day. Page 21 Physician's orders: "Diet: Cardiac". Pages 22-25 Orders: There are no orders for protein supplements. Page 96 Nutrition consult: BMI =36.9 Obesity Grade II. "Pt. is at mild nutritional risk secondary to obesity Grade II, mild protein depletion improved, right TKR" Plan: continue cardiac diet". Page 97 Nutrition screening Height 63" Weight 205 pounds.

Review Notes: 78-year-old female with h/o hypertension, coronary artery disease admitted to rehab after a knee replacement. The diagnosis of protein malnutrition was not made until discharge and the condition not treated until discharge. Since it was not evaluated, monitored or treated during the admission it is not a significant secondary diagnosis and should not have been listed. Account #2008653337.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020198853 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete moderate degree malnutrition. | Pending |

History and physical: Page 20 under Review of systems: "appetite remains poor". Page 21 the Assessment includes: "6. Obesity".

Discharge summary: Page 2 the Associated diagnoses include "2. Moderate hypoproteinemia". Page 3 The physician describes the patient as "morbidly obese". The labs are discussed; there is no documentation of the albumin, total protein or prealbumin levels. The physician states that the diet at discharge is "regular". There is no mention of protein supplements.

MD progress notes: Page 34: "4. Moderate malnutrition". Pages 22, 30, 31, 37:No documentation of malnutrition.

Allied health/nursing: page 32: "Appetite remains poor".

Other: Page 5 the diagnoses listed on the patient instructions include: "morbid obesity". The diet recommended is cardiac, low sodium". Page 14: the diet on admission is: Cardiac, Boost plus 1 po TID"

Review Notes: 71-year-old morbidly obese female admitted to rehab after a knee replacement. There is conflicting and inconsistent documentation for the diagnosis of malnutrition. This patient is described as morbidly obese in the H & P, DC summary and discharge instructions. The diagnosis of morbid obesity is not consistent with malnutrition. The physician documents moderate malnutrition in 1 of the 5 progress notes but not in the H & P or in the Discharge summary or the discharge instructions. There are no supporting labs for this diagnosis. It was not monitored, or evaluated. It is not clear why Boost was prescribed. There was no nutrition consult or nutrition screening on this chart. There is no treatment of the diagnosis of malnutrition at discharge or plans for follow-up. Account #2008655616. Note: the coder added hypokalemia and the final DRG without malnutrition is 985.3.

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020199063 | 985.3 | 985.2 | Addition of secondary diagnosis: Delete moderate protein deficiency malnutrition. | Pending |

History and physical: Page 25-26: There is no documentation of suspicion or history of malnutrition.

Discharge summary: Page 3-4 There is no documentation of malnutrition in the DC summary. Page 4: Diet: left blank.

MD progress notes: Page 24, 35, 36, 41, 43, 44, 45, 46 No documentation of malnutrition
Page 39: 7/26/07- Prealb 12; "Mod protein deficiency malnutrition; increase protein". Page 43: 7/30/07 Prealb 21.

Other: Physician orders pages 15- 22 There are no orders for a nutrition supplement. Page 15: Diet-Regular". Page 76: Nutrition screening: Height 5'7" Weight 150.8 pounds.

Review Notes: 65-year-old female admitted to rehab after hospitalization for injuries sustained in a MVA including tibial & fibula fracture, pneumothorax and blood loss anemia. She was in rehab for one week and then transferred back to the hospital for surgery. There is inadequate support to list the diagnosis of moderate protein deficiency malnutrition. Although the physician documents a prealbumin of 12 and the diagnosis of mod protein deficiency malnutrition, and to "increase protein", an order was never written for a protein supplement or for a nutritional consult. This diagnosis of protein deficiency malnutrition is only noted once in the medical record and appears to have been based on one prealbumin level. A follow-up level a few days later was normal. This was without any intervention or treatment. Since malnutrition was not evaluated, monitored or treated it is not a significant secondary condition in terms of coding and should not have been listed. Account #2008654078.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

**FAIRCODE ASSOCIATES**

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020208189 | 986.3 | 986.2 | Addition of secondary diagnosis: Delete malnutrition. | Pending |

History and physical: Page 29: "the patient tolerated an oral diet without difficulty". Page 30: Lab: total protein 5.9; albumin 3.1." Diagnoses present on admission: "6. Hypoproteinemia and hypoalbuminemia secondary to malnutrition: will obtain a baseline prealbumin level."

Discharge summary: Page 4: The patient was diagnosed with mild hypoproteinemia and hypoalbuminemia that was probably secondary to poor p.o protein intake that had improved by the time of discharge.

Allied health/nursing: Page 94 Ht 66"; Wt 158 pounds. Assessment: Pt is at moderate nutritional risk secondary to mild protein depletion improving. Recommendations: "1. D/C MVI and D/C Ensure".

Lab/Radiology/Path reports: Prealbumin 22 on 6/26/08.

Other: Patient Discharge instructions: The physician lists patient's diagnoses and does not include malnutrition.
Page 22 Physician orders: Diet-regular" Page 26: "Nutritionist consult; Ensure po TID".

Review Notes: 60-year-old female with amyotropic lateral sclerosis, hypoprotemia, hypoalbuminemia admitted to rehab for 7 days after L4-L5 laminectomy. Although the patient was thought to have malnutrition on admission, at discharge his diagnosis corresponding to low protein levels was not "malnutrition" but just "hypoproteinemia" and "hypoalbuminemia" related to poor protein intake. In addition this problem did not require treatment as the nutritionist recommended discontinuing the protein supplements and vitamins. Account #2008690085.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020034343 | 987.3 | 987.2 | Addition of secondary diagnosis: Delete kwashiorkor. | Pending |

History and physical: Page 44: Nutritional history was not taken (change in weight, appetite, vomiting, diarrhea, diet history). Physical Exam: "She is a mildly obese; no swelling noted"". No suspicion for malnutrition noted in H & P.

Discharge summary: Page 3 Associated diagnoses include: "7. Protein malnutrition". Page 4 the Prealbumin was 16. Page 5: Diet at discharge: 2000 calorie ADA with high fiber. Note: no nutrition or protein supplements were prescribed. Page 5 under Hospital course: malnutrition was not discussed.

MD progress notes: Page 66 Nurse Practitioner note on 1/3/08: "6. protein malnutrition. Monitor weekly. Will not add supplements due to uncontrolled diabetes". Page 67: Protein noted in urine. Page 79 Nurse Practitioner note: "6. Protein malnutrition. Defer supplements due to uncontrolled DM".

Allied health/nursing: Page 274 Nutrition consult on 9/4/08: Assessment: Pt. is at mild nutrition risk secondary facial fx affecting chewing. Decreased prealb may not be related to nutrition but maybe due to trauma. Obesity: Grade II-BMI 38. Pt. presents with good appetite., po 100% lunch. Page 275 Height 5'2: Weight 209 pounds.

Lab/Radiology/Path reports: Page 21 on 1/5/08 the prealbumin was 15. Page 22 On 12/30/07 the Total protein was 6.6 (normal) albumin 3.1 (low) and Prealbumin 16 (low).
Page 110 1/5/08 prealbumin 15; 12/30/07 prealbumin 16.

Other: Physician's orders: Page 37: 1/3/08: "Nutrition consult to review diabetic diet". Page 39: 1/4/08: "Prealbumin" Page 139: Vital signs-1/2/08 Weight 207.1 lbs. Page 141 1/9/08: Weight 172 lbs. Page 143 1/2/08 Weight 172.2 lbs.

Review Notes: 68-year-old female with h/o diabetes, hypertension, sleep apnea, GERD admitted to rehab after laminectomy. There are inconsistencies in the diagnosis of malnutrition in this medical record. A nurse practitioner states the diagnosis of malnutrition in two progress notes.  However there is no treatment or evaluation of this condition. A nutrition consult was requested for a diabetic diet and not for evaluation of malnutrition. Although the physician stated the diagnosis of malnutrition at discharge, there was no treatment of this condition after discharge. In fact the patient was placed on a restricted calorie diet at discharge which is not consistent with a diagnosis of malnutrition.  Since malnutrition was not treated or evaluated on this admission it is not a significant secondary diagnosis and should not be listed. (Since it wasn't treated, it would not have been monitored). Note: the DRG has been changed to a specific Maryland rehab code.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020203555 | 987.3 | 987.2 | Addition of secondary diagnosis: Delete Protein calorie malnutrition. | Pending |
| | | | History and physical: Page 22 Review of systems: "has a good appetite". Malnutrition is not listed as a suspected diagnosis. | |
| | | | Discharge summary: Page 3 Associated diagnoses include 8. Mild protein-deficiency malnutrition 10. Morbid obesity. Page 4 Discharge diet: ADA 2,000 calories. | |
| | | | MD progress notes: Page 41 Impression includes: "6. Prot def malnutrition". | |
| | | | Allied health/nursing: Page 82 Nutrition screening: Height 5'7" Weight 264 pounds | |
| | | | Lab/Radiology/Path reports: Page 42: Prealbumin 19. Total protein 5.9 Albumin 3.1. BMI 41.3 | |
| | | | Other: Patient Discharge Instructions: page 6 Malnutrition is not listed as a diagnosis. Page 15 Physician's orders: "Diet 2000 cal ADA Cardiac". | |
| | | | Review Notes: 38-year-old female with diabetes, hypertension admitted to rehab after lumbar spine surgery. There is not sufficient documentation to list protein calorie malnutrition as a secondary diagnosis. This problem was not evaluated, monitored or treated on this admission.  This diagnosis is also questionable in this morbidly obese patient.  A diagnosis should not be assigned based on a mildly abnormal lab (the prealbumin) as this could have been a spurious result. Finally, the low calorie diet prescribed at discharge is not consistent with the diagnosis of malnutrition. Account #2008672005. | |
| 0020200935 | 988.3 | 988.2 | Addition of secondary diagnosis: Delete kwashiorkor. | Pending |
| | | | History and physical: No mention of concern for malnutrition in H & P. | |
| | | | Discharge summary: No mention of malnutrition in DC Summary. | |
| | | | MD progress notes: Page 43 "Prt Def malnutrition: Boost with lunch and dinner" | |
| | | | Lab/Radiology/Path reports: page 47 the Prealbumin is 9 on 10/8/07. | |
| | | | Other: Page 14: Diet-regular. Page 94 Ht is 68" Wt is 154 pounds. Pages 14-19 Physician's orders: there is no order for "Boost". There is no order for a nutrition consult. | |
| | | | Review Notes: 49 year-old female admitted after MVA and several fractures to rehab for 10 days. Although the patient had a low prealbumin and the physician stated protein malnutrition with plans for treatment; this condition was never treated (no nutrition supplements) evaluated (no nutrition consult) or monitored (no repeat labs). As such it is not a significant secondary diagnosis and should not be listed.T  Account #2008661450. Note: the DRG is changed  from 985 to 988. | |

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020202027 | 988.3 | 988.2 | Addition of secondary diagnosis: Delete Kwashiorkor. | Pending |

History and physical: Pages 22-23: No mention of suspicion for malnutrition by history or exam.

Discharge summary: Page 2 Associated diagnoses include: "4. Protein malnutrition". Medications at discharge include multivitamin. Page 3: Lab DATA: Total protein 6.3; pre albumin was 16.

MD progress notes: Page 38: Lab data- Prealbumin 17. Assessment: "3. Protein malnutrition. Glucerna shake one po tid and monitor weekly prealbumin". Page 44: Assessment: "3. Protein malnutrition. Continue protein supplements."

Allied health/nursing: Page 67: Height 5'10" Weight 181 pounds.

Lab/Radiology/Path reports: page 59: Prealbumin 16 (normal 20-40) total protein 6.3 (normal); albumin 3.7 (normal).

Other: Page 5 Other diagnoses on Patient Discharge Information sheet include Protein malnutrition.
Page 20: "Glucerna shake TID

Review Notes: 60-year-old male with h/o diabetes, bipolar disorder and urinary retention admitted to rehab after fall and fracture of L5 transverse process, sacral fracture and pubic rami fractures. It appears that the diagnosis of protein malnutrition was made from a slightly low pre-albumin level. Both the total protein and albumin levels were normal. Basing a diagnosis on 1 abnormal lab is not justified as that lab value could be a spurious result. This lab should have been repeated before making a diagnosis based on it. There was no nutrition consult, no follow-up of this lab and no treatment of the "protein malnutrition" after discharge. Note that glucerna shake is a meal substitute and not treatment for protein malnutrition. The patient had no history of weight loss or a poor appetite and there was no description of abnormalities on the physical exam that were consistent with protein malnutrition (hair loss, muscle wasting, edema, etc). Account #2008665997.

**Summary of DRG Changes by Reviewer**
*Cases reviewed 1/1/2007 through 11/30/2011*
*Kernan Orthopedic*

FAIRCODE ASSOCIATES

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|
| 0020202637 | 988.3 | 988.2 | Addition of secondary diagnosis: Delete kwashiorkor. | Pending |

History and physical: page 26: "6. Fatty liver, possibly alcoholic. Will continue the patient on thiamine and multivitamin"

Discharge summary: Page 2-3 no mention of malnutrition.

MD progress notes: Page 40: Prealbumin 7 "Prot Def malnutrition-Increase protein."

Allied health/nursing: Page 38 Clinical nutrition: pt screened at low nutrition risk.  Pt reports good po intake and appetite 75% of meals meals. No GI distress. Currently 141% of IBW""

Lab/Radiology/Path reports: Pages 62-63. Labs drawn 12/6/07. There is no prealbumin on the chart.

Other: Page 9 Patient discharge instructions: malnutrition is not included in list of discharge diagnoses. Diet recommended at discharge: low salt 2000 cal ADA.
Physician orders: page 16: Diet: 2000 cal ADA cardiac. Note: no orders for any protein supplement.
Page 106 Nutrition screening Ht 5'9" Weight 226 pounds.

Review Notes: 56-year-old obese male with h/o hypertension, diabetes, coronary artery disease admitted to rehab for a week after surgery for a hip fracture. There is inconsistent documentation for the diagnosis of protein malnutrition.  This diagnosis appears to have been made from a pre-albumin that is not on the chart. Protein malnutrition is only mentioned in one progress note and not in the DC summary.  There was no treatment for it or monitoring of it.  There is also conflicting documentation regarding this diagnosis as the patient was deemed low nutritional risk according to the nutritionist. Patient is discharged on a low calorie diet which is also not consistent with the treatment of malnutrition.  Account #2008668120.

**Summary of DRG Changes by Reviewer**

*Cases reviewed 1/1/2007 through 11/30/2011*

*Kernan Orthopedic*

FairCode Associates

| Medical Record Num. | Original DRG | New DRG | Review Notes | Response Status |
|---|---|---|---|---|

*Facilities included in this report:*

- Kernan Orthopedic