IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff,* | : | |
| v. | : | Civil No. RDB-11-2961 |
| KERNAN HOSPITAL, | : | |
| *Defendant.* | : | |
| | : | |

...oOo...

## AFFIDAVIT OF LINDA D. WILLIAMS

I, Linda D. Williams, swear and affirm under the penalties of perjury:

1. I am the Director of Health Information Management at National Rehabilitation Hospital in Washington, D.C. I have served in this capacity since 2007. In this capacity I supervise the entire operations of HIM including the coders and the coding functions at National Rehabilitation Hospital. I am certified as a Registered Health Information Administrator (RHIA), American Health Information Management Association. I am a member of the American Health Information Management Association (AHIMA) and the Maryland Health Information Management Association (MdHIMA). I am qualified to render opinions in court. My resume is attached hereto.

2. I make this affidavit in response to the matters contained in the defendant's motion to dismiss the complaint. As such, this affidavit does not purport to be a full and complete recitation of all the opinions that I may offer if this case proceeds to trial and I specifically reserve the right to elaborate on the opinions contained herein, and to testify

to other matters as counsel may request.

3. I have reviewed the transcript of the deposition of Martha Green, Director of Health Information Management, at Kernan Hospital.

4. According to AHIMA, the basic job description functions that a Director of HIM should abide by are the following:

General purpose: The HIM Director has responsibility to lead and direct all HIM services for the healthcare delivery system, pursuing compliance, promoting best practices and education in all areas.

The HIM Director responsibilities should include:

Specific knowledge and expertise:

" The HIM Director should demonstrate expertise in best practices, processes and procedures.

" The HIM Director should maintain professional relationships with state and national organizations to gain insight and understanding of future trends, regulations, etc.

Quality Management:

" The HIM Director should participate in the monitoring, evaluating and improving the quality of health information.

" The HIM Director should design, perform and appropriately utilizes the findings of performance improvement activities of health information services and follows up on both positive and negative quality improvement

2

findings.

Compliance:

" The HIM Director will cooperate with the Office of Civil Rights, CMS other regulatory, accrediting and legal entities and organization officers in any compliance reviews, investigations or surveys.

Reference: Excerpt of HIM Director Job Description per AHIMA

It is my opinion that based on the aforementioned functions a HIM Director should create, implement and monitor pertinent areas of the department to reduce the risk of misconduct, violation or fraudulent behavior.

From my review of the transcript of the deposition of the Kernan HIM Director, I am of the opinion that these functions were not being effectively performed. The HIM Director at Kernan did not monitor the coders or the CDS appropriately. She was not involved in the day-to-day operation of the coding process. She therefore had no personal and contemporaneous knowledge of the manner in which the Kernan coders were coding medical charts. She also did not adequately monitor the query process.

5. The transcript of the deposition indicates that the Kernan HIM Director expected coders to use ICD-9 code 260 (Kwashiorkor) whenever it appeared on the computerized program and that they should not review and analyze the documentation to ascertain if the chart justified that code. "Kwashiorkor is an acute form of childhood protein-energy malnutrition characterized by edema, irritability, anorexia, ulcerating dermatoses, and an enlarged liver with fatty infiltrates." Reference: Medical Dictionary

3

definition. It is inappropriate for a HIM Director to instruct coders to minimize or suspend their judgment for basic coding principles. There are varying degrees of malnutrition and for the coder to default to the highest and most severe form is inappropriate. For a HIM Director to countenance this is inconsistent with the requirements of the position and with professional codes and ethical obligations.

The professional codes and codes of ethics that I believe are implicated in the Kernan, HIM Director's conduct are:

AHIMA HIM professional codes of ethics state that a HIM professional shall not do the following:

A health information management professional shall not:

Participate in, condone, or be associated with dishonesty, fraud and abuse, or deception. A non-inclusive list of examples includes:

- " Allowing patterns of optimizing or minimizing documentation and/or coding to impact payment.
- " Assigning codes without physician documentation
- " Coding when documentation does not justify the diagnoses or procedures that have been billed
- " Coding an inappropriate level of service
- " Miscoding to avoid conflict with others
- " Engaging in negligent coding practices
- " Hiding or ignoring review outcomes, such as performance data

4

"       Recording inaccurate data for accreditation purposes

Reference: Excerpt of AHIMA code of ethics

It is my opinion that the Health Information Management Director that has oversight of the coding functions should ensure that the coding professional(s) adhere to the following ethical coding standards. The Kernan HIM Director's actions as documented in the deposition transcript are inconsistent with these oversight and ethical functions.

Coding professionals should:

"       Apply accurate, complete, and consistent coding practices for the production of high quality healthcare data.

"       Report all healthcare data elements (e.g. diagnosis and procedures codes, present on admission indicator, discharge status) required for external reporting purposes (e.g. reimbursement and other administrative uses, population health, quality and patient safety measurement, and research) completely and accurately, in accordance with regulatory and documentation standards and requirements and applicable official coding conventions, rules, and guidelines.

"       Assign and report only the codes and data that are clearly and consistently supported by health record documentation in accordance with applicable code set and abstraction conventions, rules, and guidelines.

"       Query provider (physician and other qualified healthcare practitioner) for

5

clarification and additional documentation prior to code assignment when there is conflicting, incomplete, or ambiguous information in the health record regarding a significant reportable condition or procedure or other reportable data element dependent on health record documentation(e.g. present on admission indicator).

- Refuse to change reported codes or the narratives of codes so that meanings are misrepresented.
- Refuse to participate in or support coding or documentation practices intended to inappropriately increase payment, qualify for insurance policy coverage, or skew data by means that do not comply with federal and state statutes, regulations and official rules and guidelines.
- Facilitate interdisciplinary collaboration in situations supporting proper coding practices.
- Advance coding knowledge and practice through continuing education
- Refuse to participate in or conceal unethical coding or abstraction practices or procedures.
- Protect the confidentiality of the health record at all times and refuse to access protected health information not required for coding-related activities (examples of coding-related activities include completion of code assignment, other health record data abstraction, coding audits, and educational purposes).

"      Demonstrate behavior that reflects integrity, shows a commitment to ethical and legal coding practices, and fosters trust in professional activities.

Reference: Excerpt of AHIMA Standards of Ethical Coding

It is my opinion that the Health Information Management Director that has oversight of the Clinical Documentation Specialist (CDS) functions should ensure that the clinical documentation professional(s) adhere to the following ethical standards. The Health Information Management Director should create or evaluate the documentation in the health record to ensure it is clear, concise, and complete so that accurate and appropriate diagnosis codes are assigned. The Kernan Director of HIM, according to the statements in the deposition transcript, was not acting consistently with these ethical standards.

Ethical Standards

"      Facilitate accurate, complete, and consistent clinical documentation within the health record to support coding and reporting of high-quality healthcare data.

"      Support the reporting of all healthcare data elements (e.g. diagnosis and procedures codes, present on admission indicator) required for external reporting purposes (e.g. reimbursement and other administrative uses, population health, quality and patient safety measurement, and research) completely and accurately, in accordance with regulatory and documentation standards and requirement and applicable official coding

7

conventions, rules, and guidelines.

" Query provider (physician or other qualified healthcare practitioner), whether verbal or written, for clarification and additional documentation when there is conflicting, incomplete, or ambiguous information in the health record regarding a significant reportable condition or procedure or other reportable data element dependent on health record documentation (e.g. present on admission indicator).

" Refuse to participate in or support documentation practices intended to inappropriately increase payment, qualify for insurance policy coverage, or distort data by means that not comply with federal and state statutes, regulations and official rules and guidelines.

" Advance professional knowledge and practice through continuing education.

" Refuse to participate in or conceal unethical reporting practices.

" Demonstrate behavior that reflects integrity, shows a commitment to ethical and legal reporting practices, and fosters trust I professional activities.

Reference: Excerpt of AHIMA Ethical Standards for Clinical Documentation Improvement Professionals

1/3/12
Date

*Linda D. Williams, RHIA* (signature)
Linda D. Williams

8

# Linda Diane Williams

*▇▇▇▇▇▇ · Riverdale, MD 20737 · ▇▇▇▇▇▇*

**OBJECTIVE**

> To continue work in Health Information Management or the healthcare industry in a position that includes professional development and the opportunity to utilize acquired knowledge and skills.

**EXPERIENCE**

> **National Rehabilitation Hospital** Washington, DC
> *Director of Health Information Management*     3/07-Present
> *Physical Medicine and Rehabilitation Hospital*
> Responsibilities include: Manage and coordinate the entire Health Information Management department in accordance with local, federal TJC, and CARF regulations for inpatient and outpatient services. Collect data statistics for review and analysis. Create, revise, and edit departmental policies and procedures. Member of Medical Record Committee, Member of Utilization Management Committee, Member of Medical Performance Improvement Committee. Member of Compliance Committee.
>
> **The Specialty Hospital of Washington formerly known as MedLINK Hospital and Nursing Center @ Capital Hill** Washington, DC
> *Director of Health Information Management*     10/00-3/07
> *Long-Term Acute Hospital*
> Responsibilities include: Manage and coordinate the entire Health Information Management department in accordance with local, federal and Joint Commission regulations. ICD9CM Code and analyze medical record documentation to optimize reimbursement; Collect data statistics for review and analysis. Create, revise, and edit departmental policies and procedures. Chairperson of Utilization Management Committee; Member of organizational wide Performance Improvement committee.
>
> **American Whole Health, Inc.** Bethesda, MD
> *Medical Records Manager*     8/99-9/00
> *Physician Practice*
> Responsibilities included: Directed the overall supervision of the department including: data statistics and analysis, medical transcription, and release of information functions. Ensured health record services were in compliance with local, state and federal regulations. Created, revised and edited departmental policies and procedures. Implemented system-wide performance improvement activities.

*CONTINUED*

# Linda Diane Williams

▇▇▇▇▇▇▇ · Riverdale, MD 20737 · ▇▇▇▇▇▇▇

Page 2

**CPC Health/Chestnut Lodge Hospital**, Rockville, MD
*Director of Health Information Management*          5/95 –8/99
*Behavioral Health Hospital*
Responsibilities included: Overall supervision of medical record personnel and management of the functions within the Medical Record Department; ensured the medical record system and processes meet all JCAHO, state, and federal health information regulations. Liaison between hospital and state regarding commitment of patients to hospital. Member of Medical Record Committee, Performance Improvement Committee, and Safety Committee. Knowledgeable of JCAHO, Medicare, and Medicaid regulations.

**Eastern Neuro Rehabilitation Hospital**, Silver Spring, MD
*Medical Records Director*          2/93 - 5/95
*AcuteRehabilitation Hospital*
Responsibilities included: Planned, directed, and controlled all aspects of the Medical Record Department; managed the department within the framework of the Authority's policies and procedures; Medical Staff Credentialing Coordinator; Chairperson of the Medical Record Committee; member of the Hospital Quality Improvement Committee and Risk Management/Safety Committee. Knowledgeable of Medicare, Medicaid, CARF, and JCAHO regulations.

**Arbors at Tallahassee**, Tallahassee, FL
*Medical Record Specialist*          2/92 - 1/93
*Nursing and Rehabilitation Center*
Responsibilities included: Organization and accountability of records; implemented and conducted review procedures for qualitative and quantitative analysis of medical records; responsible for establishing and implementing the departmental quality improvement plan; revised and edited policies and procedures.

**Florida A&M University**, Tallahassee, FL
*Registrar Assistant/Records Registration Specialist*          8/89-5/91
Responsibilities included: Assisted office visitors by providing copies of transcripts, student data sheets, and verification of enrollment status. Demonstrated the ability to work with minimal supervision of required objectives.

**Consultant**          *5/95 - Present*
Responsibilities include: Assist with site surveys in preparation for JCAHO, CARF, Medicaid, and Medicare. Establish medical record filing systems. Create policies and procedures. Perform oral presentation detailing the health information management profession.

**Linda Diane Williams**

███████ · *Riverdale, MD 20737* · ███████

Page 3

### EDUCATION

Florida A&M University, Tallahassee, FL
*Bachelor of Science, 1991*
Medical Record Administration

University Of Maryland
*Graduate Studies (currently pursuing)*
Health Care Administration

### CERTIFICATION

Registered Health Information Administrator (RHIA), American Health Information Management Association

### PROFESSIONAL ASSOCIATIONS

- Member, American Health Information Management Association (AHIMA)
- Member, Maryland Health Information Management Association (MdHIMA)
- Treasurer, MdHIMA 2011-present
- Chairperson, Education Committee of MdHIMA 2006-2007
- Chairperson, Legislative Committee of MdHIMA 2010-2011
- Advisory Board member of Prince George's Community College, Health Information Technology program

*REFERENCES AVAILABLE UPON REQUEST*