# Clinical Documentation Improvement (CDI) Program Manual

## Severity Manual A*

HP3 *Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and ©2000-2005 HP3 Inc., All Rights Reserved Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

KH 000218

1

# CDI Program Manual A - Contents

- Overview of CDI
- Gaining the Support of Your Medical Staff
- Potential Benefits to Case Managers and the Facility
- Principal & Secondary Diagnosis Assignment
- ICD-9 Coding, Severity DRG Assignment, and the Working Severity DRG
- Basics of Case Mix Index Analysis
- Whose Documentation Counts?
- Performing Physician Queries
- Common Physician Queries
- Using HP3 CDI Tools

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and ©2000-2005 HP3 Inc., All Rights Reserved Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

2

KH 000219

## Secondary Diagnosis Coding

- Because it takes multiple diagnoses with increasing severity to increase the severity assignment of a patient case, all secondary diagnoses meeting the UHDDS definition of a secondary diagnosis must be coded to assure the correct severity assignment is reached.

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and ©2000-2005 HP3 Inc., All Rights Reserved. Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

58

KH 000275

## "CCs" and Their Impact on Severity

- Just because a diagnosis is listed as a "CC" in ICD-9-CM does not mean the condition will have a greater impact on severity. Many ICD-9-CM secondary diagnoses listed as "CCs" have a severity assignment of (1) or (2), while conditions not listed as "CCs" may have a severity assignment of (3)!

- The focus cannot be on prioritizing conditions listed as "CCs." All secondary diagnoses meeting UHDDS should be captured.

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. ©2000-2005 HP3 Inc., All Rights Reserved. This manual is licensed to Kerman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

59

KH 000276

# "CC" vs. Non-CC Secondary Diagnoses

- Complicated and Comorbid Conditions:
  - Dehydration (2)
  - CRF (2)
  - Chronic Blood Loss Anemia (2)
  - A-fib (2)
  - Secondary Neoplasm of Lung (2)

- Non-CC Conditions
  - Asphyxia (2)
  - Phenylketonuria (PKU) (3)
  - Hypocalcemia (2)
  - Hypomagnesemia (2)
  - Bulimia – psychological (3)
  - Splenomegaly (2)

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and ©2000-2005 HP3 Inc., All Rights Reserved. Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

60

KH 000277

# Secondary Diagnosis Coding

- The severity assignment of the Principal Diagnosis is a key factor in determining how many secondary diagnoses with increasing severity must be coded to increase the overall severity of a patient case.

- Principal Diagnosis of Acute Myocardial Infarction under the Severity DRG system has an individual severity assignment of 4 (extreme). It will require multiple secondary diagnoses with individual severity assignments of (3) and (4) to increase the severity of the case.

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and ©2000-2005 HP3 Inc., All Rights Reserved Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

61

KH 000278

## Secondary Diagnosis Coding

- Principal Diagnosis of Bronchitis w/ COPD Exacerbation has an individual severity assignment of (2). This case will not require as many secondary diagnoses with increasing severity assignments to increase the overall severity.

- The higher the severity assignment of a Principal Diagnosis, the more difficult it is to achieve the highest possible severity assignment for the case. It will take multiple secondary diagnoses to accomplish this goal.

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and ©2000-2005 HP3 Inc., All Rights Reserved
Implementation Programs. This manual is licensed to Kernan Hospital and may
not be reproduced for any reason without express written permission of HP3, Inc.

62

KH 000279

## Severity Level Assignment

- The following are lists of secondary conditions and procedures that "potentially" impact severity level assignment. The extent of the effect is dependent on the principal diagnosis, the secondary diagnoses, procedures, and the age and sex of the patient. Because it takes multiple diagnoses with increasing severity to increase the severity assignment of a patient case, all secondary diagnoses meeting UHDDS definition must be coded to assure the correct severity assignment. Due to this interrelation of diagnoses and procedures, there is no guarantee that the presence of or addition of one or more of the diagnoses listed will change the severity level of a particular case.

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and ©2000-2005 HP3 Inc., All Rights Reserved Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

63

KH 000280

# Common Inpatient Secondary Diagnoses Impacting Severity

- Level 2 Severity (moderate)
  - Anemia, B12 deficiency
  - Anemia, Folate deficiency
  - Anemia, nutritional
  - Anemia, protein deficiency
  - Anorexia
  - Aphasia
  - A-fib
  - Status Asthmaticus
  - Brain CA
  - Bronchitis with COPD
  - Candida
  - Cellulitis of Leg
  - Acute Blood Loss Anemia
  - CRF
  - Diabetes, uncontrolled
  - Fluid overload
  - Dysphagia

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and ©2000-2005 HP3 Inc., All Rights Reserved Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

64

KH 000281

# Common Level (2) Diagnoses

- Hemoptysis
- Hydroureter
- Hypercalcemia
- Hypernatremia
- Hypocalcemia
- Hyponatremia
- Kidney cyst
- Lyme Disease
- Morbid Obesity
- Pathological Fractures
- Schizophrenia

- Senile delirium
- Senile delusion
- Senile depression
- SLE
- Splenomegaly
- Syncope
- Thrush
- Urinary Incontinence
- Urinary Retention
- UTI
- Vitamin Deficiency (A, B, D)

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc. ©2000-2005 HP3 Inc., All Rights Reserved

65

KH 000282

# Common Level (3) Diagnoses

- Level 3 Severity
  - Acidosis
  - Alkalosis
  - Aplastic Anemia
  - Ascites
  - Bronchopneumonia
  - Bulimia
  - Cachexia
  - CHF
  - Coma
  - Delirium tremens
  - Diabetic ketoacidosis
  - Diverticulosis with hemorrhage
  - Diverticulitis with hemorrhage
  - Hematemesis
  - Hydronephrosis
  - Lower Extremity Embolism
  - Moderate Malnutrition
  - Papilledema
  - Pneumonia

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc. ©2000-2005 HP3 Inc., All Rights Reserved

66

KH 000283

# Common Level (3) Diagnoses

– Pleural Effusion

– Pneumonia (NOS) – i.e., CAP

– Pneumothorax

– Protein Calorie Malnutrition

– Upper Extremity Embolism

– Viral Pneumonia

HP3 Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc. ©2000-2005 HP3 Inc., All Rights Reserved

67

KH 000284

# Common Level (4) Diagnoses

- Level 4 Severity (extreme)
  - Acute MI
  - Acute Renal Failure
  - Bacterial Endocarditis
  - Cerebral Embolism
  - Cerebral Thrombosis
  - CVA
  - Diabetic Hyperosmolar Coma
  - Intracranial Hemorrhage
  - Kwashiorkor
  - Nutriitional Marasmus
  - Pneumonia, Aspiration
  - Pneumonia, Gram Negative
  - Respiratory Arrest
  - Respiratory Failure
  - Septicemia
  - Severe Malnutrition
  - Shock
  - Subarachnoid Hemorrhage
  - Vent dependence

Manual A is the first of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.   ©2000-2005 HP3 Inc., All Rights Reserved

KH 000285