# Clinical Documentation Improvement (CDI) Program Manual

## Severity Manual B

### Work in Progress (4/7/05)

HP3

©2005 HP3 Inc., All Rights Reserved

Manual B is the second of 1 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

KH 000432

# Inpatient Clinical Documentation Training
## Section 2:
## Respiratory/Pulmonary Diagnoses

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Keman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

76

KH 000477

# Session Objectives:  Pulmonary

- Review Pulmonary Severity DRGs

- Review vague/symptom principal diagnosis

- Review common/secondary diagnoses

- Address "severity" considerations

- Analyze case studies

- Respond to post test questions

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000478

# Pulmonary Medicine Severity DRGs

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 130 Respiratory dx w/vent support 96+ hours | 3.0944 | 3.5653 | 3.9790 | 5.1670 |
| 131 Cystic fibrosis-pulmonary disease | .5871 | 1.0075 | 1.5664 | 2.2809 |
| 132 BPD/oth chronic resp dx arising in perinatal pd | .4926 | .9978 | 1.6960 | 2.9720 |
| 133 Pulmonary edema & respiratory failure | .5886 | .7633 | 1.1372 | 1.9876 |
| 134 Pulmonary malignancy | .7411 | .9768 | 1.3733 | 2.0615 |
| 135 Major chest & respiratory trauma | .4912 | .6156 | 1.0099 | 1.6131 |
| 136 Respiratory malignancy | .6468 | .8876 | 1.3972 | 2.2366 |
| 137 Major respiratory infections & inflammations | .6717 | .9017 | 1.2496 | 2.0975 |

©2005 HP3 Inc., All Rights Reserved

KH 000479

**78**

**HP3** Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

# Pulmonary Medicine Severity DRGs

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 138  Bronchiolitis & RSV pneumonia | .3932 | .5138 | 1.2288 | 2.5167 |
| 139  Other pneumonia | .4253 | .6234 | .9431 | 1.8108 |
| 140  COPD | .5254 | .6482 | .8771 | 1.7617 |
| 141  Asthma | .3870 | .5296 | .7466 | 1.8750 |
| 142  Interstitial lung disease | .5937 | .7595 | 1.1170 | 2.0986 |
| 143  Other respiratory diagnoses except sign, symptoms & minor diagnoses | .4801 | .6820 | 1.0453 | 2.2310 |
| 144  Respiratory system signs, symptoms & other diagnoses | .4032 | .5003 | .7362 | 1.6580 |

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000480

# Severity Considerations

- Exact length of time patient is on mechanical ventilation

- Presence of any "major" co-existing conditions should be *clearly and specifically* documented, for example:

  – Decubitus ulcers

  – Septicemia/sepsis (but not bacteremia)

  – Bacterial meningitis

  – Acute MI

  – Cerebral infarction

  – Pneumonia

  – Respiratory failure

  – Peritonitis

  – Acute renal failure

- Tube feeds or TPN should be readily identifiable

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kenan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000536

135

# Medicine: Common Level 2 Diagnoses

- Anemia, pernicious
- Anemia, protein deficiency
- Anemia, chronic blood loss
- Anorexia
- Aphasia
- Asthma w/status asthmaticus
- Atrial fib
- COPD
- Cachexia
- Cardiomyopathy

- Chronic renal failure
- Convulsions
- Dehydration
- Diabetes, uncontrolled
- Drug dependence (continuous)
- Fluid overload
- Hypocalcemia
- Hypokalemia
- Hyponatremia
- Renal failure, chronic
- UTI

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

136

KH 000537

# Medicine: Common Level 3 Diagnoses

- Acidosis

- Agranulocytosis

- Bronchopneumonia

- Bowel obstruction

- CHF

- Diverticulitis with hemorrhage

- GI ulcer with hemorrhage

- HIV/AIDS

- Hydronephrosis

- Hypernatremia

- Malnutrition, protein calorie

- Neutropenia

- Pleural effusion

- Pneumonia

- Pneumothorax

- Ventricular tachycardia

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

137

KH 000538

# Medicine: Common Level 4 Diagnoses

- Acute renal failure
- ARSD
- Aspiration pneumonia
- Bacterial pneumonia
- CVA
- Malnutrition, severe
- Pneumonia, E.coli
- Pulmonary embolus
- Respiratory failure, acute
- Septicemia

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 OnSite CDI Training and Implementation Programs. This manual is licensed to Kaman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

138

KH 000539

# Inpatient Clinical Documentation Training

## Section 4:

## Gastroenterology Diagnoses

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Korman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

226

KH 000627

# Session Objectives:   Gastroenterology

- Review GI Severity DRGs

- Review vague/symptom principal diagnosis

- Review common/secondary diagnoses

- Address "severity" considerations

- Analyze case studies

- Assign the working Severity DRG

- Respond to post test questions

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Korean Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

227

KH 000628

# GI Medicine – Severity DRGs

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 240  Digestive malignancy | .6812 | .8397 | 1.4614 | 2.419 |
| 241  Peptic ulcer & gastritis | .4805 | .6880 | 1.0657 | 2.6283 |
| 242  Major esophageal disorders | .4930 | .6848 | 1.0955 | 2.8561 |
| 243  Other esophageal disorders | .3735 | .4872 | .8766 | 2.6180 |
| 244  Diverticulitis & diverticulosis | .4486 | .6187 | .9652 | 2.2625 |
| 245  Inflammatory bowel diagnosis | .5195 | .7037 | 1.2407 | 2.3656 |
| 246  GI vascular insufficiency | .5379 | .7310 | 1.1402 | 2.4116 |
| 247  GI obstruction | .4167 | .6055 | .9764 | 2.0105 |
| 248  Major GI & peritoneal infections | .5075 | .7536 | 1.1124 | 2.6893 |
| 249  Nonbacterial gastroenteritis | .3070 | .4450 | .7534 | 1.9018 |
| 254  Other digestive system dxs | .4341 | .6479 | 1.0399 | 2.4786 |

©2005 HP3 Inc., All Rights Reserved

228

KH 000629

**HP3**
Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

# GI Medicine – Severity DRGs

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 280 Alcoholic liver disease | .4988 | .6231 | 1.0319 | 2.7115 |
| 281 CA – hepatobiliary sys & pancreas | .8191 | .9208 | 1.3615 | 2.1797 |
| 282 Pancreas Dx except CA | .5304 | .7021 | 1.1973 | 3.3028 |
| 283 Other liver disorders | .4596 | .6685 | 1.0730 | 2.6259 |
| 284 Disorders of gallbladder & biliary tract | .5131 | .7481 | 1.1384 | 2.3868 |

©2005 HP3 Inc., All Rights Reserved

KH 000630

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Keenan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

229

# Severity Considerations

- If patient is malnourished, specify the "degree" of malnutrition

  - Moderate

  - Severe

  - Kwashiorkor

  - Protein calorie

  - Nutritional marasmus

- If a patient is obese, specify whether the patient is morbidly obese

- Gastrostomy status

- Tube feedings, TPN during current hospitalization

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

286

KH 000687

KH 000688

# Medicine: Common Level 2 Diagnoses

- Anemia, pernicious
- Anemia, protein deficiency
- Anemia, chronic blood loss
- Angina
- Anorexia
- Aphasia
- Asthma w/status asthmaticus
- Atrial fib
- COPD
- Cachexia

- Cardiomyopathy
- Chronic renal failure
- Convulsions
- Dehydration
- Diabetes, uncontrolled
- Drug dependence (continuous)
- Fluid overload
- Hypocalcemia
- Hypokalemia
- Hyponatremia
- Renal failure, chronic

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and
Implementation Programs. This manual is licensed to Kernan Hospital and may
not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

# Medicine: Common Level 3 Diagnoses

- Acidosis
- Agranulocytosis
- Bronchopneumonia
- Bowel obstruction
- CHF
- Diverticulitis w/ hemorrhage
- GI ulcer with hemorrhage
- HIV/AIDS

- Hydronephrosis
- Hypernatremia
- Malnutrition, protein calorie
- Neutropenia
- Pleural effusion
- Pneumonia
- Pneumothroax
- Ventricular tachycardia

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000689

# Medicine: Common Level 4 Diagnoses

- ARDS
- Acute renal failure
- Aspiration pneumonia
- CVA
- Malnutrition, severe
- Pneumonia, E.coli
- Pulmonary embolus
- Respiratory failure, acute
- Septicemia

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

289

KH 000690

# Section 6:
# Endocrine & Nephrology Diagnoses

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

35'

KH 000753

35

KH 000754

©2005 HP3 Inc., All Rights Reserved

# Session Objectives: Endocrine & Nephrology

- Review Endocrine & Nephrology Severity DRGs

- Review vague/symptom principal diagnosis

- Review common/secondary diagnoses

- Review severity considerations

- Analyze case studies

- Assign the working Severity DRG

- Respond to post test questions

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kennan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

# Endocrinology Severity DRGs

## Surgical

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 401 Adrenal & pituitary procedures | 1.5643 | 2.1664 | 3.1109 | 6.3419 |
| 403 Procedures for obesity | 1.5119 | 1.6143 | 1.9872 | 4.7642 |
| 404 Thyroid, parathyroid & thyroglossal procedures | .6250 | .8710 | 2.6451 | 4.3206 |
| 405 Other endocrine, nutritional & metabolic procs | .9117 | 1.4745 | 2.6313 | 4.7365 |

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000755

35⁴

# Endocrinology Severity DRGs

## Medical

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 420 Diabetes | .4112 | .5458 | .8006 | 2.0194 |
| 421 Malnutrition, failure to thrive & other metabolic dirsorders | .4754 | .6921 | 1.1339 | 1.9337 |
| 422 Hypovolemia & related electrolyte disorders | .3222 | .5395 | .8177 | 1.7355 |
| 423 Inborn errors of metabolism | .7335 | .7892 | .9671 | 2.2370 |
| 424 Other endocrine disorders | .4622 | .7018 | 1.0781 | 2.3590 |

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000756

**35**

# Nephrology Severity DRGs

## Surgical

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 441 Major bladder procedures | 1.0487 | 1.8840 | 3.3494 | 6.0946 |
| 442 Kidney & urinary tract procedures for CA | 1.6324 | 1.6085 | 2.2210 | 4.1696 |
| 443 Kidney & urinary tract procedures for non-CA | 1.1432 | 1.3934 | 2.3759 | 4.8364 |
| 444 Renal dialysis access device-procedures only | 1.0555 | 1.3883 | 2.3054 | 4.0461 |
| 445 Other bladder procedures | .06653 | 1.2222 | 1.6465 | 2.8717 |
| 446 Urethral & transurethral procedures | .5070 | .6560 | 1.4853 | 2.7093 |
| 447 Other kidney, urinary tract & related procedures | 1.0584 | 1.2785 | 2.2493 | 4.7836 |

©2005 HP3 Inc., All Rights Reserved

KH 000757

# HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Keman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

**356**

# Nephrology Severity DRGs

## Medical

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 443 Kidney & UT procs for nonmalignancy | 1.1432 | 1.3934 | 2.3759 | 4.8364 |
| 460 Renal failure | .5117 | .7472 | 1.0668 | 2.5216 |
| 461 Kidney & urinary tract malignancy | .5204 | .9127 | 1.5542 | 3.2997 |
| 462 Nephritis & nephrosis | .4463 | .6238 | 1.0631 | 2.8166 |
| 463 Kidney & urinary tract infections | .4235 | .5575 | .8404 | 1.7078 |
| 465 Urinary stones & acq upper UT obstruction | .3615 | .4293 | .7869 | 2.3699 |
| 466 Malfunctions/complications of GU device/procs | .3664 | .6914 | 1.2560 | 2.4484 |
| 468 Other kidney & urinary tract diagnoses, S&S | .4431 | .6709 | 1.0049 | 2.0441 |

©2005 HP3 Inc., All Rights Reserved

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

KH 000758

# Vague/Symptom Principal Diagnoses

- Diabetes

- Urinary retention

- Renal colic

- Dizziness

©2005 HP3 Inc., All Rights Reserved

KH 000759

358

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

# Clinical Indicators: Malnutrition

**Kwashiorkor** (severe visceral protein depletion)

AKA: protein malnutrition, protein-calorie malnutrition, malignant malnutrition

- One or more of the following parameters, in addition to unremarkable anthropometric data is characteristic of kwashiorkor.

  - Serum pre-albumin: less than 5 mg/dl

  - Serum albumin (pre-op): less than 2.1 g/dl

- Signs and symptoms of Kwashiorkor

  - Fatigue            - Edema

  - Irritability        - Dermatitis

  - Sparse hair       - Wasted muscles

  - Lethargy          - Poor appetite

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kenan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000788

387

# Clinical Indicators: Malnutrition

## Kwashiorkor

- Risks
  - Areas of famine
  - Limited food supply
- Studies
  - Decreased renal function
  - Urinalysis
  - Serum creatinine
  - BUN
  - Serum potassium
  - ABG

©2005 HP3 Inc., All Rights Reserved

**388**

KH 000789

**HP3** Manual B is the second of 1 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

# Clinical Indicators:  Malnutrition

## Nutritional Marasmus

- One or more of the following parameters, in addition to unremarkable visceral protein levels is suggestive of marasmus:

  – Unintentional weight loss greater than or equal to 10% of pre-illness weight (in less than or equal to 6 months)

  – Weight less than 70% of ideal/or weight less than 75% of usual/or BMI less than 16

  – Wasting of fat and muscle stores (triceps skinfold (TSF) and mid-arm muscle circumference (MAMC) less than 5th percentile for age and sex) *(pediatrics specific)*

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

389

KH 000790

# Clinical Indicators: Malnutrition

## Nutrition Marasmus

- Signs and symptoms

  - Wasting
  - Weight loss
  - Sunken eyes
  - Turgor
  - Relaxed muscles
  - Weak, shrill cry
  - Swollen belly

- Risks

  - Decrease food intake
  - Malabsorption
  - Child abuse
  - Failure to thrive syndrome
  - Vitamin D deficiency
  - Scurvy

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

390

KH 000791

# Clinical Indicators: Malnutrition

## Severe Protein-Calorie Malnutrition

- The presence of 1 or 2 (visceral) AND parameter 3, 4 or 5 (somatic) are characteristic of severe protein-calorie malnutrition:

1. Serum pre-albumin:  less than 5 mg/dl

2. Serum albumin (pre-op):  less than 2.1 g/dl

3. Unintentional weight loss greater than or equal to 10% pre-illness weight (in less than or equal to 6 months)/or weight less than 70% of ideal/or weight less than 75% of usual/or BMI less than 16

4. Triceps skinfold (TSF) less than 5th percentile for age and sex (*pediatrics specific*)

5. Mid-arm muscle circumference (MAMC) less than 5th percentile for age and sex (*pediatrics specific*)

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Program. This manual is licensed to Roman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000792

391

# Clinical Indicators: Malnutrition

## Malnutrition of Moderate Degree

- The presence of one or more of the following parameters characterize malnutrition of moderate degree:

  - Pre-albumin: 5-10.9 mg/dl

  - Pre-op serum albumin: 2.1-2.7 g/dl

  - Unintentional weight loss between 7.5-9% of pre-illness weight (in less than or equal to 6 months)/or weight between 70-79% of ideal/or weight between 75-84% of usual or BMI: 16-17

  - Triceps skinfold between 5th and 9th percentile for age and sex (*pediatrics specific*)

  - Mid-arm muscle circumference between 5th and 9th percentile for age and sex (*pediatrics specific*)

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

392

KH 000793

# Clinical Indicators:  Malnutrition

Malnutrition of Mild Degree

- One or more of the following nutritional parameters characterize malnutrition of mild degree:

  - Pre-albumin:  11-19 mg/dl

  - Pre-op serum albumin:  2.8-3.4 g/dl

  - Unintentional weight loss between 5-7.5% of pre-illness weight (in less than or equal to 6 months)/or weight between 80-89% of ideal/or weight between 85-95% of usual/or BMI:  17-18.5

  - Weight for length less than 5th percentile (*pediatrics specific*)

  - Triceps skinfold between 10th and 15th percentile for age and sex (*pediatrics specific*)

  - Mid-arm muscle circumference between 10th and 15th percentile for age and sex (*pediatrics specific*)

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Keman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000794

393

# Malnutrition

| | Severe Protein Calorie | Moderate | Mild |
|---|---|---|---|
| Pre-albumin | < 5 mg/dl | 5-10.9 mg/dl | 11-19 mg/dl |
| Pre-op serum albumin | < 2.1 g/dl | 2.1-2.7 g/dl | 2.8-3.4 g/dl |
| Unintentional weight loss | $\geq$ 10% pre-illness<br>< 70% ideal<br>< 75% usual<br>< 16 BMI | 7.5 – 9% pre-illness<br>70 – 79% of ideal<br>75 – 84% of usual<br>16 – 17 BMI | 5 – 7.5% pre-illness<br>80 – 89% ideal<br>85 – 95% usual<br>17 – 18.5 BMI |
| Triceps skinfold | < 5th percentile | 5th – 9th percentile for age and sex | 10th – 15th percentile |
| Mid-arm muscle circumference (MAMC) | < 5th percentile | 5th – 9th percentile for age and sex | 10th – 15th percentile |

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 OneSie CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

394

KH 000795

# Malnutrition and the Use of TPN

- Document the diagnosis supporting the use of TPN

- Common diagnoses:

  – Necrotizing pancreatitis

  – Enterocutaneous fistula

  – Bowel obstruction

  – Intractable vomiting or diarrhea

  – Inability to obtain enteral access

  – Necrotizing enterocolitis

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

395

KH 000796

# Section 7:
# Trauma & Orthopedic Surgery Diagnoses

©2005 HP3 Inc., All Rights Reserved

KH 000840

**439**

**HP3** Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

# Session Objectives:
## Trauma & Orthopedic Surgery

- Review Trauma & Orthopedic Surgery Severity DRGs

- Review vague/symptom principal diagnosis

- Review common/secondary diagnoses

- Review severity considerations

- Analyze case studies

- Assign the working Severity DRG

- Respond to post test questions

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000841

440

# Orthopedic Surgery

| | Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 89 | Major cranial/facial bone procedures | 1.7746 | 2.1869 | 3.4424 | 6.8818 |
| 92 | Fac bone procs except Mjr cran/fac bone proc | 1.1816 | 1.4502 | 2.2841 | 5.8399 |
| 301 | Hip joint replacement | 1.6659 | 2.0232 | 2.3667 | 4.2703 |
| 302 | Knee joint replacement | 1.8478 | 2.0095 | 2.5739 | 4.3481 |
| 303 | Dorsal & lumbar fusion except for curvature, back | 4.1742 | 5.1326 | 7.7779 | 10.9796 |
| 304 | Dorsal & lumbar fusion proc except curvature back | 2.9630 | 3.3494 | 4.8096 | 7.8479 |
| 305 | Amputation of lower limb except toes | 1.1728 | 1.2944 | 1.9797 | 4.0274 |

HP3
Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and implemented to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

441

KH 000842

# Orthopedic Surgery

| | Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 308 | Hip & femur procs for trauma exc jnt repl | 1.1385 | 1.3548 | 1.8583 | 3.3805 |
| 309 | Hip & femur procs for non-trau exc jnt repl | 1.2513 | 1.7640 | 2.7145 | 4.1999 |
| 310 | Interyetebral disc excision & decompression _Non-fusion, Laminectomy_ | .6333 | .8747 | 1.6469 | 3.6289 |
| 312 | Skin grft exc hand for ms & conn diagnoses | 1.5174 | 2.0802 | 3.8174 | 6.7281 |
| 313 | Knee & lower leg procs except foot | .9635 | 1.3958 | 2.3469 | 3.6126 |
| 361 | Skin graft for skin & subcut tissue diangoses | 1.1656 | 1.5378 | 2.4141 | 5.9638 |

©2005 HP3 Inc., All Rights Reserved

HP3   Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Keman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

442

# Orthopedic Surgery

| | Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 314 | Foot & toe procedures | .8524 | 1.0853 | 1.6647 | 3.8147 |
| 315 | Shoulder, upper arm & forearm procs | .7463 | 1.2496 | 1.9683 | 4.3909 |
| 316 | Hand & wrist procedures | .6557 | 1.0670 | 1.4539 | 2.2288 |
| 317 | Tendon, muscle & other soft tissue procs | .7642 | 1.1598 | 2.0787 | 4.3640 |
| 320 | Other musculoskeletal system & conn tissue procs | .7438 | 1.3083 | 2.5476 | 4.1329 |
| 321 | Cervical fusion & neck procedures | 1.5052 | 2.0222 | 3.4665 | 6.5264 |

**HP3**
Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kaman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

**443**

KH 000844

# Trauma Severity DRGs

## Neurology/Neurosurgery

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 20  Craniotomy for trauma | 1.7709 | 2.1378 | 3.2562 | 4.6469 |
| 55  Head trauma w/coma >1hr or hemorrhage | .5225 | .8291 | 1.2039 | 3.0755 |
| 56  Brain contusion/laceration & complicated skull fx, coma <1hr or no coma | .4568 | .7343 | 1.2994 | 3.7188 |
| 57  Concussion, closed skull fx NOS uncompl. | .3407 | .4865 | .9241 | 3.1648 |

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

444

KH 000845

# Trauma Severity DRGs

**Trauma–Surgery & Medicine**

| Level | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 361 | Skin graft for skin & subcutaneous tissue | 1.1656 | 1.5378 | 2.4141 | 5.9638 |
| 911 | Extensive abdominal/thoracic procs for multiple sig trauma | 1.0762 | 1.6069 | 2.5764 | 5.2776 |
| 912 | Musculoskeletal & other procs for multiple sig trauma | 0 | 1.9396 | 3.1544 | 5.0981 |
| 930 | Multiple sig trauma w/o O.R. procedure | .6798 | .8179 | 1.4573 | 3.2383 |

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kaman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

445

KH 000846

# Severity Considerations

- Prolonged ventilation should be documented

- Significant symptoms treated separately from the etiology should be clearly documented as they may impact severity.

    - Numbness

    - Hyperreflexia

©2005 HP3 Inc., All Rights Reserved

467

KH 000868

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

# Trauma: Common Level 2 Severity Diagnoses

- Asthma/status asthmaticus

- Cellulitis

- Cocaine dependence-cont.

- Heroin dependence-cont.

- Hypocalcemia

- Morbid obesity

- Osteomyelitis, chronic

- Syncope

- Urinary retention

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

468

KH 000869

# Trauma: Common Level 3 Severity Diagnoses

- Anemia, aplastic

- Agranulocytosis

- Cerebral thrombosis

- Neutropenia

- Hypernatremia

- Traumatic pneumothorax

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

469

KH 000870

# Trauma: Common Level 4 Severity Diagnoses

- ARDS

- Aspiration pneumonia

- Cardiopulmonary arrest

- Malnutrition, severe

- Pneumonia, gram negative

- Respiratory failure

- Septicemia

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000871

470

# Section 8:
# Hematology & Oncology Diagnoses

©2005 HP3 Inc., All Rights Reserved

HP3

Manual 8 is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

489

KH 00890

# Session Objectives:  Hematology & Oncology

- Review Hematology & Oncology Severity DRGs

- Review vague/symptom principal diagnosis

- Review common/secondary diagnoses

- Review severity considerations

- Analyze case studies

- Assign the working Severity DRG

- Respond to post test questions

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kenan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

490

KH 000891

# Surgical Oncology Severity DRGs

| | Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 680 | Major procs for lymphatic/hematopoietic/other neoplasms | 1.3514 | 1.9693 | 3.1552 | 5.9881 |
| 681 | Other procs for lymphatic/hematopoietic/other neoplasms | .9852 | 1.3959 | 2.3176 | 4.4157 |

**HP3**  Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

49.1

KH 000892

# Oncology Severity DRGs

| Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 690 Acute leukemia | .6352 | 1.5394 | 2.5330 | 5.1441 |
| 691 Lymphoma, myeloma & non-acute leukemia | .9330 | 1.0897 | 1.7239 | 3.2459 |
| 692 Radiotherapy | .9490 | 1.2585 | 2.2392 | 3.2230 |
| 693 Chemotherapy | .9560 | 1.1160 | 1.9126 | 4.7566 |
| 694 Lymphatic & other malignancies & neoplasms of uncertain behavior | .5969 | .8205 | 1.3333 | 2.8551 |

HP3

Manual B is the second of 4 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kirman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

492

KH 000893

# Vague/Symptom Principal Diagnoses

- Weakness/lethargy
- Weight loss
- Change in appetite/weight loss
- Change in bowel habits
- Change in mental status
- Sudden severe depression
- Unusual bruising
- Unexplained swelling and nodules
- Unexplained pain

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000894

493

# Severity Documentation

- Document the primary site of the cancer and any secondary metastatic site

- Document the presence of any major complications or co-morbidities, for example:

  - Pneumonia

  - Sepsis

  - Respiratory failure

  - Acute renal failure

  - Decubitus ulcers

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kaman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

498

KH 000899

# Hematology/Oncology: Common Level 1 Severity Diagnoses

- *Anemia due to malignancy

- *Dehydration

- Gait abnormality

- Nausea and vomiting

*Note:   The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000900

499

# Hematology/Oncology: Common Level 2 Severity Diagnoses

- Anorexia-organic
- *Bone mets
- *Brain mets
- *COPD
- CRF
- Cachexia
- Hemoptysis
- *Hypo/hypercalcemia
- *Hypo/hypokalemia
- *Hypo-Hypermagnesemia

- *Hypo/hyponatremia
- *Liver mets
- *Lung mets
- *Lymph nodes mets
- *Malignant ascites
- *Malignant pleural effusion
- Pathological fracture
- Seizure disorder
- *Thrush

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

©2005 HP3 Inc., All Rights Reserved

HP3 Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

KH 000901

500

# Hematology/Oncology: Common Level 3 Severity Diagnoses

- Aplastic anemia
- *Ascites
- Coma
- Neutropenia
- Pancytopenia
- *Pleural effusion
- Protein-calorie malnutrition
- *Thrombocytopenia

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kenxan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

501

KH 000902

# Hematology/Oncology: Common Level 4 Severity Diagnoses

- Acute renal failure

- *Acute respiratory failure

- *Cerebral edema

- Moderate malnutrition

- Peritonitis

- Pulmonary embolism

- *Sepsis

- *Severe protein-calorie malnutrition

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3
Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

502

KH 000903

# Surgical Oncology: Common Level 1 Severity Diagnoses

- *Anemia due to malignancy

- *Dehydration

- Gait abnormality

- Nausea and vomiting

*Note:  The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3

Manual is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

503

KH 000904

# Surgical Oncology: Common Level 2 Severity Diagnoses

- Anorexia-organic
- *Bone mets
- *Brain mets
- *COPD
- CRF
- Cachexia
- Hemoptysis
- *Hypo/hypercalcemia
- *Hypo/hyperkalemia
- *Hypo/hypermagnesemia

- *Hypo/hypernatremia
- *Liver mets
- *Lung mets
- *Lymph nodes mets
- *Malignant ascites
- *Malignant pleural effusion
- Pathological fracture
- Seizure disorder
- *Thrush

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

©2005 HP3 Inc., All Rights Reserved

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

KH 000905

504

HP3

# Surgical Oncology: Common Level 3 Severity Diagnoses

- Aplastic anemia
- *Ascites
- Coma
- Neutropenia

- Pancytopenia
- *Pleural effusion
- Protein-calorie malnutrition
- *Thrombocytopenia

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3   Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

505

KH 000906

# Surgical Oncology: Common Level 4 Severity Diagnoses

- Acute renal failure

- *Acute respiratory failure

- *Cerebral edema

- Moderate Malnutrition

- Peritonitis

- Pulmonary embolism

- *Sepsis

- *Severe protein-calorie malnutrition

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3 Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and
Implementation Programs. This manual is licensed to Kernan Hospital and may
not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

506

KH 000907

# Section 9:
# General Surgery & Urological Surgery

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

HP3

519

KH 000920

# Session Objectives:   General Surgery & Urological Surgery

- Review General Surgery & Urological Surgery Severity DRGs

- Review common/secondary diagnoses

- Review severity considerations

- Analyze case studies

- Assign the working Severity DRG

- Respond to post test questions

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

520

KH 000921

# General Surgery – Common Severity DRGs

| | Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 4 | Tracheostomy w/long term vent & ext proc | 4.6835 | 9.4708 | 11.4392 | 17.0253 |
| 220 | Major stomach, esophageal & duodenal proc | 1.3658 | 2.1810 | 3.5383 | 5.8141 |
| 221 | Major small & large bowel proc | 1.3768 | 1.7816 | 2.8359 | 5.2092 |
| 222 | Other stomach, esophageal & duodenal proc | .7004 | 1.4630 | 1.8990 | 4.7866 |
| 223 | Other small & large bowel proc | 1.0832 | 1.4971 | 2.3510 | 4.5874 |
| 225 | Appendectomy | .6091 | .8564 | 1.4730 | 2.7868 |
| 227 | Hernia procedure, except inguinal, femoral & umbilical | .8254 | 1.1251 | 1.9755 | 3.9084 |
| 260 | Major pancreas, liver & shunt proc | 1.9752 | 2.3876 | 3.4660 | 6.1320 |
| 263 | Laparoscopic cholecystectomy | .7965 | 1.0305 | 1.5732 | 3.1684 |
| 282 | Disorders of pancreas except malignancy | .5304 | .7021 | 1.1973 | 3.3028 |
| 403 | Procedures for obesity | 1.5119 | 1.6143 | 1.9872 | 4.7642 |

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000922

521

# Urological Surgery – Common Severity DRGs

| | Level | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 441 | Major bladder procedures | 1.0487 | 1.8440 | 3.3494 | 6.0946 |
| 442 | Kidney & urinary tract procs for CA | 1.3624 | 1.6085 | 2.2210 | 4.1696 |
| 443 | Kideny & urinary tract procs fro non CA | 1.1432 | 1.3934 | 2.3759 | 4.8364 |
| 446 | Urethral & transurethral procs | .5070 | .6560 | 1.4853 | 2.7093 |
| 463 | Kidney & UTI | .4235 | .5575 | .8404 | 1.7078 |
| 468 | Other kidney & urinary tract diagnoses S&S | .4431 | .6709 | 1.0049 | 2.0441 |
| 480 | Major male pelvic procedures | 1.1093 | 1.1622 | 2.1265 | 3.3339 |
| 481 | Penis procedures | .7630 | 1.3962 | 1.9659 | 10.0445 |
| 484 | Other male reprod system & related procs | .5209 | 1.2716 | 1.4438 | 3.6127 |

©2005 HP3 Inc., All Rights Reserved

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without written permission of HP3, Inc.

522

KH 000923

# Common Secondary Diagnoses for Surgery

- <u>Fever:</u> review record for spikes in temp and treatment.  Did the temp require treatment, did it increase the LOS?

- <u>Urinary retention:</u> review record for re-insert foley, unable to void, urine output decrease; increase fluids, IV lasix given, I/O cath'd, straight cath'd.

- <u>Blood loss anemia:</u> review record for low H/H following surgery, transfused, rx'd with iron.  Blood loss in surgery > than expected, intraoperative bleeding, post-operative bleeding.

- <u>Ileus:</u> review record for abdominal distention, vomiting, cramps, pain, intractable constipation, and absent bowel sounds.

HP3

Manual 8 is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

KH 000931

530

# General Surgery: Common Level 1 Diagnoses

- AS~~cares~~
- *Abdominal lymph node mets
- Asthma
- Cardiomegaly
- *Dehydration
- Iron deficiency anemia
- MVP

- PUD
- PVD
- Post-op abdominal wound cellulitis
- Post-op atelectasis
- Post-op hematoma
- Post-op hemorrhage

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a Condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kaman Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

531

KH 000932

# General Surgery: Common Level 2 Diagnoses

- AAA
- *A-fib
- A-flutter
- Acute respiratory insufficiency
- Angina
- Aphasia
- Brain mets
- *COPD
- Carotid stenosis
- *Diabetic manifestations
- *Hypo/hypercalcemia

- Hypo/hyperkalemia
- Hypo/hypermagnesemia
- *Hypo/hypernatremia
- Liver mets
- Lung mets
- *Morbid obesity
- *Post-op ileus
- *Post-op anemia
- SLE
- UTI

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a Condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

532

KH 000933

# General Surgery: Common Level 3 Diagnoses

- *Acute pancreatitis

- *Bowel obstruction

- Coma

- *CHF

- *DVT

- Decubitus ulcer

- Hematemesis

- Hydronephrosis

- Metabolic acidosis

- Non isch/alch cardiomyopathy

- Pancytopenia

- Pneumonia metabolic acidosis

- Protein-calorie malnutrition

- *V-tac

- *Thrombocytopenia

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a Condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3  Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

533

KH 000934

# General Surgery: Common level 4 Diagnoses

- ARDS
- Acute MI
- Acute renal failure
- Acute respiratory failure
- *Peritonitis
- Pulmonary embolism
- Septicemia
- *Septic shock

*Note:  The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on a
Condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

**HP3**

This manual is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and
Implementation Programs.  This manual is licensed to Kernan Hospital and may
not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

534

KH 000935

# Urology: Common Level 2 Diagnoses

- Atrial fib

- Anemia, B12 deficiency

- COPD

- Chronic renal failure

- Emphysema

- Hydroureter

- Urinary incontinence

- Urinary retention

- UTI

## HP3

Manual B is the second of 3 HP3 Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

535

KH 000936

# Urology: Common Level 3 Diagnoses

- Ascites
- CHF
- Cardiomyopathy, primary/unspecified
- Diabetic ketoacidosis
- HIV/AIDS
- Hydronephrosis
- Malnutrition, moderate
- Pleural effusion
- Pneumothorax
- Ventricular tachycardia

HP3

Manual B is the second of 2 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

536

KH 000937

# Urology: Common Level 4 Diagnoses

- ARDS

- Acute renal failure

- Diabetic hyperosmolar coma

- Malnutrition, severe

- Respiratory arrest

- Respiratory failure

- Septicemia

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

537

KH 000938

KH 001027

# Section 12:
# Psychiatric Diagnoses

©2005 HP3 Inc., All Rights Reserved

**HP3** Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kenan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

# Objectives

- Review Psychiatry DRGs

- Review vague/symptom principal diagnosis

- Review common/secondary diagnoses/complications & co-morbidities

- Address "Severity" considerations

- Analyze case studies

- Assign the working DRG

- Respond to post test questions

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Program. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

627

KH 001028

# Vague Symptoms

- Anxiety

- Depression

- Mania

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

628

KH 001029

# Psychiatric Severity DRGs

| Code | Description | | | | |
|---|---|---|---|---|---|
| 750 | Schizophrenia | .7739 | 1.0118 | 1.6243 | 3.8338 |
| 751 | Major depressive disorders & other/unsp psychoses | .5129 | .7220 | 1.2468 | 2.9735 |
| 752 | Personality & impulse control disorder | .4946 | .5312 | .4815 | 0 |
| 753 | Bipolar disorders | .6030 | .8823 | 1.4903 | 3.1975 |
| 754 | Depression Except major depressive disorder | .4086 | .5437 | .8915 | 1.7641 |
| 755 | Adjust disorder & neurosis, exc depressive diagnoses | .4410 | 1.1258 | 2.4302 | 3.7866 |
| 756 | Acute anxiety & delirium states | .4119 | .7077 | 1.0753 | 1.4975 |
| 757 | Organic mental health disturbances | .6512 | .8889 | 1.1515 | 2.4209 |
| 758 | Childhood behavioral disorders | .6089 | .9230 | .9742 | 0 |
| 759 | Eating disorders | .9340 | 1.3549 | 2.1716 | 7.8740 |
| 760 | Other mental health disorders | .8736 | 1.1131 | 1.4682 | 3.5749 |
| 773 | Opioid abuse and dependence | .2764 | .3095 | .5652 | 2.2294 |
| 774 | Cocaine abuse and dependence | .3611 | .3657 | .6686 | 1.7712 |
| 775 | Alcohol abuse and dependence | .3176 | .4648 | .7555 | 2.1995 |
| 776 | Other drug abuse and dependence | .5506 | .5543 | .9013 | 1.6299 |
| 812 | Poisoning and toxic effects of drugs | .3543 | .4723 | .7954 | 1.8267 |

©2005 HP3 Inc., All Rights Reserved

KH 001030

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 CDI Training and Implementation Programs.  This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

629

# Common Level 1 Psychiatric Dxs

Level 1

- *ADD/ADHD (level 2 for age <18)
- *Bipolar disorder
- Cellulitis-arm
- Dehydration
- ETOH abuse/dependence-continuous
- ETHO/drug withdrawal
- Family hx of psychotic disorder
- HIV positive
- *Major depressive disorder
- Unspecified hepatitis
- *Schizophrenia

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on A condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

HP3

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

658

KH 001059

KH 001060

# Common Level 2 Psychiatric Dxs

- Acute respiratory distress
- Acute/unspecified viral hepatitis C
- CRF
- COPD
- Hypo/hypercalcemia
- Hypo/hyperkalemia
- Hypo/hypermagnesemia
- Hypo/hypernatremia
- *Hx non-compliance
- Morbid obesity
- Seizure disorder
- Specified drug abuse/dep cont use
- Thrombocytopenia
- UTI

*Note: The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on A condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

659

# Common Level 3 & 4 Psychiatric Dxs

## Level 3

*AIDS     *Non-organic anorexia

CHF     *Non-organic bulimia

*ETOH/drug induced delirium     Non ischemic cardiomyopathy

Metabolic acidosis     Unspecified protein-caloric malnutrition

## Level 4

Acute renal failure     Severe protein caloric malnutrition

Acute respirtaory failure     *Sepsis

Aspiration pneumonia

*Note:  The baseline severity level listing for each secondary diagnosis may occasionally increase, decrease, or be excluded based on A condition's relationship to the Principal Diagnosis, age disposition, procedures performed, etc.

**HP3**

Manual B is the second of 3 HP3 CDI Program Manuals for HP3 Onsite CDI Training and Implementation Programs. This manual is licensed to Kernan Hospital and may not be reproduced for any reason without express written permission of HP3, Inc.

©2005 HP3 Inc., All Rights Reserved

660

KH 001061