**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| *Plaintiff,* | : | |
| v. | : | **Civil No. RDB-11-2961** |
| **KERNAN HOSPITAL,** | : | |
| *Defendant.* | : | |
| | : | |

...o0o...

**AFFIDAVIT OF ANGELA JACKSON**

I, Angela Jackson, swear and affirm under the penalties of perjury:

1. I am the Coding Operations manager as shown on my attached resume. I have held this position since 1998. In this capacity I am responsible for: the selection, training, coaching, and developing of staff; optimizing work process through process improvement and performance management; ensuring productivity and quality standards; developing procedures and guidelines for Coding Operations; assisting in the development and maintenance of quality assurance and training programs for coding operations; and developing and maintained quality standards for Coding Operations coder staff.

2. A copy of my resume is attached. I have expertise in medical coding and am an expert in this field qualified to render opinions in court.

3. I make this affidavit in response to the matters contained in the defendant's motion to dismiss the complaint. As such, this affidavit does not purport to be a full and complete recitation of all the opinions that I may offer if this case proceeds to trial and I

1

specifically reserve the right to elaborate on the opinions contained herein, and to testify to other matters as counsel may request.

4. I have reviewed the transcript of the deposition of the Kernan Hospital ("Kernan") Director of Health Information Management. Based on that testimony, I am of the opinion that important aspects of coding supervision were not taking place at Kernan. A supervisor of coding staff at a hospital such as the Mayo Clinic or Kernan cannot possibly review the coding for every chart and should not be expected to. The supervisor, therefore, must audit the staff in various ways. There are a number of ways to do this. AHIMA recommendations about auditing are considered authoritative. It is apparent to me from the Kernan HIM Director's testimony that no auditing was being done of the query process. This is a significant lapse.

5. One way of auditing is to monitor the usage of various codes. It should be possible to obtain a report that shows the incidence of usage for the various ICD-9 codes. A report such as this would show that the malnutrition codes were at various levels at various times. Over the months, the report would for Kernan have shown that the usage of ICD-9 code 260 was spiking unusually. Any code that goes from zero to significant double digits without some change in the hospital's catchment area or patient base should be looked at. A significant spike is an indication of a potential problem.

6. There was evidence of an unusual and significant spike in the use of ICD-9 code 260 at Kernan. The increase that the data show should have alerted Kernan management to investigate. The failure to note that change and investigate was a significant lapse.

7. It is my opinion, based on the Kernan HIM Director's deposition transcript, that she inappropriately instructed coders to ignore tools at their disposal in the computer system they were using that would have caused the coders to question the use of ICD-9 code 260 unless the word "Kwashiorkor" was present in the medical chart. I am familiar with and use the system in place at Kernan. When one types in the words "protein malnutrition," the code book takes you to **code 260**, shown below and highlighted in green:

```
Coding | Compliance | Record Management | Patients | EDM | File Manager
View Encounters | Code Books ▼ | Manual Selection | References ▼ | Reports | Manual Entry | Setup
Dx | Px | E-Code | CPT | HCPCS

DOS:  Acct:  Age:  Sex:

Search Terms: [protien malnutrition]                                   [Go]

Terms Matched: protien (protein); malnutrition (malnutrition)

🛈 Instruct Notes

   Malnutrition (calorie) 263.9 ☐




   protein 260
      protein-calorie 263.9 ☐
         mild 263.1 ☐
         moderate 263.0 ☐
         severe 262 ☐
         specified type NEC 263.8 ☐
      severe 261 ☐
         protein-calorie NEC 262 ☐
   Malocclusion (teeth) 524.4 ☐
      angle's class I 524.21 ☐
      angle's class II 524.22 ☐
      angle's class III 524.23 ☐
      due to ☐
         abnormal swallowing 524.59 ☐
         accessory teeth (causing crowding) 524.31 ☐
         dentofacial abnormality NEC 524.89 ☐
```

3

Coders are expected to assign codes to the **highest level of detail** available. Coders must review all fourth and fifth digit categories if they are found within that disease category and based upon the documentation. (Referenced from ICD 9 CM Coding Guidelines). In Exhibit 13, page KH 001709 there is an **instructional** note. The coder is expected to review and reference any and **all instructional notes** assigned to a code for additional information. As you can see when code 260 is identified there are other code categories for the coder to review. 261, 262, 263.  If "Kwashiokor" was not specified in the documentation the coder should have assigned code 263. The documentation **MUST** state "Kwashiokor" in order for it to be coded with 260:



Please note the following additional resources referenced for the coder to review prior to code selection:

260 **NMGL** CC MC Kwashiorkor (see circle above)

N - Instructional Notes
M - Smart Tips
G - Coding Clinics
L - Clinical Indicators

Example of **N** Instructional Note:



Example of **M** Smart Tip:



Example of **G** Coding Clinic: 2006 2Q (Currently there are **10** coding clinics listed that reference **malnutrition):**



Example **L** Clinical Indicators:



If the coder reviewed the clinical indictor and smart tip along with all other resources available to them during the finalization/abstracting process he/she would have realized that this code would not be the appropriate code to assign based upon the documentation. If the physician documented "**protein malnutrition**" it should have been coded to **263 not 260**.  As well, "**protein malnutrition**" is a level 3 severity diagnosis. If the physician documented "**severe malnutrition**", which is a level 4 severity diagnosis, the appropriate code to assign would have been **261** not **260**.



8. On page 108 of the transcript, Ms. Green stated that the coder is "not going to look up Kwashiorkor." According to ICD-9-CM Official Guidelines for Coding and Reporting: "The entire record should be reviewed to determine the specific reason for the encounter and the conditions treated." If a coder is unfamiliar with a term and/or

procedure, it is the expectation that they utilize any and all resources available at the time of coding. As well, coders are held to AHIMA's Standards of Ethical Coding. (see standard below):

# American Health Information Management Association Standards of Ethical Coding

## Introduction

The Standards of Ethical Coding are based on the American Health Information Management Association's (AHIMA's) Code of Ethics. Both sets of principles reflect expectations of professional conduct for coding professionals involved in diagnostic and/or procedural coding or other health record data abstraction.

A Code of Ethics sets forth professional values and ethical principles and offers ethical guidelines to which professionals aspire and by which their actions can be judged. Health information management (HIM) professionals are expected to demonstrate professional values by their actions to patients, employers, members of the healthcare team, the public, and the many stakeholders they serve. A Code of Ethics is important in helping to guide the decision-making process and can be referenced by individuals, agencies, organizations, and bodies (such as licensing and regulatory boards, insurance providers, courts of law, government agencies, and other professional groups).

The AHIMA Code of Ethics (available on the AHIMA web site) is relevant to all AHIMA members and credentialed HIM professionals and students, regardless of their professional functions, the settings in which they work, or the populations they serve. Coding is one of the core HIM functions, and due to the complex regulatory requirements affecting the health information coding process, coding professionals are frequently faced with ethical challenges. The AHIMA Standards of Ethical Coding are intended to assist coding professionals and managers in decision-making processes and actions, outline expectations for making ethical decisions in the workplace, and demonstrate coding professionals' commitment to integrity during the coding process, regardless of the purpose for which the codes are being reported. They are relevant to all coding professionals and those who manage the coding function, regardless of the healthcare setting in which they work or whether they are AHIMA members or nonmembers.

These Standards of Ethical Coding have been revised in order to reflect the current healthcare environment and modern coding practices. The previous revision was published in 1999.

Coding professionals should:

1. Apply accurate, complete, and consistent coding practices for the production of high-quality healthcare data.
2. **Report all healthcare data elements** (e.g. diagnosis and procedure codes, present on admission indicator, discharge status) required for external reporting purposes (e.g. reimbursement and other administrative uses, population health, quality and patient safety measurement, and research) **completely and accurately**, in accordance with regulatory and documentation standards and requirements and applicable official coding conventions, rules, and guidelines.
3. **Assign and report only the codes and data that are clearly and consistently supported by health record documentation** in accordance with applicable code set and abstraction conventions, rules, and guidelines.
4. **Query provider** (physician or other qualified healthcare practitioner) for **clarification and additional documentation prior to code assignment** when there is **conflicting, incomplete, or ambiguous information** in the health record regarding a significant reportable condition or procedure or other reportable data element dependent on health record documentation (e.g. present on admission indicator).
5. **Refuse** to change reported codes or **the narratives of codes so that meanings are misrepresented.**
6. **Refuse to participate in or support coding or documentation practices intended to inappropriately increase payment,** qualify for insurance policy coverage, or skew data by means that do not comply with federal and state statutes, regulations and official rules and guidelines.
7. Facilitate interdisciplinary collaboration in situations supporting proper coding practices.
8. Advance coding knowledge and practice through continuing education.
9. **Refuse to participate in or conceal unethical coding or abstraction practices** or procedures.
10. Protect the confidentiality of the health record at all times and refuse to access protected health information not required for coding-related activities ( examples of coding-related activities include completion of code assignment, other health record data abstraction, coding audits, and educational purposes).
11. Demonstrate behavior that reflects integrity, shows a commitment to ethical and legal coding practices, and fosters trust in professional activities.

9. I read in the transcript the exchanges about whether the query under discussion there was leading.  Here is an example of a non-leading query:

The following clinical indicators are in the medical record:

- BMI _____
- Ratio of BMI to IBW _____
- Body Weight Status _____%
- Change in Body Weight Status
- Percentage change in body weight _____ over a period of _____
- Dietary intake:
- Albumin
- Prealbumin
- Documented physical findings:
- Stress indicators:

Please indicate what diagnosis best correlates with these findings:

- Cachexia
- Nutritional Risk
- Malnutrition, severity unknown
- Malnutrition, mild
- Malnutrition, moderate
- Malnutrition, severe, not otherwise specified
- Marasmus
- Kwashiorkor – note – rare in the United States
- Another medical diagnosis:
- Other:
- Cannot be determined.

_____      _____

Angela Jackson                                                                                     Date

13

9. I read in the transcript the exchanges about whether the query under discussion there was leading. Here is an example of a non-leading query:

The following clinical indicators are in the medical record:

- BMI _____
- Ratio of BMI to IBW _____
- Body Weight Status ____%
- Change in Body Weight Status
- Percentage change in body weight _____ over a period of _____
- Dietary intake:
- Albumin
- Prealbumin
- Documented physical findings:
- Stress indicators:

Please indicate what diagnosis best correlates with these findings:

- Cachexia
- Nutritional Risk
- Malnutrition, severity unknown
- Malnutrition, mild
- Malnutrition, moderate
- Malnutrition, severe, not otherwise specified
- Marasmus
- Kwashiorkor – note – rare in the United States
- Another medical diagnosis:
- Other:
- Cannot be determined.

_____
Angela Jackson

1/3/2012
Date

13


55902

# Angela Jackson

**Objective**     To secure a position where my skills and expertise can be fully utilized.

**Experience**     **1998-present          Mayo Clinic  Rochester, MN**
**Coding Operations Manager**
- Supervise the personnel and workflow processes
- Responsible for the selection, training, coaching, and developing of staff
- Optimize work process through process improvement and performance management
- Ensure productivity and quality standards
- Develop procedures and guidelines for Coding Operations.
- Involved in inter-and intra- divisional projects, work groups, task forces, councils, and committees.
- Assist in the development and maintenance of quality assurance and training programs for coding operations
- Develop and maintained quality standards for Coding Operations coder staff

1998 – 1997           Dyna Care Home Health Alsip, IL
**Billing Supervisor for Home Health, IV infusion and DME**
- Managed as staff of 12 billing and support staff
- Responsible for billing 8000 Home Health visits monthly
- Managed monthly billing process for IV and DME

1997 – 1996           Suburban Heights MC. Chicago Hts. IL

**Oncology Research Data Manager**
- Assisted in the data collection for Oncology Research
- Coordinated research activities for 4 oncologist
- Served as a member for the IRB for St. James Hospital

1996 – 1985           Michael Reese Medicine Chicago, IL
**Billing and Collections Manager**
- Managed a staff of 30 billing and support staff
- Responsible for conducting annual fee analysis

- Maintained accounts receivables for a multi-specialty medical group practice of 80 physician

**Education**       1981                    Northeastern University, Boston, MA.
- Bachelor's degree in Psychology

**Interests**       Certified in Leading Achieve Global Service Difference Classes. Served as and chaired Finance Recruitment and Retention Council. Served as a council member on the Finance Performance Management Council. Skilled in facilitating Continuous Improvement teams. Facilitated and led numerous CI teams. Skilled in performance management. Current President of Mayo Day Breakers Toastmaster Club. Serve as Coach to Break of Day Toastmasters Club. Current Chair of MN Health Information Management Association – E HIM committee. Two years served as a member of MN HIMA Education committee. Served as SE HIMA Board member and currently advisor to SE HIMA Board. Presenter of Generation in the Workplace